# Exhibit A

US009586708B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 9,586,708 B2**
Finzo　　　　　　　　　　　　　　　　　(45) **Date of Patent:**　　　**Mar. 7, 2017**

(54) **STRAPPING APPARATUS**

(71) Applicant: **Signode Industrial Group LLC**,
　　　　　　　Glenview, IL (US)

(72) Inventor: **Flavio Finzo**, Würenlos (CH)

(73) Assignee: **SIGNODE INDUSTRIAL GROUP
　　　　　　　LLC**, Glenview, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this
　　　　　　　patent is extended or adjusted under 35
　　　　　　　U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/357,940**

(22) PCT Filed: **Nov. 14, 2012**

(86) PCT No.: **PCT/US2012/064918**
　　　§ 371 (c)(1),
　　　(2) Date: **May 13, 2014**

(87) PCT Pub. No.: **WO2013/074560**
　　　PCT Pub. Date: **May 23, 2013**

(65) **Prior Publication Data**
　　　US 2015/0034206 A1　　　Feb. 5, 2015

(30) **Foreign Application Priority Data**

　　　Nov. 14, 2011　　(CH) ..................................... 01819/11

(51) **Int. Cl.**
　　　**B65B 13/32**　　　　(2006.01)
　　　**B65B 13/02**　　　　(2006.01)
　　　**B65B 13/18**　　　　(2006.01)
(52) **U.S. Cl.**
　　　CPC .......... **B65B 13/322** (2013.01); **B65B 13/025**
　　　　　　(2013.01); **B65B 13/185** (2013.01)
(58) **Field of Classification Search**
　　　CPC ... B65B 13/322; B65B 13/025; B65B 13/185;
　　　　　　B21F 9/02; B25B 25/00; E04G 21/122
　　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,451,865 | A | 5/1984 | Warner et al. |
| 6,734,379 | B1 | 5/2004 | Savadian |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 1386675 | A | 12/2002 |
| CN | 1235769 | C | 1/2006 |

(Continued)

OTHER PUBLICATIONS

International Search Report for PCT/US2012/064918 dated Feb. 28, 2013.

(Continued)

*Primary Examiner* — Teresa M Ekiert
(74) *Attorney, Agent, or Firm* — Levenfeld Pearlstein, LLC

(57) **ABSTRACT**

In the case of a strapping apparatus for strapping articles with a strapping band, having a base plate which is provided for arranging on an article, having a tensioning device with which a band tension can be applied to the strapping band, the tensioning device being provided for this purpose with an actuable tensioning tool which can be brought into and out of contact with the band, having a sealing device, in particular a friction-welding device with which, by contact with the band, two band layers can be permanently connected to each other by forming a seal between the two band layers, being provided with a plurality of actuating elements with which functions of the strapping unit can be set and/or initiated upon actuation of one or more of the actuating elements, the functional reliability of the strapping apparatus is intended to be improved and in particular the possibility of faulty conditions reduced. In order to achieve this, means for locking at least one or more of the actuating elements are proposed.

**12 Claims, 3 Drawing Sheets**



**US 9,586,708 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

2011/0056392  A1      3/2011  Neeser et al.
2014/0290179  A1 *  10/2014  Keller .............................. 53/399

FOREIGN PATENT DOCUMENTS

| CN | 201411058  Y | 2/2010 |
| JP | 2008023694  A | 2/2008 |
| JP | 2011518088  A | 6/2011 |
| WO | 9922277  A1 | 5/1999 |

OTHER PUBLICATIONS

International Search Report for PCT/US2012/064918 dated Feb. 28, 2015.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 9,586,708 B2

**1**

### STRAPPING APPARATUS

The invention relates to a strapping apparatus for strapping articles with a strapping band, having a base plate which is provided for arranging on an article, having a tensioning device with which a band tension can be applied to the strapping band, the tensioning device being provided for this purpose with an actuable tensioning tool which can be brought into and out of contact with the band, having a sealing device, in particular a friction welding device, with which, by contact with the band, two band layers can be permanently connected to each other by forming a seal between the two band layers, being provided with a plurality of actuating elements with which functions of the strapping unit can be set and/or initiated upon actuation of one or more of the actuating elements.

Mobile strapping apparatuses of this type, like the strapping apparatus according to the invention, are used for strapping articles with a plastics strap. For this purpose, a loop of the particular plastics strap is placed around the article. The plastics strap is generally pulled off here from a supply reel. After the loop is completely placed around the article, the end region of the band overlaps with a section of the band loop. The strapping apparatus is then applied to said two-layered region of the band, the band is clamped in the process in the strapping apparatus, a band tension is applied to the band loop by means of the tensioning device, and a seal is produced between the two band layers by friction welding at the loop. In this connection, pressure is applied to the band in the region of two ends of the band loop by a friction shoe moving in an oscillating manner. The pressure and the heat arising because of the movement melt the band, which generally contains plastic, locally for a short time. This results in a permanent connection, which at the most can be released again with a great force, between the two band layers between the two band layers. At the same time, the loop is severed from the supply reel. The respective article is thereby strapped.

Strapping apparatuses of the type in question are provided in particular for mobile use, in which the units are intended to be carried along by a user to the particular use location and are not intended to be dependent there on the use of externally supplied mains power. In the case of previously known strapping units, the power required for the designated use of such strapping units for tensioning a strapping band around any article and for producing a seal is generally provided by an electric battery or else also by compressed air. Mobile strapping apparatuses of the type in question are frequently in permanent use in the goods packaging industry, in particular using conditions which are identical or at least scarcely differ from one another. In industrial use, a multiplicity of identical strappings are frequently carried out after one another. For this purpose, process parameters, such as, for example, tensioning force and welding time, are customarily preset on the strapping unit. The strapping process itself and/or individual separate subprocesses of the strapping operation, such as, for example, the tensioning operation and the welding operation, are initiated by actuation of actuating elements of the strapping apparatus, for example by actuation of one or more buttons. Therefore, operation which is as simple as possible and high functional reliability of the strapping apparatus are sought.

The invention is therefore based on the object of improving the functional reliability of the strapping apparatuses of the type mentioned at the beginning and reducing the possibility of faulty conditions.

**2**

This object is achieved according to the invention in the case of a strapping apparatus of the type mentioned at the beginning by means of means for locking at least one or more of the actuating elements, by means of which one or more locked actuating elements become ineffective until they are unlocked. Strapping apparatuses of the type in question are frequently preset in industrial use and used with said presettings for a multiplicity of strappings. This involves presettings which are based on manufacturers details of the strapping apparatus and/or on experience values of a company in which the strapping apparatus is used. With said presettings, in particular of parameters of the strapping operation, it is also intended to be prevented that, for example, an inexperienced user produces substandard strappings by selecting non-optimum or even inappropriate parameters. With the actuating element lock provided according to the invention, it is now possible, by activation of said lock, in particular to prevent the adjustability of one or more parameters of the strapping operation. However, an activation of the actuating element lock may also be configured in such a manner that the entire strapping apparatus is thereby locked against use. With said lock which can be switched on and off, the functional reliability of the strapping apparatus can therefore be increased because impermissible adjustments or inadvertent switching on of the strapping apparatus are reliably prevented.

The actuating element lock can in particular comprise a possibility for locking the adjustability of individual parameters. Thus, by actuation of one or more specific actuating elements, the adjustability of one or more parameters, such as the tensioning force or the welding time, can be locked. In this connection, it is advantageous if different actuating elements have to be actuated for locking different parameters. Similarly, locking of the entire strapping apparatus should expediently take place by means of different actuating elements than those provided for locking the adjustability of individual or all of the adjustable parameters of the strapping operation.

However, with the button lock according to the invention, the strapping apparatus can also be completely locked against being put into operation, in particular by means for locking at least one or more of the actuating elements with which a strapping operation can be initiated by the strapping apparatus. This part of the invention also has independent importance. Said lock can be used in particular as security against a strapping apparatus being unintentionally put into operation, by means of which articles could be damaged or people could be injured. Such a locking of the strapping apparatus against being put into operation by means of locking at least one of the actuating elements can be provided especially, but not exclusively, for certain operating modes of the strapping apparatus, such as a fully automatic mode, in which, after the mobile strapping apparatus has been put into operation, without further intervention in the strapping apparatus, the band of the strapping already applied tensioned, sealed by a seal and preferably also severed from a band supply reel. Such a locking may also be of advantage in different operating modes of the strapping apparatus, for example in a semi-automatic mode, in which a separate initiating operation has to take place for both the tensioning and welding by pressing an actuating element.

Such a button lock which acts as an operating lock of the strapping apparatus can preferably be designed in such a manner that it is activated automatically as soon as the operating mode assigned thereto, such as a fully automatic operating mode, is activated. The strapping apparatus is intended preferably only to be able to be put into operation

3

if it is ensured that the putting of the strapping apparatus into operation takes place consciously and not unintentionally. Unlocking of the strapping apparatus can preferably take place by two actuating elements being actuated, preferably at the same time, said actuating elements lying as far apart from each other as possible such that they can only be reached simultaneously using two hands. For the distance required for this purpose between the at least two actuating elements to be initiated for the unlocking, it can be taken into consideration that the portable mobile strapping apparatus has to be held with one hand and therefore said hand in any case has little reach for the simultaneous actuation of two different actuating elements. In particular in the case of wide and solid bands which are tensioned with a high tensioning force, it is therefore also ensured that the operator does not have a hand between the article and the strapping apparatus or even in the strapping apparatus. A risk of injury to the operator can therefore be minimized.

It has proven ergonomically advantageous if one of the actuating elements provided for the unlocking is a tension-ing button, by the actuation of which the tensioning device is put into operation in a semi-automatic mode of the strapping apparatus. The tensioning button may also be provided in order, in the fully-automatic mode, by the actuation (once) thereof, for initiating all of the strapping apparatus functions required for the strapping operation. The tensioning button can be arranged in the region of one end, preferably the front end, of a handle of the strapping apparatus. A second actuating element to be actuated for the unlocking may be arranged at the other end, preferably the rear end, of the handle.

Further preferred refinements of the invention emerge from the claims, the description and the drawing.

The invention is explained in more detail with reference to exemplary embodiments which are illustrated purely schematically in the figures, in which:

FIG. 1 shows a perspective illustration of a strapping apparatus according to the invention;

FIG. 2 shows the strapping unit from FIG. 1 without the housing;

FIG. 3 shows the strapping unit from FIG. 2 with an inserted strapping band during the production of a seal;

FIG. 4 shows the strapping unit in a view from the rear toward the sealing device.

The mobile strapping unit 1 according to the invention that is shown in FIGS. 1 and 2 and is exclusively manually actuated has a housing 2 which surrounds the mechanism of the strapping unit and on which a handle 3 for handling the unit is formed. The strapping unit is furthermore provided with a base plate 4, on the lower side of which a base surface 5 for arranging on an object to be packaged is provided. All of the functional units of the strapping unit 1 are fastened on the base plate 4 and to the strapping unit carrier (not illustrated specifically) which is connected to the base plate.

With the strapping unit 1, a loop (not illustrated specifically in FIG. 1) of a plastics band, for example of polypropylene (PP) or polyester (PET), which has previously been placed around the object to be packaged can be tensioned by means of a tensioning device 6 of the strapping unit. For this purpose, the tensioning device has, as tensioning tool, a tensioning wheel 7 with which the band can be detected for a tensioning operation. In this connection, the tensioning wheel 7 interacts with a rocker 8 which can be pivoted about a rocker pivot axis 8a by means of a rocker lever 9 from an end position at a distance from the tensioning wheel 7 into a second end position, in which the rocker 8 is pressed against the tensioning wheel 7. In the process, the band located

4

between the tensioning wheel 7 and the rocker 8 is also pressed against the tensioning wheel 7. It is then possible, by rotation of the tensioning wheel 7, to provide the band loop with a sufficiently high band tension for the packaging purpose.

Subsequently, at a point of the band loop at which two layers of the band lie one above the other, the two layers can be welded by means of the sealing device embodied in the form of a friction-welding device 13 of the strapping unit. By this means, the band loop can be permanently sealed. For this purpose, the friction-welding device 13 is provided with a welding shoe 20 which melts the two layers of the strapping band by applying mechanical pressure to the strapping band and simultaneously undertaking an oscillat-ing movement at a predetermined frequency. The plasticized and molten regions of the two band layers flow into each other and, after the band is cooled during a cooling time, a connection then arises between the two band layers. If required, the band loop can then be severed at the same time from a supply reel (not illustrated) of the band by means of a cutting device (not illustrated specifically) of the strapping unit 1. The strapping unit 1 can subsequently be removed from the article and the band strapping produced.

The actuation of the tensioning device 6, the advancing of the friction-welding device 13 by means of a transfer device of the friction-welding device 13 and the use of the friction-welding device per se and also the actuation of the cutting device take place using just one common electric motor 14 which provides a driving movement for each of said components. The structural solution provided for this purpose corresponds to that described in WO 2009/129634 A1, the disclosure of which is hereby incorporated by reference. For the supply of power, a battery 15 which is interchangeable and in particular is removable for charging is arranged on the strapping unit. A supply of another external auxiliary power, such as, for example, compressed air, or further electricity, is not provided in the strapping unit according to FIGS. 1 and 2.

In the present case, the portable, mobile strapping unit 1 has an actuating element 16 which is embodied in the form of a pressure switch, is provided for starting up the motor and is referred to below as tensioning button. Three modes can be set for the actuating element 16 by means of a mode switch 17. In the first mode, both the tensioning device 6 and the friction-welding device 13 are triggered successively and in an automated manner by actuation of the actuating element 16, without further activities of an operator being required. In order to set the second mode, the switch is switched into a second switching mode. In the second possible mode, only the tensioning device 6 is then triggered by actuation of the tensioning button 16. For the separate triggering of the friction-welding device 13, the tensioning button 16 has to be actuated a second time by the operator. The third mode is of a semi-automatic type, in which the actuating element provided the tensioning button 16 has to be pressed until the tensioning force, which is preadjustable in stages, or tensile stress is achieved in the band. In this mode, it is possible to interrupt the tensioning process by releasing the tensioning button 16, for example in order to attach edge protectors under the strapping band to the article being strapped. By pressing of the tensioning button 16, the tensioning process can then be continued again. This third mode can be combined both with a friction-welding opera-tion to be triggered separately and with an automatically following friction-welding operation.

The power supply is ensured by the battery 15 in the form of a lithium-ion battery. Batteries of this type are based on

US 9,586,708 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

a plurality of independent lithium-ion cells, in which chemical processes which are in each case at least substantially separate from one another proceed in order to produce a potential difference between two poles of the particular cell. The exemplary embodiment involves a lithium-ion battery from the manufacturer Robert Bosch GmbH, D-70745 Leinfelden-Echterdingen. The battery in the exemplary embodiment has 20 cells and a capacity of 2.6 ampere-hours at an operating voltage of 36 volts.

As can be seen in particular in the view from the rear in FIG. **4**, the sealing device which is embodied in the form of a friction-welding device has a plate with a substantially rectilinear or planar counter-holder surface **22** as the welding counter-holder **21**. With regard to a direction **23** transverse to the longitudinal course **24** of the band section passed through the sealing device, the counter-holder surface **22** is inclined downwardly toward that outer side **25** of the strapping unit **1** on which the tensioning and sealing devices are located. The inclination takes place at a preferred angle α of 3° with regard to a course or an alignment of the tensioning counter-holder surface **28** of the tensioning counter-holder **27**, which is arranged on the rocker **8** and interacts with the tensioning wheel, in a direction transverse to the longitudinal course **24** of the band through the strapping apparatus. As an alternative thereto, the angle α may be selected from a range of 1° to 45°, preferably from a range of 2° to 25°. The tensioning counter-holder surface is of concave design in the longitudinal direction **24**, and therefore, when the rocker presses against the tensioning wheel **7**, the band bears in a planar manner both against the tensioning wheel surface and against the tensioning counter-holder surface **28**. Therefore, in directions transverse to the longitudinal course of the band, the alignment of the tensioning wheel surface also corresponds to the alignment of the tensioning counter-holder surface **28**.

The inclination may also be related to the base plate **4**, in particular to the base surface **5** provided for arranging on articles. The base surface **5** is likewise of flat design, and therefore the strapping unit **1** can be arranged in as planar a manner as possible on the particular article. If the base surface is considered to be an X-Y surface of a Cartesian coordinate system, the inclination of the counter-holder surface **22** can be described by the counter-holder surface **22** having a linearly constant increase of the Z component in the Y direction if the X direction is considered to be parallel to the longitudinal direction **24** of the strapping unit. In the illustration of FIG. **4**, this results in a conical arrangement between the counter-holder surface **22** and the base surface **5**, wherein the arrangement of the two surfaces **5**, **22** tapers toward that outer side of the strapping unit on which the counter-holder surface **22** is located.

During the formation of a seal, after the band is placed as a loop around the article, in the process guided as a single layer through the tensioning device **6** and as a double layer through the sealing device, and the designated band tension is applied by engagement of the tensioning device **6** in the upper band layer, which is guided through the tensioning device **6**, and a return motion of the band, the welding shoe **20** is lowered in the direction of the counter-holder surface **22**. Depending on the selected operating mode of the strapping unit **1**, this takes place automatically as a consequence of the tensioning operation being finished or on account of separate triggering of the friction-welding operation by actuation of the button provided for this purpose. During the friction-welding operation, the band continues to be clamped between the tensioning wheel **7** and the tensioning counter-holder **27** and is held there during the formation of the seal. During this method section of the formation of the strapping, the tensioning device has the function of a band clamp or clamping device which, by means of two interacting clamping elements, clamps the band therebetween.

The lowering of the welding shoe **20** causes the two band layers passed through the sealing device to be pressed against each other and against the counter-holder surface **22**. Owing to the clamping of the band in the tensioning device **6** and the inclination of the counter-holder surface **22**, a twisting, i.e. torsional stress of the band, arises here in said band section. The band here is aligned with the two band surfaces thereof parallel to the base surface **5** at least in the region of a radius line of the tensioning wheel **7**, said radius line being oriented perpendicularly to the base surface **5**. The band is arranged in two layers in the sealing device, wherein the lower band layer rests with the lower band surface thereof against the inclined counter-holder surface **22** and is pressed thereagainst. With the upper surface, the lower band layer rests against the lower surface of the upper band layer. The welding shoe **20** presses onto the upper surface of the upper band layer. Both band layers and the welding shoe therefore take up the same inclination a as the inclination of the counter-holder surface **22**. The twisting of the band therefore increases from the tensioning device **6** as far as the sealing device. The twisting decreases again during the further course of the band behind the sealing device, i.e. in the direction away from the strapping unit.

In this position of the band, the friction-welding device **13** begins with the formation of the seal by means of the oscillating movement of the welding shoe transversely with respect to the longitudinal course of the band. By this means, the two band layers resting against each other are melted. The materials of the band layers flow into one another and are connected in an integrally bonded manner during the subsequent cooling as soon as the oscillating movement of the welding shoe is started.

As can be gathered from FIG. **3**, during the production of the seal, a deflection or loop **30** is formed in the upper band layer between the clamping of the band in the tensioning device and the sealing device by the welding shoe **20** moving in an oscillating manner. The deflection or loop **30** is generated in a direction of the upper band layer which is substantially transverse to the direction of the oscillating movement of the welding shoe and also substantially transverse to the longitudinal extent of the upper band layer before the deflection or loop **30** is formed in the upper band layer. As has been shown, said loop is formed on account of the twisting of the band, thus reducing the power required for the welding movement of the welding shoe.

The welding shoe **20** is subsequently moved away from the counter-holder surface **22** and the tensioning device **6** detached from the band, thus loosening the clamping and releasing the two band layers. The resetting forces present in the band counter to the twisting lead to the band showing at least a tendency to automatically become detached from the counter-holder surface **22** and from the welding shoe **20**. Such a detachment preferably already takes place entirely because of the resetting forces of the band. If the detachment does not already take place by this means, at least the forces additionally to be applied in order to detach the band and remove the latter from the sealing device are considerably reduced because of the resetting forces. In addition, the inclination of the counter-holder surface **22** and the associated geometrical formation of the sealing device also permit simpler removal of the band and simpler moving away of the strapping unit from the band strapping produced directly beforehand.

US 9,586,708 B2

7

The strapping unit according to the invention is provided with a control panel which has a plurality of pressure-actuable buttons 17, 30, 31, 33 as actuating elements. With said buttons, the previously described different modes of the strapping unit and parameters of the strapping operations can be preselected and set. For example, by pressing a welding time button 30 once or repeatedly, the welding time can be selected from one of a plurality of welding time stages and stored. The tensioning force can be selected as one of a plurality of tensioning force stages, changed and stored by means of a tensioning force button 31. The values preset in such a manner are displayed on the display field 32 by the strapping unit and used in the strapping operations until the parameter values are changed again. The strapping operations themselves are triggered or started by the tensioning button 16, which is arranged in an ergonomically advantageous manner at the front end of the handle of the strapping unit 1, as a further actuating element. If the strapping unit 1 is held at the handle 3, the tensioning button 16 can be actuated with the thumb.

The strapping unit 1 is equipped with a button lock which can be switched on and off. By switching on the button lock, it is possible, inter alia, to prevent undesirable adjustment of previously undertaken settings at the strapping unit 1. For this purpose, in the exemplary embodiment, first of all a control button "function" 33, which is configured as a pushbutton and is located on the control panel of the strapping unit, has to be actuated and held. In addition, the tensioning button 16 arranged on the handle of the strapping unit has to be actuated by pressing. An acoustic signal then sounds and confirms that the keypad of the control panel is now locked. From then on, no changes to the settings can be undertaken via the control panel until the button lock is released again. The strapping unit may still carry out strappings which are triggered by actuation of the tensioning button 16. If, in this state, a button of the control panel is nevertheless actuated, an optical signal indicating that locking is present appears in the display field of the control panel. For this purpose, for example, an "L" for "locked" can be displayed. The button lock is unlocked in the same manner as the button lock was switched on, namely by actuation and holding of the operating button "function" 33 and by additional actuation of the tensioning button 16.

However, the button lock can be used also specifically to block only individual functions. For this purpose, the corresponding function button 30, 31, for example that for setting the welding time, can be actuated and held. While (only) one of the particular function buttons 30, 31 is still pressed, the tensioning button 16 can then be actuated, as a result of which, from then on, adjustments to the welding time, which is changeably adjustable per se, are no longer possible, since they are locked. In the same manner, other parameter adjustments which are individually selectable, in particular the tensioning force, can also be prevented in a specific manner. All that then needs to be done is to first of all press and to hold the function button 30, 31 corresponding to said function, for example for the tensioning force, and subsequently to press the tensioning button 16. All of said locks can be canceled in the same manner as they have been activated, namely also by pressing the corresponding function button 30, 31 and the tensioning button 16. In alternative embodiments, unlocking can also be undertaken in a different manner, for example by means of a separate unlocking button which is only assigned this function.

In addition, the button lock present on the strapping unit also has a mode by means of which the use of the strapping unit 1 can be entirely locked. Said lock is activated by the

8

controlling means 34 of the strapping unit upon switching into the fully automatic operating mode and has the consequence that two buttons have to be actuated simultaneously to trigger a fully automatic strapping operation with the band "tensioning", "sealing" and "cutting" operations. In the exemplary embodiment, these are the tensioning button 16 arranged in the region of the front end of the handle 3 and next to the control panel and the release button 35 arranged in the region of the rear end and of the battery 15. The two buttons 16, 35 are at a distance from each other which does not allow an operator holding the strapping unit at the handle 3 by one hand to press the tensioning and the release button 16, 35 at the same time with said hand. The operator has to use his/her second hand for this purpose, thus making it possible to prevent inadvertent triggering of the strapping unit.

Each aspect of the concept of operation of the strapping unit concerning the described operation modes of the strapping unit as well as preselecting and setting certain parameters of the strapping method has relevance as preferred embodiments. Each of said aspects has also relevance as separate invention which is independent from other aspects of the present invention.

An algorithm by means of which, after the formation of a seal has taken place by friction welding of the two band ends lying one above the other in the strapping unit, a cooling time period for the seal is variably determined is stored in the controlling means 34 of the strapping apparatus. The cooling time begins at the end of the movement of the welding shoe 20. During the cooling time, the band is clamped in the strapping unit in the same manner as during the friction-welding phase in the strapping unit and therefore the seal which has just been formed is relieved of the band tension during the solidification phase of the band material.

At the strapping unit 1, it is possible to set welding times of differing length at the control panel. In the exemplary embodiment, a total of, for example, seven stages are provided and are selectable for this purpose for the welding time period. Each of the seven welding times of differing length is assigned a cooling time of differing length. In this case, the assignment is undertaken in such a manner that the longer the welding time, the longer also is the assigned cooling time. Said allocation is preferably non-changeable.

In addition, the tensioning force which is present at the circumference of the tensioning wheel 7 and is transmittable to the band can be set at the strapping unit. The tensioning force can also be set in a plurality of stages, for example nine stages. Each of said settable tensioning force is assigned one of a plurality of factors with which the controlling means multiplies the cooling time arising from the welding time. Also in this case, the factor is larger, the longer the welding time. The time value arising from this multiplication with one of a plurality of factors is used by the controlling means as the actual cooling time. The controlling means keeps the band clamped in the strapping unit by means of the clamping device thereof during said (actual) cooling time and does not yet release said band. This means that, during this time, the band cannot be removed from the strapping unit. If, for example, at stage three of the welding time the cooling time is 3 s and at tensioning stage seven the factor is 2, this results in an actual cooling time of 3 s×2=6 s. After the end of this time, the controlling means opens or releases the clamping, as a result of which the strapping unit can be moved away from the band and the strapping produced.

LIST OF REFERENCE NUMBERS

**1** Strapping unit
**2** Housing

US 9,586,708 B2

9

3 Handle
4 Base plate
5 Base surface
6 Tensioning device
7 Tensioning wheel
8 Rocker
8a Rocker pivot axis
9 Rocker lever
10
11
12
13 Friction-welding device
14 Motor
15 Battery
16 Tensioning button
17 Mode switch
18 Actuating element
19 Tensioning button
20 Welding shoe
21 Welding counter-holder
22 Counter-holder surface
23 Direction
24 Longitudinal course
25 Outer side
26
27 Tensioning counter-holder
28 Tensioning counter-holder surface
29
30 Welding time button
31 Tensioning force button
32 Display field
33 Operating button "function"
34 Controlling means
35 Release button

The invention claimed is:

**1**. A strapping apparatus for carrying out a strapping operation for strapping an article with a strapping band, the strapping apparatus having a base plate for positioning on the article, comprising:

a tensioning device for applying a tension on the strapping band, the tensioning device having an actuatable tensioning tool configured to be brought into and out of contact with the band;

a friction welding sealing device for contacting overlying layers of the strapping band to permanently seal the overlying layers of the strapping band to each other;

a plurality of actuating elements for controlling at least one operating function of the strapping apparatus, an operating function of the least one operating function carried out based on one or more operating parameters, wherein a parameter of the one or more operating parameters is set upon actuation of one or more of the actuating elements, and the strapping apparatus further includes a lock actuatable between a first condition preventing adjustment of the set parameter and a second condition permitting adjustment of the set parameter;

a motor for driving the tensioning device and the friction welding sealing device; and

a tensioning button for starting the motor;

wherein, with the lock in the first condition, actuation of the tensioning button causes the motor to drive the tensioning device and/or the sealing device.

**2**. The strapping apparatus of claim **1**, wherein locking a change in the parameters includes locking an initiation of at least one of the operating functions.

10

**3**. The strapping apparatus of claim **1**, wherein locking at least one of the plurality of actuating elements is carried out by actuating the lock and at least one of the plurality of actuating elements.

**4**. The strapping apparatus of claim **3**, wherein locking the at least one of the plurality of actuating elements is carried out by simultaneously actuating the lock and the at least one of the plurality of actuating elements.

**5**. The strapping apparatus of claim **1**, wherein locking a change in at least one parameter of the strapping apparatus is temporarily activatable.

**6**. The strapping apparatus of claim **1** including an indicator for indicating which of the at least one functions is locked is indicatable on the strapping apparatus.

**7**. The strapping apparatus of claim **1** including a release to cancel the lock.

**8**. A strapping apparatus for strapping an article with a strapping band, comprising:

a base plate for positioning on the article;

a tensioning device for tensioning the strapping band, the tensioning device including an actuatable tensioning tool configured for movement into and out of contact with the band;

a sealing device for permanently sealing two overlying layers of the strapping band by forming a seal between the two strapping band layers;

a motor for driving the tensioning device and the sealing device;

a tensioning button for starting the motor;

a plurality of actuating elements to control functions of the strapping apparatus, the functions carried out based on one or more adjustable parameters, which adjustable parameters are set upon actuation of one or more of the actuating elements; and

a lock for at least one of the actuating elements with which one or more of the parameters are set, the lock actuatable between a first condition where adjustment of the adjustable parameter is prevented a second condition where adjustment of the adjustable parameter is permitted,

wherein the tensioning button is operable in three modes:

a first mode where both the tensioning device and the sealing device are triggered successively in an automated manner by actuation of the tensioning button;

a second mode where the tensioning device is triggered by a first actuation of the tensioning button and the sealing device is triggered by a second actuation of the tensioning button, and

a third mode where the tensioning button is pressed until a desired tensioning force is achieved in the strapping band.

**9**. The strapping apparatus of claim **8**, wherein the first mode is an automatic mode of the strapping operation, in which after an initiation of a strapping operation, the tensioning device and subsequently the sealing device are actuated in an automated manner, the lock further configured to lock the tensioning button, and wherein to initiate the strapping operation, the lock is released by simultaneous actuation of the tensioning button and one of the plurality of actuating elements.

**10**. The strapping apparatus of claim **9**, wherein the tensioning button and the one of the plurality of actuating elements are spaced from each other such that two-handed actuation of the tensioning button and the one of the plurality of actuating elements is required for the simultaneous actuation thereof.

US 9,586,708 B2

11

12

**11**. The strapping apparatus of claim **9**, wherein the tensioning button is arranged at a front end of a handle of the strapping apparatus and the one of the plurality of actuating elements is arranged at a rear end thereof.

**12**. The strapping apparatus of claim **8**, wherein the tensioning button is arranged at a front end of a handle of the strapping apparatus and the one of the plurality of actuating elements is arranged at a rear end thereof.

\*   \*   \*   \*   \*

# Exhibit B

US011104460B2

(12) **United States Patent**
  Neeser et al.

(10) Patent No.: **US 11,104,460 B2**
(45) Date of Patent: **Aug. 31, 2021**

(54) **STRAPPING APPARATUS**

(71) Applicant: **Signode Industrial Group LLC**, Glenview, IL (US)

(72) Inventors: **Mirco Neeser**, Ehrendingen (CH); **Dimitrios Takidis**, Dübendorf (CH); **Andreas Keller**, Birr (CH)

(73) Assignee: **Signode Industrial Group LLC**, Glenview, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 169 days.

(21) Appl. No.: **16/331,002**

(22) PCT Filed: **Sep. 7, 2017**

(86) PCT No.: **PCT/US2017/050473**
  § 371 (c)(1),
  (2) Date: **Mar. 6, 2019**

(87) PCT Pub. No.: **WO2018/052790**
  PCT Pub. Date: **Mar. 22, 2018**

(65) **Prior Publication Data**
  US 2019/0185189 A1     Jun. 20, 2019

(30) **Foreign Application Priority Data**
  Sep. 18, 2016   (CH) .................................... 01213/16

(51) **Int. Cl.**
  **B65B 13/32**     (2006.01)
  **B65B 13/22**     (2006.01)
  (Continued)

(52) **U.S. Cl.**
  CPC .......... **B65B 13/322** (2013.01); **B65B 13/185** (2013.01); **B65B 13/22** (2013.01); **B65B 13/327** (2013.01); **B65B 65/02** (2013.01)

(58) **Field of Classification Search**
  CPC ....... B65B 13/00; B65B 13/02; B65B 13/025; B65B 13/185; B65B 13/187; B65B 13/22; B65B 13/322; B65B 13/327; B65B 65/02
  (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,206,167 A * 9/1965 Armington ........... B65B 13/025
                                                      254/216
3,284,049 A * 11/1966 Haraden ............... B65B 13/025
                                                      254/216
  (Continued)

FOREIGN PATENT DOCUMENTS

CN        1297270 A     5/2001
CN        1386675 A     12/2002
  (Continued)

OTHER PUBLICATIONS

"Office Action", Related patent application JP 2019-513774, dated Feb. 25, 2020.
  (Continued)

*Primary Examiner* — Stephen F. Gerrity
(74) *Attorney, Agent, or Firm* — Neal, Gerber & Eisenberg LLP

(57)     **ABSTRACT**

A strapping apparatus for strapping articles with a strapping band having a tensioning device for imparting a band tension to a loop of the strapping band, the tensioning device including a driveable tensioning element provided for engaging the strapping band to impart a band tension. The strapping apparatus including a connecting device for generating a permanent connection, in particular a welded connection, at two regions, situated one above the other, of the loop of the strapping band. The strapping apparatus is configured to achieve the release of the tensioning element from the strapping band reliably to avoid or reduce adverse
  (Continued)



## US 11,104,460 B2

Page 2

characteristics attributed to the release of the tensioning device from the band.

**19 Claims, 22 Drawing Sheets**

(51) **Int. Cl.**
  **B65B 13/18**          (2006.01)
  **B65B 65/02**          (2006.01)

(58) **Field of Classification Search**
  USPC ............. 53/580, 582, 588, 592; 100/29, 32, 100/33 PB; 140/93.2; 254/216
  See application file for complete search history.

(56)                   **References Cited**

                   U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,360,017 | A * | 12/1967 | Vilcins .................. B65B 13/345 254/216 |
| 3,442,733 | A * | 5/1969 | Vilcins .................. B65B 13/327 156/73.5 |
| 3,844,317 | A * | 10/1974 | Angarola et al. ......... B21F 9/02 140/93.2 |
| 4,020,879 | A * | 5/1977 | Billett et al. .......... B65B 13/345 140/123.6 |
| 4,313,779 | A * | 2/1982 | Nix ...................... B65B 13/327 156/361 |
| 4,450,032 | A * | 5/1984 | Wehr ................... B65B 13/322 156/353 |
| 5,632,851 | A * | 5/1997 | Young .................. B65B 13/327 100/29 |
| 5,653,095 | A | 8/1997 | Stamm |
| 6,328,087 | B1 | 12/2001 | Finzo et al. |
| 9,346,572 | B2 | 5/2016 | Leppert |
| 2003/0230058 | A1 | 12/2003 | Nix |
| 2011/0056391 | A1 | 3/2011 | Neeser |
| 2011/0100233 | A1 * | 5/2011 | Neeser et al. ........ B65B 13/322 100/2 |
| 2014/0083311 | A1* | 3/2014 | Bonifazi et al. ...... B65B 13/327 100/4 |
| 2015/0210411 | A1* | 7/2015 | Finzo etal. ............ B65B 13/322 100/29 |
| 2016/0107775 | A1* | 4/2016 | Amacker et al. ..... B65B 13/327 100/29 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1386676 A | 12/2002 |
| CN | 201411059 Y | 2/2010 |
| CN | 105358432 A | 2/2016 |
| DE | 1973947 | 11/1967 |
| DE | 1973947 U | 11/1967 |
| DE | 3525647 A1 | 1/1987 |
| DE | 10026200 A1 | 11/2001 |
| EP | 0664256 A1 | 7/1995 |
| GB | 2098163 A | 11/1982 |
| GB | 2185229 | 7/1987 |
| GB | 2185229 | 7/1987 |
| JP | S64-006555 A | 1/1989 |
| JP | 2004018117 A | 1/2004 |
| KR | 10-0943256 B1 | 2/2010 |
| WO | 2009129636 A1 | 10/2009 |
| WO | WO 2009/129634 | 10/2009 |

OTHER PUBLICATIONS

Office Action Issued by KIPO in connection with KR Application 10-2019-7006727, dated Jul. 31, 2020.

Machine Translation of Office Action issued by JPO in connection with JP2019-513774 and dated Feb. 25, 2020.

Machine translation of Office Action issued by Japan Patent Office in connection with JP2019-513774 and dated Oct. 6, 2020.

Machine Translation of Office Action issued by CIPO in connections with CN 201780055333.6 and dated Jul. 3, 2020.

International Search Report for PCT/US2017/050473 dated Dec. 8, 2017.

European Office Action: Communication pursuant to Article 94(3) dated May 7, 2020.

European Office Action: Communication pursuant to Article 94(3) dated Dec. 23, 2020.

"Communication pursuant to Article 94(3) EPC", cited in corresponding European Patent Application No. 17 772 523.1 (5 pages), dated Dec. 23, 2020.

"Communication pursuant to Article 94(3) EPC", cited in corresponding European Patent Application No. 17 772 523.1 (5 pages), dated May 7, 2020.

* cited by examiner



FIG. 1



FIG. 1a



FIG. 2



FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7B



FIG. 7A



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

FIG. 13



FIG. 14B

FIG. 14C

FIG. 14A



FIG. 15

FIG. 16

FIG. 17



**FIG. 18**



FIG. 19



FIG. 20



FIG. 21



**FIG. 22**

US 11,104,460 B2

**1**

# STRAPPING APPARATUS

## PRIORITY CLAIM

This application is a national stage application of PCT/US2017/050473, filed on Sep. 7, 2017, which claims priority to and the benefit of Swiss Patent Application No. 01213/16, filed Sep. 18, 2016, the entire contents of which are incorporated herein by reference.

## FIELD

The present disclosure relates to a strapping apparatus for strapping articles for packing with a strapping band, which strapping apparatus has a tensioning device for imparting a band tension to a loop of a strapping band, wherein the tensioning device is equipped with a tensioning wheel that can be driven in rotation about a tensioning axis and that is provided for engaging into the strapping band, the tensioning device furthermore has a tensioning plate, wherein, during a tensioning process performed by the tensioning device, it is provided that a single-layer or multi-layer section of the strapping band is situated between the tensioning wheel and the tensioning plate and is in contact both with the tensioning wheel and with the tensioning plate, and a connecting device for producing a permanent connection, in particular a welded connection, at two regions, situated one above the other, of the loop of the strapping band by way of a connecting element, such as a welding element, which is provided for locally heating the strapping band.

## BACKGROUND

Strapping apparatuses of said type are used for strapping articles for packing with a plastics band. For this purpose, a loop of the respective plastics band is placed around the article for packing. In general, the plastics band is in this case drawn off from a supply roll. After the loop has been placed all the way around the article for packing, the end region of the band overlaps a section of the band loop. The strapping apparatus is then applied to said two-layer region of the band, and here, the band is clamped in the strapping apparatus, a band tension is imparted to the band loop by way of the tensioning device, and a fastening is produced by friction welding on the loop between the two band layers. Here, pressure is exerted on the band by way of a friction shoe that moves in oscillating fashion in the region of two ends of the band loop. The pressure and the heat generated by the movement causes the band, which is generally of plastic, to locally melt for a short period of time. This gives rise between the two band layers to a permanent connection, which can be released again at most with high force, between the two band layers. Thereafter, or approximately at the same time, the loop is severed from the supply roll. The respective article for packing has thereby been strapped.

Generic strapping apparatuses are provided for mobile use, wherein the appliances are intended to be carried by a user to the respective usage location and, there, should not be dependent on the use of externally supplied energy. In the case of known strapping appliances, the energy required for the intended use of such strapping appliances for tensioning a strapping band around articles for packing of any type and for producing a fastening is generally provided by an electric battery or by compressed air. By way of said energy, the band tension introduced into the band by way of the clamping device is generated, and a fastening is produced on the

**2**

strapping band. Generic strapping apparatuses are furthermore provided for connecting only weldable plastic bands to one another.

After a tensioning process has been performed and after a fastening has been formed, the band must be removed from the strapping apparatus again. Here, the problem exists that the tensioning device must release the band which has been loaded with a high band tension. The band tension acts on the tensioning device as a force or torque directed oppositely to the drive direction of the tensioning device. A release of the tensioning device from the band by way of known freewheels provided for this purpose therefore has the result that the tensioning device is relieved of load abruptly. Such an abrupt release firstly constitutes a high dynamic load on the fastening between the two band layers of the strap, which fastening has just been manufactured and has possibly not yet fully cooled down and thus does not yet exhibit its maximum load-bearing capability. Secondly, the abrupt release also acts as a high dynamic load on the tensioning device of the strapping apparatus, which, in particular after a high number of strapping cycles, can lead to damage and wear and to adjustment of presets. Finally, the tensile stress of the band, which acts on the tensioning wheel and on the tensioning plate, can lead to jamming of the rocker that is provided in many known portable strapping devices and on which either the tensioning plate or the tensioning wheel are pivotally arranged. Such jamming can have the effect that the tensioning wheel and the tensioning rocker can no longer be lifted off from the band.

## SUMMARY

The present disclosure is therefore based on the object of improving generic, in particular mobile, strapping apparatuses of the type mentioned in the introduction with regard to their functional reliability, such that the release of the strapping band can be realized reliably and adverse characteristics attributed to the release of the tensioning device from the band are avoided, or at least reduced.

According to the present disclosure, said object is achieved in the case of a strapping apparatus of the type mentioned in the introduction by way of the features described herein. Thus, in the case of a strapping apparatus as per certain embodiments the mechanism of a freewheel for releasing the tensioning element from the strapping band may be provided, which, during an actuation, with at least initial slippage, eliminates an operative connection between a drive of the tensioning element and the tensioning element, and, as a result of the restoring movement of said mechanism, generate the operative connection again. By way of the slippage or some other type of non-abrupt release of the tensioning element from its drive or from a locking mechanism, the mechanism of the strapping device is less highly loaded, and the mechanism can be relieved of tension gently.

The present disclosure may in particular, and preferably, comprise a freewheel which is provided with a wrap spring and that serves for releasing the tensioning wheel from a torque-absorbing support of the tensioning wheel on an immovable element of the strapping apparatus, such as for example the base plate. Furthermore, the present disclosure may be equipped with a mechanism for actuating the wrap spring in order to eliminate and generate frictional engagement of the wrap spring with at least one contact partner.

According to the present disclosure, it may thus be provided that a wrap spring as a constituent part of a freewheel is arranged in the region of a torque-supporting bearing arrangement of the tensioning device, which wrap

US 11,104,460 B2

3

spring connects a bearing arrangement of the tensioning wheel rotationally conjointly to the base plate for the execution of the tensioning process. After a tensioning process has been performed, the wrap spring and thus the freewheel may be actuable in order to temporarily release the torque-supporting bearing arrangement, such that the tensioning wheel or some other tensioning element is rotatable freely relative to the band without drive. The tensioning wheel can thus be released from the band with little expenditure of force, and the drive train of the tensioning wheel can hereby be relieved of tension.

By way of the wrap spring, it is possible here to realize a gradual—rather than an abrupt—release of the connection that is fixed in terms of torque. Proceeding from a slip-free, frictionally engaging, rotationally conjoint connection of the wrap spring to its at least one contact partner, the wrap spring, when actuated, initially permits slippage before the frictionally engaging connection is fully eliminated and the wrap spring and its contact partner are freely rotatable relative to one another. Both for the band from which the tensioning wheel is to be lifted off, and for the tensioning device, it is thus possible, owing to the avoidance of abrupt changes in load, for the release of the strapping band from the strapping apparatus to be performed in a more material-conserving manner.

In a preferred embodiment of the present disclosure, the wrap spring may have at least one, and preferably two, contact partners. One of the contact partners is in this case connected rotationally conjointly to the tensioning wheel, whereas the optional other contact partner should be connected rotationally conjointly to a positionally fixed component such as a carrier of the strapping apparatus. A frictionally engaging connection to both contact partners should exist during the tensioning process, such that the tensioning wheel can be supported by way of the wrap spring and its two contact partners in order to exert the torque, which is provided by a drive of the tensioning device, on the band on the positionally fixed component, for example a base plate. With at least one of the two contact partners, it may be possible for the frictionally engaging connection to be eliminated by actuation of the wrap spring and to subsequently be generated again by way of a restoring movement. The second contact partner may in particular also be provided for ensuring the dimensional stability of the wrap spring and for preventing a change in position of the wrap spring during the actuation thereof.

The at least one contact partner, preferably both of the contact partners that are provided, may each be in the form of a cylindrical element, wherein the two contact partners should preferably be arranged within the wrap spring. With inner sides of their windings, the wrap springs can generate the frictional engagement with outer circumferential surfaces of the preferably cylindrical contact partners. The wrap spring is, for this purpose, arranged under preload on the contact partners. In other embodiments according to the present disclosure, it is also possible to utilize outer sides of the windings for generating frictional engagement, wherein said outer sides should then come to bear against inner sides of hollow cylindrical contact partners.

In particularly preferred refinements of the present disclosure, the freewheel may be equipped with a rotatable toothing mechanism to which the wrap spring is connected by way of one of its ends, wherein the toothing mechanism is provided for engaging with one of the actuation mechanisms. Here, it may particularly expediently be provided that the toothing mechanism is a cylindrical element which is formed substantially coaxially with respect to the longitu-

4

dinal axis of the wrap spring and which, in the region of its outer circumference, is equipped with a toothing, in particular with a toothing which runs around the full circumference or over part of the circumference. It may furthermore be expedient for one actuation mechanism to have a pivotable, circular-arc-shaped toothing element which, on its circular-arc-shaped circumferential region, is equipped with a toothing for engaging into the toothing of the cylindrical element. In these preferred embodiments of the present disclosure, for the actuation of the freewheel, it is thus provided that a rotational movement is transmitted to one of the ends of the wrap spring by way of engagement of intermeshing gearwheels. In this way, a particularly functionally reliable and reproducible actuation of the wrap spring can be made possible.

It should advantageously be provided that, during the actuation of the freewheel, the preferably circular-arc-shaped toothing element enters into engagement with the toothing of the cylindrical element only when the freewheel is also to be switched and thus the tensioning wheel is to be released from its support on the strapping apparatus. It should likewise advantageously be provided that, during the automatic turning-back of the wrap spring, and thus during the restoration of the frictionally engaging connection, the circular-arc-shaped toothing element passes out of engagement with the toothing of the cylindrical element arranged on the wrap spring before the frictional engagement is generated again. In particular, by way of the latter measure, it can be ensured that, by way of the spring force of the wrap spring, complete abutment of the windings against their at least one contact partner is achieved, specifically even if, for this purpose, the end of the wrap spring assumes a different rotational position than was the case in its initial position before the actuation of the freewheel. In particular, owing to possible frictionally induced wear to the inner side of the wrap spring, it may be necessary after a multiplicity of actuations have been performed for the wrap spring to automatically turn back ever further beyond the original end position of the wrap spring end in order to generate the frictional engagement that is desired according to the present disclosure. Since the sleeve with its toothing should, at least toward the end of its turning-back movement, no longer be in engagement with the toothing element, and is thus freely rotatable, the turning-back can, in the described manner, be performed into new end positions every time, which end positions are dependent on the state of wear of the wrap spring and possibly also of its at least one contact partner. This embodiment of the present disclosure thus includes self-adjusting wear compensation of the freewheel. In conjunction with such a preferred embodiment of the present disclosure, it is in particular not necessary for readjustments to be repeatedly performed as maintenance work on the strapping apparatus owing to wear. Such maintenance work may then be necessary at most when the wrap spring has been worn to such an extent that sufficient frictional engagement is no longer realized, and thus the wrap spring must be exchanged.

In the case of two intermeshing toothings being used for transmitting a rotational movement, a blockage may occur upon the initial engagement of the toothings because teeth strike one another by way of their tooth tips but the spacing of the two axes of rotation is smaller than the sum of the radii of the tip circles of the two toothings. The rotatability necessitates that each tooth engages in each case into the gap between two teeth of the rolling partner. If tooth tips strike one another, it is not possible for a rotational movement to be transmitted, and the gearing becomes blocked. Therefore,

US 11,104,460 B2

5

in a further preferred embodiment, the present present disclosure provides compensation mechanisms which, in the event of such mutual blockage of the toothings, preferably automatically eliminate said blockage. For this purpose, it may advantageously be provided that the forces that arise between the toothings owing to a blockage of the toothing elements are utilized in order to generate a torque of one of the two toothings about its axis of rotation and relative to the respective other toothing. This relative movement of one toothing results in a changed position of the mutually opposite teeth of the toothings, in particular such that, now, the first tooth of one toothing engages between two teeth of the other toothing, and the blockage is thus eliminated. It is preferable here for one of the two toothings to be turned back in relation to the direction of rotation that is actually intended. By way of this preferred refinement according to the present disclosure, it is thus possible for the functional reliability of the freewheel, which is equipped according to the present disclosure with a wrap spring, for releasing the operative connection between the tensioning wheel and the drive thereof, to be increased. Blockages of the toothing elements can thus be prevented or eliminated automatically and without the need for manual intervention by operating personnel.

In a preferred refinement of this embodiment of the present disclosure, it may be provided that a tooth, in particular a tooth which comes into contact first with the other rolling partner, of a toothing element is arranged on said toothing element in a deflectable manner, in particular a resiliently elastically deflectable manner. With the restoring force, generated owing to the resiliently elastic deflection, of the deflected tooth, a force can be exerted on the rolling partner, which force leads to a relative movement, in particular a rotational movement, of the rolling partner. In alternative embodiments, it may also be provided that, by way of the restoring force, the component on which the restoring force is generated itself performs a rotational movement relative to its rolling partner. Regardless of which component performs the relative movement, said movement may involve movements of small magnitude, which are however sufficient to change the rotational position of the in each case one toothing such that the first engagement tooth is arranged in the region between two teeth of the rolling partner, such that an engagement of said one tooth into the toothing of the rolling partner becomes possible.

In a particularly advantageous refinement of the above preferred exemplary embodiment, it may be provided that the restoring force acts on the rolling partner such that the direction of action of said restoring force runs with a spacing to the axis of rotation of the rolling partner. In this way, it is possible, with the restoring force, to generate a torque which acts about the axis of rotation of the rolling partner and which leads to an elimination of the blockage and to an orientation of the two toothings for correct engagement.

Further preferred refinements of the present disclosure will emerge from the claims, from the description and from the drawing.

### BRIEF DESCRIPTION OF THE FIGURES

The present disclosure will be discussed in more detail on the basis of exemplary embodiments which are illustrated purely schematically in the figures, in which:

FIG. **1** shows a perspective illustration of a strapping appliance according to one example embodiment of the present disclosure;

6

FIG. **1**a shows a partial view of the strapping appliance from FIG. **1**, in which a tensioning device and a connecting device of the strapping appliance can be seen;

FIG. **2** shows a perspective partial illustration of the front region, which comprises the tensioning and wear device of the strapping appliance from FIG. **1**, of said strapping appliance, with an actuation mechanism assuming a first end position;

FIG. **3** shows a sectional illustration through a cantilever and the base plate of the strapping appliance from FIG. **1**;

FIG. **4** shows a detail as per the line X from FIG. **3**;

FIG. **5** shows an illustration as per FIG. **3** with an actuation mechanism in a second end position;

FIG. **6** shows a longitudinal section through a freewheel for a support mechanism of a tensioning wheel of the strapping appliance from FIG. **1**;

FIG. **7**a shows a toothed sleeve-like element of the freewheel;

FIG. **7**b shows a detailed illustration of the toothing of the sleeve-like element from FIG. **7**a;

FIG. **8** shows a perspective illustration as per FIG. **2** of a second example embodiment of the present disclosure according to the present disclosure;

FIG. **9** shows a sectional illustration as per FIG. **3** of the second embodiment according to the present disclosure from FIG. **8**, with an actuation mechanism assuming a first end position;

FIG. **10** shows an illustration as per FIG. **9** with an actuation mechanism in a second end position;

FIG. **11** shows a perspective partial illustration as per FIG. **2** of a further exemplary embodiment;

FIG. **12** shows a sectional illustration as per FIG. **3** of the further embodiment according to the present disclosure from FIG. **11**, with an actuation mechanism assuming a first end position;

FIG. **13** shows an illustration as per FIG. **4** of the further embodiment according to the present disclosure from FIG. **11**, with an actuation mechanism in a second end position;

FIGS. **14**a, **14**b, and **14**c show detailed illustrations of a sleeve for receiving a wrap spring, and the toothing of said sleeve, from the exemplary embodiment as per FIG. **11**;

FIG. **15** shows a perspective partial illustration as per FIG. **2** of a further exemplary embodiment;

FIG. **16** shows a sectional illustration as per FIG. **3** of the further embodiment according to the present disclosure from FIG. **15**, with an actuation mechanism assuming a first end position;

FIG. **17** shows an illustration as per FIG. **4** of the further embodiment according to the present disclosure from FIG. **15**, with an actuation mechanism in a second end position;

FIG. **18** shows a multi-part toothing element of the exemplary embodiment of FIGS. **15**, **16**, and **17** in a perspective illustration;

FIG. **19** shows a perspective partial illustration as per FIG. **2** of a further exemplary embodiment;

FIG. **20** shows a sectional illustration as per FIG. **3** of the further embodiment according to the present disclosure from FIG. **19**, with an actuation mechanism assuming a first end position;

FIG. **21** shows an illustration as per FIG. **4** of the further embodiment according to the present disclosure from FIG. **19**, with an actuation mechanism in a second end position; and

FIG. **22** shows a multi-part toothing element of the exemplary embodiment of FIGS. **19**, **20**, and **21** in a perspective illustration.

US 11,104,460 B2

7

## DETAILED DESCRIPTION

While the systems, devices, and methods described herein may be embodied in various forms, the drawings show and the specification describes certain exemplary and non-limiting embodiments. Not all of the components shown in the drawings and described in the specification may be required, and certain implementations may include additional, different, or fewer components. Variations in the arrangement and type of the components; the shapes, sizes, and materials of the components; and the manners of connections of the components may be made without departing from the spirit or scope of the claims. Unless otherwise indicated, any directions referred to in the specification reflect the orientations of the components shown in the corresponding drawings and do not limit the scope of the present disclosure. This specification is intended to be taken as a whole and interpreted in accordance with the principles of the present disclosure and as understood by one of ordinary skill in the art.

The strapping appliance 1 shown in FIGS. 1 and 2 is used merely as an example for the present present disclosure. The description of the specific embodiment of the features of the strapping appliance 1 discussed below serves merely for the understanding of the present disclosure and does not represent a restriction to embodiments of the present disclosure which would imperatively have to have the features below.

The exclusively manually actuable strapping appliance 1 according to the first example embodiment of the present disclosure illustrated here merely by way of example has a housing 2 which surrounds the mechanism of the strapping apparatus and on which there is formed a handle 3 for the handling of the appliance. The strapping appliance is furthermore equipped with a base plate 4, the underside of which is provided for arrangement on an article to be packaged. All of the functional units of the strapping appliance 1 are fastened on the base plate 4 and on the carrier (not illustrated in any more detail) of the strapping appliance, said carrier being connected to the base plate.

By way of the strapping appliance 1, a loop (not illustrated in any more detail in FIG. 1) of a plastic band (not shown), composed for example of polypropylene (PP) or polyester (PET), which loop has, beforehand, been placed around the article to be packaged, can be tensioned by way of a tensioning device 6 of the strapping apparatus. In other embodiments of the present disclosure, it is also possible for bands composed of other materials, in particular of other plastics or of metallic materials, to be processed, wherein, in such embodiments, the respective strapping appliance may be adapted to the respectively provided band material. The tensioning device of the strapping appliance shown here has a tensioning wheel 7 (concealed by the housing in FIG. 1), tensioning mandrel or some other tensioning element of the tensioning device 6, by way of which the band can be gripped for a tensioning process. The tensioning wheel 7 interacts with a tensioning plate 8 such that the strapping band can, for tightening of the strapping band loop, be clamped between the tensioning wheel 7 and the tensioning plate 8, in particular while the tensioning wheel 7 is driven in rotation and, during said movement, by engaging into the strapping band and retracting the latter, applies said strapping band to the respective article to be packaged and imparts a band tension to the band of the band loop.

In the exemplary embodiment, the tensioning plate 8 is arranged on a pivot-able rocker R (not illustrated in any more detail) which can be pivoted about a rocker pivot axis. The tensioning plate 8 can, by way of a pivoting movement

8

of the rocker R about the rocker pivot axis, be transferred from an end position spaced apart from the tensioning wheel 7 into a second end position, in which the tensioning plate 8 is pressed against the tensioning wheel 7. By way of a corresponding motor-driven or manually driven movement in the opposite direction of rotation about the rocker pivot axis, the tensioning plate 8 can be moved away from the tensioning wheel 7 and pivoted back into its initial position, whereby the band situated between the tensioning wheel 7 and the tensioning plate is released for removal. In other preferred embodiments of the present disclosure, it is also possible for the tensioning wheel 7 to be arranged on the movable, in particular pivotable, rocker R and for the tensioning plate 8 to be arranged so as to be positionally fixed.

During the use of the illustrated embodiment of a tensioning apparatus, it is provided that two layers of the strapping band are situated between the tensioning wheel 7 and the tensioning plate, and are pressed against the tensioning plate by the tensioning wheel 7 or are pressed against the tensioning wheel 7 by the tensioning plate. By rotation of the tensioning wheel 7, it is then possible for the band loop to have imparted to it a band tension which is high enough for packaging purposes.

Subsequently, at a point of the band loop at which two layers of the band lie one above the other, welding of the two layers can be performed, in a manner known per se, by way of the friction welding and severing device 12 of the strapping appliance. The band loop can hereby be permanently closed. In the preferred exemplary embodiment shown here, the friction welding and severing device 12 can be driven by the same, only one motor M of the strapping appliance, by way of which all other motor-driven movements are also performed. For this purpose, in a manner known per se, in the transmission direction from the motor M to the points at which the motor-imparted drive movement, there is provided a freewheel (not illustrated in any more detail) which has the effect that the drive movement is transmitted in the drive direction of rotation, respectively provided for the purpose, to the corresponding functional unit of the strapping appliance, and no transmission takes place in the other drive direction of rotation, respectively provided for this purpose, of the motor M.

For this purpose, the friction welding device 12 is equipped with a welding shoe (not illustrated in any more detail) which is, by way of a transfer device 13, transferred from a rest position, with a spacing to the band, into a welding position, in which the welding shoe is pressed against the band. The welding shoe, which in this case is pressed against the strapping band by mechanical pressure, and the simultaneously performed oscillating movement of the welding shoe with a predetermined frequency, cause the two layers of the strapping band to melt. The locally plasticized or molten regions of the band flow into one another and, after the band cools, a connection between the two band layers then forms. If necessary, it is then possible for the band loop to be severed from a supply roll of the band by way of a cutting element (not illustrated in any more detail) of the friction welding and severing device 12 of the strapping appliance 1.

The advancement of the tensioning wheel 7 in the direction of the tensioning plate, the rotary drive of the tensioning wheel 7 about the tensioning axis, the opening of the rocker R with the tensioning wheel 7 or the tensioning plate, the advancement of the friction welding device 12 by way of the transfer device 13, and also the use of the friction welding device 12 per se, and the actuation of the severing device,

US 11,104,460 B2

9 | 10

are performed using only one common electric motor M, which provides a respective drive movement for these components of the strapping appliance. For the supply of electricity to the motor M, there is arranged on the strapping appliance an exchangeable battery **14**, which can in particular be removed and exchanged for charging purposes, and which serves for storing electrical energy. A supply of other external auxiliary energy, such as for example compressed air or further electricity, may be provided, but is not provided in the case of the strapping appliance as per FIGS. **1** and **2**. In other embodiments of the present disclosure, however, it is also possible for other forms of energy, in particular compressed air, to be utilized as drive energy instead of electrical energy.

On the drive shaft of the motor, behind the toothed belt drive to the welding device as viewed from the motor M, there is situated a bevel gear **16**, which belongs to a bevel gear mechanism of the tensioning device **6**, in the same way as a second bevel gear **17**, with which the former bevel gear meshes. On the same shaft as that on which the second bevel gear **17** is arranged, there is also arranged a downstream gearing device (not illustrated in any more detail) by way of which the motor drive movement is utilized for driving the tensioning wheel. A gearing device of said type is included in the strapping appliance with the product designation OR-T 250 from Signode Industrial Group GmbH, Dietikon (Switzerland), and as described for example in WO 2009/129634 A1. The content of said document is hereby incorporated by reference.

The tensioning apparatus is furthermore equipped with a manually actuable hand lever **20**, by way of the actuation of which a torque-absorbing support of the tensioning wheel on a cantilever **21** of the base plate **4** can be eliminated and, subsequently, the spacing between tensioning plate **8** and the tensioning wheel **7** can also be increased. This process is provided, after the tensioning of the band has been performed and after a fastening has been formed, in order to enable the tensioning wheel, which is now stationary and possibly braced with the band, to be released despite the band tension present in the band. This is a prerequisite in order that the band can be removed from the strapping appliance and, subsequently, in turn, strapping band can be inserted into the strapping appliance in order to form a new band loop.

The hand lever **20** is arranged on a shaft **22** and is pivotable about an axis of the shaft **22**. On the same shaft there is also situated a circular-arc-shaped toothed segment **23** which is connected rotationally conjointly to the shaft **22** and which can be set in rotation by a rotational movement introduced by way of the hand lever **20**. Arranged parallel to and with a spacing to the shaft **22**, there is a further shaft **24**, on which a lever element **25** is rotatably arranged. The lever element **25** is equipped, in the region of its bearing arrangement on the shaft **24**, with a circular-arc-shaped toothing element **26** which meshes with the toothed segment **23** and can thus be set in rotation by a rotational movement of the toothed segment **23**. On the lever element **25** there is formed a first lever arm **25**a which projects substantially radially from the shaft **24**. On a second lever arm **25** b of the lever element **25**, on the free thereof, there is arranged a circular-arc-shaped toothing element **28**. The toothing element **28** has only a small number of teeth **28**a. A rotational movement of the lever arm **25** about the axis of its shaft **24** causes the toothing element **28** to perform a rotational movement along a circular segment about the axis of the shaft **24**. The movement along the circular segment takes place here with a radius, wherein the toothing **28**a of the

toothing element **28** is formed along a circular arc with the same radius. The length of the circular arc of the toothing element **28** is shorter than the length of the circular arc segment along which the toothing element moves.

The toothing element **28** meshes with an external toothing **30** of a sleeve **31**. Said external toothing **30** is formed along a complete circumferential line or a partial circumferential line of the outer shell surface **32** of the sleeve **31**. The width of the external toothing **30** may in this case preferably be smaller than the length of the sleeve **31**. The toothing element **28**, during its movement along the circular arc segment, initially moves without engaging with the toothing **30** of the sleeve **31**, and it is only on its path from its initial end position into its end position that said toothing element enters into engagement with the toothing **30** of the sleeve. As soon as the toothing element **28** and the sleeve **31** are in engagement with one another, the toothing element **28** rotates the sleeve **31** about its longitudinal axis.

As per the illustration in FIG. **6**, the sleeve **31** is arranged on a wrap spring **33** which, in the manner of a helical spring, has a multiplicity of windings. The windings have a small pitch and bear against one another. In the exemplary embodiment, the wrap spring **33** has at least 13 windings, and in other embodiments of the present disclosure, it is also possible for any other desired number of windings to be provided with which the wrap spring **33** can perform the function of a switching element, as will be discussed below.

A sleeve-like blocking roller **35** and a threaded bushing **36** are arranged coaxially within the wrap spring **33**, which blocking roller and threaded bushing are situated one behind the other along the longitudinal axis and with in each case one of their face sides facing one another within the wrap spring **33**. The wrap spring **33** can be actuated as a switching element of a freewheel **34** and, in its non-actuated state, bears with inner surfaces of its windings both against the blocking roller **35** and against the threaded bushing **36**. In this way, a frictionally engaging and rotationally conjoint connection between the blocking roller **35** and the threaded bushing **36** is produced by way of the wrap spring **33**. The threaded bushing **36** is screwed onto a bearing bolt **37**, which in turn is arranged rotationally fixedly on the cantilever **21** of the base plate **4**. Owing to this arrangement, the tensioning wheel **7** can, by way of the elements blocking roller **35** and threaded bushing **36** which are connected rotationally fixedly to one another by way of the wrap spring **33**, be supported on the cantilever **21** of the base plate **4**—and thus on the base plate **4** itself—during the tensioning process in order to exert the required torque on the strapping band.

The wrap spring **33** has in each case a first end region **33**a (shown in FIG. **3**) and a second end region (not shown) on each of its face ends. The second end region is fixed to the cantilever **21** of the base plate **4**. The first end region **33**a of the other face side of the wrap spring **33** is fastened to the sleeve **31**. By way of a pivoting movement of the hand lever **20**, it is thus possible, by way of the engagement of the toothed segment **23** into the toothing element **26** and of the circular-arc-shaped toothing element **28** into the toothing **30** of the sleeve **31**, and the rotationally fixed arrangement of the second wrap spring end on the cantilever **21**, for the first end **33**a of the wrap spring **33** to be actuated. Here, the circular-arc-shaped toothing element **28** performs a movement from the first end position shown in FIG. **4** into the second end position shown in FIG. **5**.

Here, the actuation is performed substantially as a rotational or pivoting movement of the wrap spring end **33**a about a longitudinal axis of the wrap spring **33** in a direction

US 11,104,460 B2

11 12

of rotation which causes at least some of the windings of the wrap spring 33 to increase in diameter. These are at least those windings of the wrap spring 33 which are arranged on the blocking roller 35 and which, in the non-actuated state of the wrap spring, the blocking roller 35 and which, in the non-actuated state of the wrap spring, produce a frictionally engaging connection with the blocking roller 35. As a result of the actuation of the wrap spring 33, said frictional engagement is entirely or partially eliminated. The elimination of the frictional engagement should occur at least to such an extent that the blocking roller 35 that is indirectly connected to the tensioning wheel 7 can rotate about its own longitudinal axis relative to the wrap spring 33. The elimination of the frictional engagement thus has the result that the tensioning wheel 7 can no longer hold the torque that is exerted back on the tensioning wheel 7 by the already-tensioned band owing to the band tension. In this state, the tensioning plate 8 can be pivoted away from and lifted off the tensioned band. In alternative preferred embodiments according to the present disclosure, in which the tensioning wheel 7 rather than the tensioning plate 8 is arranged pivotably on the rocker R, it is possible for the tensioning wheel 7 to be pivoted away for the purposes of generating a spacing between the tensioning wheel 7 and the tensioning plate. Regardless of whether the tensioning wheel 7 or the tensioning plate 8 is articulated in pivotable fashion, it is possible in various embodiments of the present disclosure, owing to the interruption of the operative connection between the tensioning wheel 7 and the motor, for the tensioning wheel to possibly also be automatically rotated backward counter to the original drive direction of the tensioning wheel before the pivoting movement. The tensioning wheel is thus released from the tensioned band, and the band can subsequently be removed from the strapping appliance 1.

Owing to the movement originating from the release of the tensioning wheel, in this case a pivoting movement, of the hand lever 20, the wrap spring 33 does not abruptly pass entirely out of engagement with its contact partner, the blocking roller 35. Owing to the rotational movement of the actuated wrap spring end 33a, a gradual widening of diameters of successive windings of the wrap spring occurs. In this way, slippage between the blocking roller 35 and the wrap spring 33 is generated that increases with a progression of the actuation movement of the hand lever 20. The increasing slippage simultaneously yields decreasing frictional engagement between the blocking roller 35 and the wrap spring 33. As a result, an abrupt release of the tensioning wheel 7 can be prevented, and a gradual release of the tensioning wheel 7 can be achieved. Both the band and the mechanism of the strapping apparatus 1 are thereby protected against abrupt unloading of the band and thus against a highly dynamic change in load.

It is basically possible for any desired toothings, which must however fit with one another, to be provided for the circular-arc-shaped toothed segment 23, the toothing element 26, the circular-arc-shaped toothing element 26 and for the external toothing 30 of the sleeve 31. Involute toothings in particular may be provided. In the preferred embodiment according to the present disclosure illustrated in the figures, an asymmetrical toothing is provided for the external toothing 30 of the sleeve 31, wherein all teeth 40 of the sleeve 31 have geometrically identically designed teeth 40. Said teeth 40 have, on one engagement side, a toothing flank 40a similar to a straight toothing and, on the other engagement side, a tooth flank 40b of similar design to an involute toothing, that is to say a tooth flank 40b which has a more

pronounced curvature than its other toothing flank 40a. The tooth flanks 40a, 40b may taper to a point in the tip region of the tooth flanks, such that the risk of mutual striking of tooth tips of gearwheels which mesh with one another but which block one another is reduced. Here, the tooth flank 40a with the less pronounced curvature in each case should be arranged in a switching direction, that is to say in a direction of the rotational movement in which the release of the tensioning wheel is effected. During the switching process, the teeth of the toothing element 28 thus strike in each case that tooth flank 40a of the teeth 40 of the sleeve 31 which have the less pronounced curvature. This described basic tooth geometry is also configured for preventing blockage of gearwheels.

During the restoring movement of the wrap spring 33 owing to the restoring spring force built up during the switching process, it is then the case that the tooth flanks 40b with the more pronounced curvature come into contact, for transmitting movement, with the teeth 28a of the toothing element 28 and transmit the torque which is exerted by the sleeve 31 on the toothing element 28 owing to the spring restoring force. Both the sleeve 31, together with the end 33a of the wrap spring 33, and the lever element 25 then rotate backward in each case in the opposite direction of rotation. Likewise, the lever element 25, via the toothing element 26, pivots the hand lever 20 back into its initial position. The rotational movement of the lever element 25 occurs until the toothing element 28, during its rotational movement, passes out of engagement with the external toothing 30 of the sleeve 31. By contrast, the sleeve 31 rotates backward until the wrap spring 33 bears against the outer surface of the blocking roller 35 again and a further reduction in the diameter of the windings is no longer possible. In the drawing, this is shown in FIGS. 3 and 5, wherein FIG. 5 shows the initial position of the restoring movement and FIG. 4 shows the end position of the restoring movement.

Since, during its backward rotational movement, the lever element 25 passes out of engagement with the toothing 30 of the sleeve 31, the sleeve 31 and thus the wrap spring 33 can rotate backward independently of the lever element 25 and of the hand lever 20 until, and to such an extent that, the wrap spring 33 bears against the shell surface of the blocking roller 35 again and the frictional engagement between the blocking roller 35 and the wrap spring 33 has been fully established. In particular, possible limitations of the pivoting travels of the lever element 25 or of the hand lever 20 cannot prevent or impede a complete restoration of the frictional engagement. Since an elimination of the frictional engagement and the restoration of said frictional engagement is necessary during every production of a strap and, in the process, wear of the inner sides of the wrap spring 33 and/or of its contact partner, the blocking roller 35, occurs, it is in particular the case that a large number of produced straps can lead to abrasion of the wrap spring inner sides and/or of the blocking roller 35. This in turn has the result that the wrap spring end 33a must rotate backward further than before the onset of the wear in order to restore the intended frictional engagement of the wrap spring 33 with its at least one contact partner, in this case at least with the blocking roller 35. The wrap spring end 33a must thus possibly rotate beyond a previously assumed initial position, wherein said new position may, with progressive wear, move ever further away from the initial position without wear. This embodiment of the present disclosure thus includes compensation for progressive wear of the freewheel provided for the release of the tensioning wheel from the band, such as may arise owing to the repeated actuation of the wrap spring.

US 11,104,460 B2

13

14

FIGS. **8-10** illustrate a further exemplary embodiment of the present disclosure. This is in principle of the same construction as the exemplary embodiment discussed above, for which reason substantially only the differences will be discussed below. By contrast to the exemplary embodiment presented above, said further exemplary embodiment is however not equipped with the sleeve arranged on the wrap spring **133**, and is not equipped with a circular-arc-shaped tootling element on the lever element **123**. In this exemplary embodiment, the free end **127** of the lever element **125** acts directly on the free end **133***a* of the wrap spring **133**. A pivoting movement of the hand lever **120** thus leads, via the engagement of toothings, to a rotational movement of the lever element **125** and of the free end **127** thereof. On its pivoting travel proceeding from the position shown in FIG. **9**, the hook-shaped free end **127** of the lever element comes into contact with the end **133***a* of the wrap spring **133** and drives the latter along on its pivoting travel until the free end **127** of the lever arm has reached its second end position. The wrap spring end **133** a hereby pivots substantially about the longitudinal axis of the wrap spring **133**. Proceeding from the first winding, which adjoins the wrap spring end **133***a*, of the wrap spring **133**, subsequent windings are thus successively also increased in diameter or size. In this way, the contact between the windings and the blocking roller (not shown) is reduced or eliminated at least to such an extent that the frictional engagement is eliminated and thus the blocking roller is rotatable about its longitudinal axis relative to the rotationally fixedly arranged wrap spring **133**. In this exemplary embodiment, too, it is thus the case that the freewheel is switched by actuation of the wrap spring **133**. It is likewise provided that, during its backward rotational movement, the lever element **125** passes out of contact, and out of operative connection, with the free end **133***a* of the wrap spring **133** before the free end of the wrap spring **133** assumes its original initial position, in which the frictional engagement exists. Said restoring end positions of the wrap spring end and of the lever arm end **127** correspond to the positions of said elements shown in FIG. **9**. Thus, it is also the case in this embodiment according to the present disclosure that the free end **133***a* of the wrap spring **133** can, owing to the spring restoring force, rotate backward unhindered and freely until the intended frictional engagement exists again between the wrap spring **133** and its contact partner.

FIGS. **11-14***c* illustrate a further preferred exemplary embodiment according to the present disclosure. The corresponding mobile strapping appliance is in principle of the same construction as the two exemplary embodiments of the present disclosure discussed above. Therefore, primarily the differences will be discussed below.

In this exemplary embodiment, too, a sleeve **231** is arranged on the wrap spring (not shown), which sleeve is equipped, on the circumference, with a toothing. A circular-arc-shaped toothing element **228**, which is in principle of the same design as in the exemplary embodiment as per FIGS. **2-8**, can be actuated by way of the hand lever **220** and the toothed segment **223**. The circular-arc-shaped toothing element **228** is not in engagement with the toothing of the sleeve **231** when the hand lever **220** is in a non-actuated state, and enters into engagement with said toothing during the actuation. During a restoring movement of the hand lever **220**, the toothing element **228** passes out of engagement with the toothing of the sleeve **231** again.

As can be seen in particular in FIGS. **14***a* and **14***b* , the sleeve **231** is equipped with a recess **231***a* which is arranged eccentrically with respect to the bearing axis, by way of which recess the sleeve **231** is pushed onto the wrap spring. The eccentricity is in this case arranged such that a cross-sectionally relatively thin region **231***b* of the sleeve **231** that arises from the eccentricity is arranged at least approximately on the side averted from the toothing element **228**, and the cross-sectionally relatively thick region **231***c* is arranged on the side facing toward the toothing element **228**.

As in the preferred exemplary embodiment discussed above as per FIGS. **2** to **8**, it is also the case here that an asymmetrical toothing has been selected for the sleeve **231**, by way of which the risk of a blockage of the two toothings owing to tooth tips striking one another is reduced. In other exemplary embodiments of the present disclosure, it is however also possible for conventional toothings, in particular involute toothings, to be provided.

In order, depending on the embodiment of the present disclosure, to remove either the band from the tensioning wheel or the tensioning wheel **7** from the band and the tensioning plate, the toothing element **228** is pivoted about its pivot axis by way of the hand lever **220**, and thus the toothing element **228** is placed in engagement with the toothing of the sleeve **231**. On the further pivoting travel, the two toothings mesh with one another, whereby the sleeve **231** is rotated and the wrap spring operatively connected to the sleeve is actuated. The internal diameter of the wrap spring is hereby increased in size, and the contact between the internal diameter of the wrap spring and the outer surface of the blocking roller **35** is eliminated, whereby the operative connection between the motor and the tensioning wheel is eliminated.

After a gap has thus been created between the tensioning wheel and the tensioning plate and the tension in the drive train of the tensioning wheel has been depleted in a non-abrupt manner, the band can be removed from the strapping appliance, and a new section of the strapping band can be inserted for a further strapping process. By way of a pivoting movement of the hand lever **220** in a now opposite direction, the gap between the tensioning wheel and the tensioning plate can be closed again, and the band can be clamped between said two elements in order to subsequently tension the band by way of a rotational movement of the tensioning wheel.

If, in this exemplary embodiment, the two first teeth of the toothing of the sleeve **231** and of the toothing of the toothing element **228** which have come into contact with one another strike one another by way of their tooth tips, there is the risk of blockage. In this exemplary embodiment, however, such a blockage can, with high probability, be avoided because the teeth that press against one another by way of their tip sections generate a force, the resultant direction of action of which is utilized to exert a torque. Said force runs along a straight line that intersects the central point of the toothing, that is to say the central point or the longitudinal axis **231***d* of the sleeve. Owing to the eccentrically arranged arrangement of the recess **231***a* or bore of the sleeve **231** and of the wrap spring arranged therein, and owing to the operative connection of the sleeve **231** to the wrap spring, said force gives rise to a torque about the central point or longitudinal axis **233***c* of the wrap spring. The lever arm of the torque is in this case the spacing between the longitudinal axis **233***c* of the wrap spring and the axis of the direction of action of the generated force. Said torque results in a slight rotation of the wrap spring about its longitudinal axis **233***c*, which wrap spring is supported at one side on a carrier part of the strapping apparatus and at the other side on the sleeve **231** and thus drives the latter along during its slight rotation. The resulting relative movement between the sleeve **231** and the

US 11,104,460 B2

15

toothing element **228** results in the toothing of the sleeve **231** rotating relative to the toothing of the toothing element **228**, giving rise to a situation in which the two teeth that are in contact with one another no longer strike one another tip-to-tip. The first tooth of the toothing element **228** can now press against a flank of a tooth of the sleeve **231** and thus rotate the sleeve **231** as intended during the further movement of the toothing element **228**. As in the exemplary embodiments discussed above, as a result of this, the frictional engagement of the wrap spring with the sleeve is eliminated with initial at least slight slippage, a backward rotation of the tensioning wheel is made possible, and thus the tension is released from the drive train of the tensioning wheel, and the bracing between tensioning wheel and the band is eliminated.

FIGS. **15** to **18** show a vet further preferred exemplary embodiment. The arrangement of the sleeve **331** and of the wrap spring corresponds here in principle to the exemplary embodiment as per FIGS. **2** to **8**. The wrap spring is in this case arranged concentrically and non-eccentrically with respect to the longitudinal axis of the externally toothed rotatable sleeve **331**. Furthermore, a pivotable toothing element **328** is also provided here, which is designed for engaging into the toothing of the sleeve **331**.

In this preferred exemplary embodiment of the present disclosure according to the present disclosure, the first tooth **328**b, provided for engaging into the toothing of the sleeve **331** during the pivoting movement, of the toothing of the toothing element **328** is of flexible form. Here, as first tooth **328**b, a strip-like sheet-metal element **329** is provided, the shape of which is adapted to the top side of the toothing element. One end of the strip-like sheet-metal element **329** is in this case in the form of a tooth **328**b, and is arranged so as to form a continuation of, or a beginning of, the toothing formed on the circular arc of the toothing element **328**. By way of the adaptation of the sheet-metal element **329** to the face-side shape of the toothing element **328**, said sheet-metal element is of doubly angled configuration. Both the tooth section of the sheet-metal element **329** and the first and second limbs **329**a, **329**b, which enclose an obtuse angle, bear in each case against a face-side top side of the toothing element **328**. At its second limb **329**b, the sheet-metal element **329** is fixed to the toothing element **328**. In the exemplary embodiment, this is realized by way of a screw **345**, though it would basically also be possible for any other fastening mechanism to be provided for this purpose. The strip-like sheet-metal element **329** with at least one tooth **328**b of the toothing is thus fastened with a spacing to the intended contact point of the toothing element **328** with the toothing of the sleeve **331**. Thus, owing to the resiliently elastic characteristics of the sheet-metal element **329** and the fastening thereof to the toothing element **328** with a spacing to the engagement or contact point of the fastening point, the at least one tooth **328**b is deflectable relative to the toothing element **328**.

As in the embodiments as per FIGS. **2**-**8**, it is also the case here that, by way of a manually initiated pivoting movement of the hand lever **320** and the engagement of the toothed segment **323** into the toothing element **328**, the toothing element is moved from a first end position, in which it is not in engagement with the toothing of the sleeve **331**, into engagement with said toothing. Here, as long as the tooth tip of the first tooth **328**b of the sheet-metal element strikes a tooth flank of the toothing of the sleeve **331**, a conventional engagement of toothings occurs, as a result of which the sleeve **331** and the toothing thereof are driven along and rotated. By contrast, if, upon the initial contact of the

16

toothing element **328**, the first tooth **328**b thereof, which is arranged on a separate component (sheet-metal element **329**), strikes a tip of a tooth of the sleeve **331**, the sheet-metal element **329** is deflected about its fastening point and is resiliently elastically tensioned in the process.

The spring force that acts on the sleeve **331** as a result can lead to a relative rotation of the sleeve **331** with respect to the toothing element **328**, whereby subsequent teeth of the engagement partners each strike one another by way of their tooth flanks, and thus an engagement of the two toothings occurs as intended. It is likewise possible that, owing to the resiliently elastic deflection of the sheet-metal element **329** and the spring force that is generated as a result, the sheet-metal element **329** jumps over said tooth of the sleeve **331**. In this way, too, a relative movement of the two toothings can occur and subsequent teeth of the engagement partners can engage into one another by way of the tooth flanks rather than the tooth tips. A further mechanism of action that prevents a blockage in conjunction with a first flexible tooth **328**b and tip-to-tip striking of the first tooth **328**b against a tooth of the sleeve toothing **331** may consist in that the tooth spacing of the first flexible tooth **328**b with respect to the subsequent tooth and with respect to the further subsequent teeth of the toothing elements **328** varies. Owing to the flexibility of the first tooth **328**b, the latter can be elastically deformed owing to the drive movement by the hand lever **320**, wherein the toothing element **328**, during the pivoting movement thereof, moves onward. In the case of this mechanism of action, the sleeve **331** does not yet move at this point in time. The first tooth **328**b of the toothing element **328** can hereby be resiliently elastically tensioned, wherein the tip of the first tooth **328**b initially remains positionally fixed, despite the fact that the toothing element **328** moves onward. In this way, the original spacing of the first tooth **328**b to the subsequent tooth of the toothing element **328** temporarily changes. As a result of the relative movement of the toothing element with respect to the sleeve toothing, it is hereby the case that firstly the second tooth of the toothing element and then also the subsequent teeth each pass into a position relative to the sleeve toothing that is correct for engagement, and can thus engage into the sleeve toothing and thus begin to rotate the sleeve **331** and actuate the wrap spring.

In the case of each of the possible mechanisms of action, a blockage of the toothing element **328** with respect to the toothing of the sleeve **331** can be avoided, and the driving-along or rotation of the sleeve **331**, and actuation of the wrap spring connected to and arranged in the sleeve **331**, as intended according to the present disclosure can be realized.

FIG. **17** shows the upper end position of the toothing element **328**, in which it is still in engagement with the sleeve. The functional reliability of the wrap spring, and the release, realized by way thereof, of the tension or of the bracing in the drive train of the tensioning wheel can be enhanced by way of the resiliently elastically deflectable tooth of the toothing element **328**.

FIGS. **19**-**22** illustrate a further preferred exemplary embodiment of the present disclosure. In this exemplary embodiment, too, a first tooth **428**b of the pivotably mounted toothing element **428**, which can be actuated by way of a hand lever **420**, is provided, which first tooth is formed separately from the other teeth on a separate component **429**. In this case, too, the first tooth **428**b is formed on the separate component **429**, which has a resiliently elastic material, such as for example spring steel. The separate component **429** of the two-part toothing element **428** may preferably in turn be manufactured from a metallic sheet.

US 11,104,460 B2

17

Said separate component is preferably arranged on and fastened to one side of the toothing element **428** such that, in a longitudinal direction of the toothing, the tooth **428***b* of the separate component is the first tooth that enters into engagement with the toothing of the sleeve **431**. For this purpose, the toothing of the sleeve **431** preferably has a width which at least corresponds to the width made up of the width of the separate component **429** in the region of its tooth **428***b* and the toothing element in the region of its toothing. In the exemplary embodiment, the first tooth **428***b* is laterally offset in relation to the teeth of the toothing element **428**, but is arranged with a spacing to the subsequent tooth in a longitudinal direction of the toothing which is equal to the spacing with which the teeth of the toothing as a whole follow one another in each case.

The component **429** of the first tooth **428***b* can be deflected laterally on the toothing element **428** about an axis of the fastening thereof, in this case of the screw **445**. Said pivot axis runs at least substantially parallel to the axis of rotation of the toothing element **428**. Furthermore, the separate component **429** has an elongate, lever-like rocker **429***a* which is arranged with a spacing to the tooth **428***b*. In the region of a free end of the rocker **429***a*, the latter is mounted in a resting manner on a counterbearing **446** of the toothing element **428** and is supported thereon. Furthermore, the separate component **429** is guided on the toothing element **428**, such that, during a deflection owing to an action of force on the tooth **428***b*, a predetermined and reproducible deflection travel is realized.

As in the other exemplary embodiments, during the tensioning process of the band, the toothing element **428** and its separate first tooth **428***b* is not in engagement with the toothing of the sleeve **431**, as illustrated in FIG. **20**. Only as a result of the actuation of the hand lever **420** is the toothing element **428** placed in contact, initially by way of its first tooth **428***b*, with the toothing of the sleeve **431**. Here, if a flank of the first tooth **428***b* strikes a tooth flank of the toothing of the sleeve **431**, the engagement of the two toothings occurs as intended. The subsequent teeth in the direction of rotation of the two toothings also engage in each case with a tooth flank against a tooth flank of the contact partner of the respective toothing, whereby the toothing element **428** rotates the sleeve **431** and thus actuates the wrap spring.

However, if the first tooth **428***b*, by way of its tooth tip, strikes a tooth tip of the toothing of the sleeve **431**, then there is the risk of the two toothings becoming blocked and no longer being able to move. To avoid this risk, the first tooth **428***b* of the toothing element is movable. In this exemplary embodiment, the mobility is realized in the form of a resiliently elastic deflection, in the case of which the first tooth **428***b* can be elastically deflected by a tooth of the sleeve **431**. That tooth of the sleeve toothing **431** which presses against the tooth tip of the first tooth deflects the first tooth around the fastening point, in this case the screw **445**. By way of a guide **447**, in this case a slot with a pin guided therein, a reproducible and always constant deflection travel is realized here. As a result of said deflection, the lever-like rocker **429***a* bears against the pin-like counterbearing **446** of the toothing element **428**. As a result, a restoring moment and a restoring force are generated with which the first tooth **428***b* presses against the tooth of the sleeve **431**. Since said restoring force which acts on the sleeve **431** at the tooth tip of the first tooth **428***b* has a direction of action that does not intersect the axis of rotation **431***a* of the sleeve **431** and thus also does not intersect the longitudinal axis of the wrap spring, said restoring force imparts a torque about the sleeve

18

**431**. Said torque leads to an at least slight rotation of the sleeve **431** about its longitudinal axis **431***a*. Owing to said rotation, the first tooth is subsequently no longer in contact with the tooth tip of the corresponding tooth of the sleeve toothing **431**, and now engages between two successive teeth of the sleeve toothing **431**. As in the previous exemplary embodiment, it is also possible here for the elastic deformation of the first tooth **428***b* to lead to a temporary change in the tooth spacing of the first tooth with respect to the tooth following it, which effects an elimination of the blockage.

In this way, the first tooth **428***b* can transmit the pivoting movement, introduced by the hand lever **420**, of the toothing element **428** to the sleeve toothing, whereby subsequent teeth of the two toothings also engage into one another and continue the rotational movement of the sleeve **431** until an upper end position of the toothing element **428** is reached, as illustrated in FIG. **21**. In this end position, the toothing element **428** is still in engagement with the sleeve toothing. The band of a finished strap can now be removed, and a new band section can be inserted into the strapping appliance for the production of a further strap. Here, too, as in the exemplary embodiments discussed above, the wrap spring can subsequently be relieved of tension again by way of a return movement of the toothing element **428** from its upper end position in FIG. **21** into the lower end position shown in FIG. **20** by way of a backward rotation of the sleeve **431**. As a result, the wrap spring bears with its internal diameter against the outer surface of the blocking roller **35** again, and thereby produces the operative connection between the motor drive and the tensioning wheel. The tensioning wheel can hereby be supported on the frame of the strapping apparatus again for the purposes of absorbing torque. A subsequent tensioning and strapping process can thus be performed.

The invention is claimed as follows:

**1**. A strapping device comprising:
a tensioning wheel rotatable about a tensioning axis;
a motor operably connected to the tensioning wheel to rotate the tensioning wheel about the tensioning axis in a tensioning direction;
a tensioning plate;
a lever movable from a first position to a second position to increase a distance between the tensioning wheel and the tensioning plate and movable from the second position to the first position to decrease the distance between the tensioning wheel and the tensioning plate;
a wrap spring; and
a contact partner circumscribed by the wrap spring,
wherein the wrap spring frictionally engages the contact partner when the lever is in the first position such that the motor is in operative connection with the tensioning wheel, wherein the wrap spring does not frictionally engage the contact partner when the lever is in the second position such that the operative connection between the motor and the tensioning wheel is eliminated to enable the tensioning wheel to rotate in a direction opposite the tensioning direction.

**2**. The strapping device of claim **1**, wherein the lever is operably coupleable to the wrap spring to manipulate the wrap spring to disengage the contact partner.

**3**. The strapping device of claim **2**, wherein the lever is not operably coupled to the wrap spring when in the first position.

**4**. The strapping device of claim **3**, wherein the lever is operably coupled to the wrap spring when between the first position and the second position.

US 11,104,460 B2

19 20

**5**. The strapping device of claim **1**, further comprising a base plate that supports the tensioning wheel, wherein one end of the wrap spring is fixed to a rotatable sleeve.

**6**. The strapping device of claim **5**, wherein the lever is operably connectable to the sleeve such that movement of the lever from the first position to the second position causes the sleeve to rotate.

**7**. The strapping device of claim **6**, further comprising a toothing element comprising multiple teeth, wherein the sleeve comprises external toothing, wherein the lever is operably connected to the toothing element such that movement of the lever from the first position to the second position causes the toothing element to move such that its teeth engage the external toothing of the sleeve and cause the sleeve to rotate.

**8**. The strapping device of claim **7**, wherein the toothing element is disengaged from the sleeve when the lever is in the first position.

**9**. The strapping device of claim **5**, wherein rotation of the sleeve causes at least part of the wrap spring to expand radially outwardly to frictionally disengage the contact partner.

**10**. The strapping device of claim **5**, further comprising a bushing fixed relative to the base plate, wherein the wrap spring circumscribes and frictionally engages the bushing, wherein the contact partner comprises a blocking roller connected to the tensioning wheel.

**11**. The strapping device of claim **10**, wherein the bushing, the blocking roller, and the wrap spring share a common longitudinal axis.

**12**. The strapping device of claim **11**, wherein the blocking roller is rotatable about the longitudinal axis and relative to the bushing when the wrap spring does not frictionally engage the blocking roller.

**13**. The strapping device of claim **12**, wherein the blocking roller is not rotatable about the longitudinal axis and relative to the bushing when the wrap spring frictionally engages the blocking roller.

**14**. The strapping device of claim **1**, wherein the lever is biased to the first position.

**15**. The strapping device of claim **14**, wherein the wrap spring biases the lever to the first position.

**16**. A strapping device for forming a tensioned loop of strap around an object, the strapping device comprising:

tensioning means for tensioning the strap around the object, the tensioning means comprising a tensioning wheel and a tensioning plate;

connecting means for connecting two overlapping layers of the strap to one another;

a lever movable from a first position to a second position to increase a distance between the tensioning wheel and the tensioning plate and from the second position to the first position to decrease the distance between the tensioning wheel and the tensioning plate;

drive means for driving the tensioning means and the connecting means; and

means for eliminating an operative connection between the drive means and the tensioning wheel to enable free rotation of the tensioning wheel;

wherein movement of the lever from the first position to the second position causes the means for eliminating to eliminate the operative connection between the drive means and the tensioning wheel.

**17**. The strapping device of claim **16**, wherein the connecting means comprises a friction welder.

**18**. The strapping device of claim **17**, wherein the means for eliminating comprises a wrap spring and a contact partner circumscribed by the wrap spring, wherein the wrap spring frictionally engages the contact partner when the lever is in the first position such that the drive means is inoperative connection with the tensioning wheel, wherein the wrap sprig does not frictionally engage the contact partner when the lever is in the second position such that the operative connection between the drive means and the tensioning wheel is eliminated.

**19**. The strapping device of claim **18**, further comprising a base plate that supports the tensioning wheel, wherein one end of the wrap spring is fixed to a rotatable sleeve, wherein the lever is operably connected to the sleeve such that movement of the lever from the first position to the second position causes the sleeve to rotate.

* * * * *

# Exhibit C

US011267596B2

(12) **United States Patent**
Finzo et al.

(10) Patent No.: **US 11,267,596 B2**
(45) Date of Patent: **Mar. 8, 2022**

(54) **STRAPPING DEVICE HAVING A PIVOTABLE ROCKER**

(71) Applicant: **Signode Industrial Group LLC**, Glenview, IL (US)

(72) Inventors: **Flavio Finzo**, Wurenlos (CH); **Mirco Neeser**, Ehrendingen (CH); **Dimitrios Takidis**, Dubendorf (CH)

(73) Assignee: **Signode Industrial Group LLC**, Tampa, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 301 days.

(21) Appl. No.: **16/448,167**

(22) Filed: **Jun. 21, 2019**

(65) **Prior Publication Data**
US 2019/0300214 A1     Oct. 3, 2019

**Related U.S. Application Data**

(60) Continuation of application No. 15/910,346, filed on Mar. 2, 2018, now Pat. No. 10,370,132, which is a
(Continued)

(30) **Foreign Application Priority Data**

Sep. 24, 2012   (CH) .................................. CH1723/12
Sep. 24, 2012   (CH) .................................. CH1724/12

(51) **Int. Cl.**
  **B65B 13/22**     (2006.01)
  **B65B 13/32**     (2006.01)
  (Continued)

(52) **U.S. Cl.**
  CPC .............. **B65B 13/22** (2013.01); **B65B 13/02** (2013.01); **B65B 13/025** (2013.01);
  (Continued)

(58) **Field of Classification Search**
  CPC ....... B65B 13/02; B65B 13/025; B65B 13/18; B65B 13/187; B65B 13/22; B65B 13/32; B65B 13/322
  (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,367,374 A    2/1968   Meier et al.
3,654,033 A    4/1972   Angarola et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CA     2432353 A1   12/2003
CH     705745 A2    5/2013
(Continued)

OTHER PUBLICATIONS

"International Search Report and Written Opinion", International Application No. PCT/IB2013/002116 (8 pages), dated Jun. 30, 2014.
(Continued)

*Primary Examiner* — Jimmy T Nguyen
(74) *Attorney, Agent, or Firm* — Neal, Gerber & Eisenberg LLP

(57)     **ABSTRACT**

Various embodiments of the present disclosure provide a mobile strapping device for strapping packaged products using a loop of wrapping strap. The strapping device includes a tensioning device for applying tension to the strap and a connecting device for connecting two overlapping portions of the strap. The tensioning device includes a rotatable tensioning wheel and a tensioning plate. The tensioning wheel is supported by a rocker that is pivotable to change a distance separating the tensioning wheel and the tensioning plate. The mobile strapping device includes a motor that is operably connectable to the rocker or the tensioning wheel such that the motor causes pivoting of the
(Continued)



## US 11,267,596 B2
Page 2

rocker or rotation of the tensioning wheel when operating in a first direction of rotation. In various embodiments, gearing, including a plurality of planetary gear sets, is used to operatively connect the motor to the rocker and the tensioning wheel.

**20 Claims, 10 Drawing Sheets**

**Related U.S. Application Data**

division of application No. 14/430,163, filed as application No. PCT/IB2013/002116 on Sep. 24, 2013, now Pat. No. 9,938,029.

(51) **Int. Cl.**
*B65B 13/02* (2006.01)
*B65B 13/18* (2006.01)
(52) **U.S. Cl.**
CPC ............ *B65B 13/187* (2013.01); *B65B 13/32* (2013.01); *B65B 13/322* (2013.01)
(58) **Field of Classification Search**
USPC .................................................. 100/29, 32
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,011,807 A | 3/1977 | Kobiella | |
| 4,015,643 A | 4/1977 | Cheung | |
| 4,050,372 A | 9/1977 | Kobiella | |
| 4,161,910 A | 7/1979 | Leslie et al. | |
| 4,240,865 A | 12/1980 | Kyts | |
| 4,313,779 A | 2/1982 | Nix | |
| 4,450,032 A | 5/1984 | Wehr | |
| 4,535,730 A | 8/1985 | Allen | |
| 4,572,064 A | 2/1986 | Burton | |
| 4,707,390 A | 11/1987 | Cheung | |
| 4,776,905 A | 10/1988 | Cheung et al. | |
| 5,105,130 A | 4/1992 | Barker et al. | |
| 5,133,532 A | 7/1992 | Figiel et al. | |
| 5,146,847 A | 9/1992 | Lyon et al. | |
| 5,155,982 A | 10/1992 | Boek et al. | |
| 5,159,218 A | 10/1992 | Murry et al. | |
| 5,165,532 A | 11/1992 | Pipich et al. | |
| 5,379,576 A | 1/1995 | Koyama | |
| 5,509,594 A | 4/1996 | Maggioni | |
| 5,516,022 A | 5/1996 | Annis | |
| 5,653,095 A | 8/1997 | Stamm | |
| 5,689,943 A | 11/1997 | Wehr | |
| 5,690,023 A | 11/1997 | Stamm et al. | |
| 5,798,596 A | 8/1998 | Lordo | |
| 5,809,873 A | 9/1998 | Chak et al. | |
| 5,831,404 A | 11/1998 | Ishii | |
| 5,853,524 A | 12/1998 | Nix | |
| 5,947,166 A | 9/1999 | Doyle et al. | |
| 5,954,899 A | 9/1999 | Figiel et al. | |
| 6,003,578 A | 12/1999 | Chang | |
| 6,073,664 A | 6/2000 | Angarola | |
| 6,079,457 A | 6/2000 | Crittenden | |
| 6,109,325 A | 8/2000 | Chang | |
| 6,173,747 B1 | 1/2001 | Angarola et al. | |
| 6,260,337 B1 | 7/2001 | Cheung | |
| 6,308,745 B1 | 10/2001 | Angarola et al. | |
| 6,308,760 B1 | 10/2001 | Finzo et al. | |
| 6,328,087 B1 | 12/2001 | Finzo et al. | |
| 6,332,306 B1 | 12/2001 | Finzo et al. | |
| 6,338,375 B1 | 1/2002 | Harada | |
| 6,345,658 B1 | 2/2002 | Shida et al. | |
| 6,405,766 B1 | 6/2002 | Benjey | |
| 6,422,272 B1 | 7/2002 | Crittenden | |
| 6,516,715 B1 | 2/2003 | Reiche | |
| 6,533,013 B1 | 3/2003 | Nix | |
| 6,554,030 B2 | 4/2003 | Cheung et al. | |
| 6,568,158 B2 | 5/2003 | Shibazaki et al. | |
| 6,578,337 B2 | 6/2003 | Scholl et al. | |
| 6,584,891 B1 | 7/2003 | Smith et al. | |
| 6,606,766 B2 | 8/2003 | Ko | |
| 6,640,838 B2 | 11/2003 | Finzo | |
| 6,644,713 B2 | 11/2003 | Del et al. | |
| 6,698,460 B2 | 3/2004 | Marsche | |
| 6,715,375 B2 | 4/2004 | Nestler | |
| 6,729,357 B2 | 5/2004 | Marsche | |
| 6,732,638 B1 | 5/2004 | Romety et al. | |
| 6,772,798 B2 | 8/2004 | Cheung | |
| 6,817,159 B2 | 11/2004 | Sakaki et al. | |
| 6,907,717 B2 | 6/2005 | Nix | |
| 6,911,799 B2 | 6/2005 | Jensen | |
| 6,918,235 B2 | 7/2005 | Nix | |
| 6,957,678 B2 * | 10/2005 | Scholl ...................... B65B 13/18 |
| | | | 100/29 |
| 7,011,000 B2 | 3/2006 | Kushida et al. | |
| 7,073,431 B1 | 7/2006 | Chen | |
| 7,128,099 B2 | 10/2006 | Finzo | |
| 7,155,885 B1 | 1/2007 | Nasiatka et al. | |
| 7,157,882 B2 | 1/2007 | Johnson et al. | |
| 7,204,187 B2 * | 4/2007 | Zeimetz ................. B65B 13/06 |
| | | | 100/29 |
| 7,236,243 B2 | 6/2007 | Beecroft et al. | |
| 7,249,862 B2 | 7/2007 | Shirane | |
| 7,312,609 B2 | 12/2007 | Schmollgruber et al. | |
| 7,350,543 B2 | 4/2008 | Crittenden | |
| 7,455,080 B2 | 11/2008 | Crittenden et al. | |
| 7,456,608 B2 | 11/2008 | Kageler et al. | |
| 7,497,068 B2 | 3/2009 | Nasiatka et al. | |
| 7,556,129 B2 | 7/2009 | Nix | |
| 7,562,620 B1 | 7/2009 | Nasiatka et al. | |
| 7,703,330 B2 | 4/2010 | Miyazaki et al. | |
| D629,321 S | 12/2010 | Neeser et al. | |
| 7,948,336 B2 | 5/2011 | Park | |
| D651,498 S | 1/2012 | Neeser et al. | |
| D653,923 S | 2/2012 | Neeser et al. | |
| 8,198,839 B2 | 6/2012 | Katou et al. | |
| 8,281,711 B2 | 10/2012 | Haberstroh et al. | |
| 8,287,672 B2 | 10/2012 | Neeser et al. | |
| 8,378,600 B2 | 2/2013 | Katou et al. | |
| 8,967,217 B2 | 3/2015 | Gardner et al. | |
| 9,174,752 B2 | 11/2015 | Neeser et al. | |
| 9,193,486 B2 | 11/2015 | Neeser et al. | |
| 9,233,457 B2 | 1/2016 | Wanek et al. | |
| 9,248,553 B2 | 2/2016 | Schurder et al. | |
| 9,254,932 B2 | 2/2016 | Neeser et al. | |
| 9,272,799 B2 | 3/2016 | Figiel et al. | |
| 9,284,080 B2 | 3/2016 | Neeser et al. | |
| 9,315,283 B2 | 4/2016 | Neeser et al. | |
| 9,387,573 B2 | 7/2016 | Pearson | |
| 9,403,609 B2 | 8/2016 | Bonifazi et al. | |
| 9,468,968 B2 | 10/2016 | Figiel et al. | |
| 9,487,314 B2 | 11/2016 | Finzo | |
| 9,586,708 B2 | 3/2017 | Finzo | |
| 9,932,135 B2 | 4/2018 | Finzo et al. | |
| 9,938,029 B2 | 4/2018 | Finzo et al. | |
| 9,994,341 B2 | 6/2018 | Amacker et al. | |
| 10,058,989 B2 | 8/2018 | Chellew | |
| 2002/0100146 A1 | 8/2002 | Ko | |
| 2002/0129717 A1 | 9/2002 | Helland et al. | |
| 2002/0134811 A1 | 9/2002 | Napier et al. | |
| 2003/0131570 A1 | 7/2003 | Scholl et al. | |
| 2003/0145900 A1 | 8/2003 | Jensen et al. | |
| 2003/0221566 A1 * | 12/2003 | Apel ...................... B65B 13/22 |
| | | | 100/29 |
| 2004/0050188 A1 | 3/2004 | Richards et al. | |
| 2004/0206251 A1 | 10/2004 | Nix | |
| 2005/0279198 A1 | 12/2005 | Kushida et al. | |
| 2006/0108180 A1 | 5/2006 | Grach et al. | |
| 2006/0192527 A1 | 8/2006 | Kageler et al. | |
| 2008/0196911 A1 | 8/2008 | Krapf et al. | |
| 2009/0013656 A1 | 1/2009 | Nasiatka et al. | |
| 2009/0114308 A1 | 5/2009 | Nelson et al. | |
| 2011/0056392 A1 | 3/2011 | Neeser et al. | |
| 2011/0100233 A1 | 5/2011 | Neeser et al. | |

**US 11,267,596 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2011/0253480 | A1 | 10/2011 | Goodman et al. |
| 2012/0007748 | A1 | 1/2012 | Forgues et al. |
| 2012/0017780 | A1 | 1/2012 | Haberstroh et al. |
| 2012/0160364 | A1 | 6/2012 | Katou et al. |
| 2012/0210682 | A1 | 8/2012 | Gardner et al. |
| 2013/0092408 | A1 | 4/2013 | Oberheim |
| 2013/0186287 | A1 | 7/2013 | Vick et al. |
| 2014/0008090 | A1 | 1/2014 | Kokinelis et al. |
| 2014/0290179 | A1 | 10/2014 | Keller |
| 2014/0311363 | A1 | 10/2014 | Leppert |
| 2016/0046398 | A1 * | 2/2016 | Neeser ................. B65B 13/025 100/2 |
| 2016/0107775 | A1 | 4/2016 | Amacker et al. |
| 2016/0159505 | A1 | 6/2016 | Widmer et al. |

FOREIGN PATENT DOCUMENTS

| CN | 2266566 | Y | 11/1997 |
| CN | 1253098 | A | 5/2000 |
| CN | 1055426 | C | 8/2000 |
| CN | 1660675 | A | 8/2005 |
| CN | 101164416 | A | 4/2008 |
| CN | 100460284 | C | 2/2009 |
| CN | 101422761 | A | 5/2009 |
| CN | 101486329 | A | 7/2009 |
| CN | 101585244 | A | 11/2009 |
| CN | 101870367 | A | 10/2010 |
| CN | 201957492 | U | 9/2011 |
| CN | 202100012 | U | 1/2012 |
| DE | 4014305 | A1 | 11/1991 |
| DE | 4204820 | A1 | 8/1993 |
| DE | 19751861 | A1 | 1/1999 |
| DE | 20321137.5 | U1 | 1/2006 |
| DE | 102005049130 | A1 | 4/2007 |
| DE | 102006007990 | A1 | 8/2007 |
| DE | 202011050797.1 | U1 | 11/2011 |
| EP | 0095643 | A2 | 12/1983 |
| EP | 0603868 | A1 | 6/1994 |
| EP | 0659525 | A2 | 6/1995 |
| EP | 0744343 | A1 | 11/1996 |
| EP | 1177978 | A1 | 2/2002 |
| EP | 1413519 | A1 | 4/2004 |
| GB | 1161827 | A | 8/1969 |
| GB | 2041869 | A | 9/1980 |
| GB | 2481724 | A | 1/2012 |
| JP | S541238 | B1 | 1/1979 |
| JP | S5638220 | A | 4/1981 |
| JP | H07300108 | A | 11/1995 |
| JP | H08258808 | A | 10/1996 |
| JP | H09283103 | A | 10/1997 |
| JP | 3054566 | U | 12/1998 |
| JP | 3044132 | B2 | 5/2000 |
| JP | 2003231291 | A | 8/2003 |
| JP | 2003534989 | A | 11/2003 |
| JP | 2003348899 | A | 12/2003 |
| JP | 2004108593 | A | 4/2004 |
| JP | 2004241150 | A | 8/2004 |
| JP | 2011518085 | A | 6/2011 |
| JP | 2011518088 | A | 6/2011 |
| RU | 1772784 | C | 10/1992 |
| RU | 2161773 | C2 | 1/2001 |
| RU | 2355821 | C1 | 5/2009 |
| TW | I276571 | B | 3/2007 |
| WO | 0189929 | A1 | 11/2001 |
| WO | 2006048738 | A1 | 5/2006 |
| WO | 2009129633 | A1 | 10/2009 |
| WO | 2009129636 | A1 | 10/2009 |
| WO | 2014072775 | A1 | 5/2014 |

OTHER PUBLICATIONS

Bender, "Lithium Ion Technology: Shaping Power Tool", Air Conditioning, Heating, and Refrigeration News, vol. 228, Issue 14, p. 18 (3 pages), Jul. 31, 2006.

Chinese Patent Office, "Chinese Office Action and Search Report", Chinese Application No. 201380061441.6 (9 pages), dated Feb. 1, 2016.

Emandi, Ali, "Brushless DC Motor Drives", Energy-Efficient Electrical Motors, 3rd ed., Para. 270-272, CRC Press & Marcel Dekker (3 pages), Aug. 1, 2004.

* cited by examiner



FIG. 1

FIG. 2



**FIG. 3**

**FIG. 4**



FIG. 5



FIG. 6

FIG. 7



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**



**FIG. 13**



**FIG. 14**

US 11,267,596 B2

1

# STRAPPING DEVICE HAVING A PIVOTABLE ROCKER

## PRIORITY CLAIM

This application is a continuation application of, claims priority to and the benefit of U.S. patent application Ser. No. 15/910,346, filed on Mar. 2, 2018, which is a divisional application of, claims priority to and the benefit of U.S. patent application Ser. No. 14/430,163, filed on Mar. 20, 2015 as a 371(c) application of PCT/IB2013/002116, filed on Sep. 24, 2013, now U.S. Pat. No. 9,938,029, granted Apr. 10, 2018, which claims priority to and the benefit of Switzerland Patent Application No. 1723/12, filed on Sep. 24, 2012, and Switzerland Patent Application No. 1724/12, filed on Sep. 24, 2012, the entire contents of each of which are incorporated herein by reference.

## BACKGROUND

The present disclosure concerns a strapping device, such as a mobile strapping device, for strapping packaged goods by way of a strap, which has a tensioning apparatus for applying a strap tension to a loop of a strap, wherein the tensioning apparatus is provided with a tensioning wheel which can be rotationally driven about a tensioning axis in a motorized manner, being configured to engage with the strap, the tensioning apparatus furthermore having a tensioning plate, wherein it is provided during a strapping process performed by the tensioning apparatus that a one or two-ply segment of strap is located between the tensioning wheel and the tensioning plate and makes contact with both the tensioning wheel and the tensioning plate, and moreover the tensioning wheel and/or the tensioning plate is arranged on a rocker which can pivot in a motorized manner about a rocker axis in order to either increase or decrease a distance between the tensioning wheel and the tensioning plate by way of a pivoting motion, as well as a connecting device to produce a permanent connection, especially a welded connection, at two superimposed regions of the loop of strap by way of a connecting element, such as a welded element, which is provided for the local heating of the strap

Such strapping devices are used for the strapping of packaged goods by way of a plastic strap. For this, a loop of the particular plastic strap is placed about the packaged goods. As a rule, the plastic strap is pulled off from a supply roll. After the loop has been placed completely about the packaged goods, the end region of the strap overlaps with a segment of the loop of strap. The strapping device is now placed at this two-ply region of the strap, the strap being clamped in the strapping device, a strap tension is applied to the loop of strap by way of the tensioning apparatus, and a closure is produced between the two layers of strap by frictional welding on the loop. In this process, pressure is applied to the strap with a frictional shoe oscillating in the region of the two ends of the loop of strap. The pressure and the heat created by the motion melt the generally plastic strap locally within a short time. This produces a lasting connection between the two layers of strap, one which can only be loosened with great force. After this, or roughly at the same time, the loop is separated from the supply roll. The particular packaged goods have now been strapped.

Such strapping devices are intended for mobile use, during which the device is taken by the user to the particular place of use, where one should not be dependent on the use of energy supplied from the outside. The energy required for the intended use of such strapping devices in order to tension

2

a strap about any given packaged goods and produce a closure is generally provided by an electric storage battery or by pressurized air in the case of known strapping devices. This energy produces the strap tension applied by way of the tensioning apparatus to the strap and a closure on the strap. Furthermore, such strapping devices are configured to join together only weldable plastic straps.

For mobile devices, a low weight is of special importance, in order to physically burden the user of the strapping device as little as possible when using the device. Likewise, for ergonomic reasons, the weight should be distributed as uniformly as possible over the entire strapping device, especially in order to avoid a concentration of weight in the head region of the strapping device. Such a concentration results in difficult handling of the device. Furthermore, the most ergonomical and user-friendly handling of the strapping device is always desired. In particular, the possibility of wrong operation and malfunction should be kept as low as possible.

In strapping devices of this kind, moreover, it should be ensured as a further aspect of functional safety that even after achieving rather high strap tensions little or no slip occurs between the tensioning wheel and the strap. Slip, on the one hand, can prevent the achieving of the possible strap tension values. But slip can also cause a longer time for the tensioning process and thus the overall strapping process. Moreover, due to the longer time of use of the particular strapping device per strapping operation and thus also the amount of energy needed per strapping operation, slip can also reduce the number of strapping operations for a single charge of the storage battery Finally, slip also means that the desired strap tension value might not be achieved and thus the strap is not sufficiently taut, which can constitute a safety risk. In order to avoid slip as much as possible or at least reduce it, the tensioning wheel is usually provided with teeth and pressed by a force against the tensioning plate. The pressing force for this in known solutions can result from a spring by which the rocker with the tensioning wheel arranged on it is pressed against the strap and the tensioning plate located underneath. However, these solutions cannot be satisfactory, especially when higher strap tensions need to be generated, since (as has been discovered) slip cannot be sufficiently reliably prevented in this way during the tensioning process.

Therefore, the problem which the present disclosure is supposed to solve is to create a mobile strapping device of the mentioned kind with high functional safety, in which the intended strap tensions can be applied to the strap in a save manner with as little slip as is possible.

## SUMMARY

This problem is solved by the present disclosure in a strapping device of the mentioned kind in that during the transmission of the motorized driving motion to the tensioning wheel, preferably for as long as the tensioning wheel is engaging with the strap, by way of at least one transmitting device of the strapping device, a driving motion is transmitted to the rocker, which can be pivoted at least sometime during the course of the tensioning process, wherein the driving motion is intended to apply a torque to the rocker. According to the present disclosure, the torque applied to the rocker can be used to increase the pressing force of the tensioning apparatus against the strap. In one simple-design solution, the torque exerted on the rocker by transmitting device can come from a motor, whose driving moment increases the pressing force of the rocker against the strap in

US 11,267,596 B2

3 4

the course of the tensioning process. It is preferable for the motorized increasing of torque to occur especially during or after an increasing of the strap tension

Advantageously, a motor is used for the generating of the motorized torque for the rocker that also performs other driving motions. Especially favorably, one utilizes the motor and its driving motion with which the tensioning wheel is also driven. On the one hand, this can make an additional motor unnecessary, while still performing the function according to the present disclosure. On the other hand, the motor torque which usually also increases with increasing strap tension can be utilized to increase the pressing force. This enables an especially simple design for variable pressing of the rocker against the strap, independent of the tension. The latter can be done proportionately to the particular existing strap tension.

According to another aspect of the present disclosure, which is also of independent significance, a torque can also be applied to the rocker and transmitted that is based on a force exerted on the tensioning apparatus by the strap at a point of engagement of the strap with the tensioning apparatus. This force, which is a reaction of the tensioning force applied by the driven tensioning wheel to the strap, can be tapped from a suitable place and be transmitted to the rocker by transmitting device. For the least possible structural expense, the strap tension force at the tensioning wheel itself which is acting on the tensioning wheel can also be utilized. In particular, this can be used as torque acting on the tensioning wheel at any given time, which is taken from the tensioning wheel to the transmitting device of the tensioning apparatus and transmitted by them to the rocker.

Thus, according to the present disclosure, it is provided in advantageous fashion that the motorized driving movement for the tensioning apparatus is also used at least indirectly as a reaction, making use of the rotational movement driven by the motor of the tensioning wheel as well as a pivoting capability of the rocker during the tensioning process, to transfer a torque tapped by the tensioning wheel in engagement with the strap by way of the transmitting device to the rocker in order to increase a pressing force of the tensioning apparatus against the strap.

In one embodiment of the present disclosure, a gearing of the tensioning apparatus by which a motorized driving movement for the tensioning wheel can be stepped up or down, can be part of or the entire transmitting device with which the force acting on tensioning wheel and resulting from the strap tension is transmitted from the strap to the rocker.

According to another aspect, the present disclosure can also be seen in that devices are provided for the variable pressing of the tensioning wheel or the tensioning plate against the strap, depending on the strap tension. Thus, the present disclosure calls for a variable pressing of the tensioning apparatus against the strap, depending on the strap tension.

In especially advantageous embodiments of the present disclosure, the strap tension created by the tensioning process is thus used advantageously to increase as well the pressing force of the tensioning wheel and/or the tensioning plate on the strap as the strap tension increases steadily, thereby working against the constantly increasing danger, as the strap tension likewise increases, of a "slip-through" or slippage of the tensioning wheel during the tensioning process. Thus, as the strap tension increases, so too does the pressing force of the tensioning wheel against the strap and the tensioning plate. The present disclosure in such embodiments thus makes it possible to exert a high pressing force

on the strap when the strap tension is already high and thus the danger of slippage between the tensioning wheel and the strap is likewise especially high if it is attempted to further increase the strap tension. Thanks to the likewise increasing pressing force in automated manner, i.e., without manual intervention, one can counteract the increasing danger of slippage and thus ensure the functional safety as well as a rapid strapping process even with high strap tension. Since the reaction of the strap to the action, namely, the strap tension introduced, as well as transmitting devices are used for this, which are derived from the tensioning apparatus, especially the tensioning wheel, and transmitted to the rocker, no intervention by the user is needed to achieve the action of the present disclosure, which is advantageously accomplished automatically in the strapping device.

In one embodiment of the present disclosure, the transmitting device, which advantageously constitute an operative connection between the tensioning wheel and the rocker, comprise a pivoting mounting of the rocker at least during the tensioning process and a rotary or rotationally mounted gearing element, which stands in an operative connection with the tensioning wheel during the tensioning process. The force of the strap is utilized as a torque and transferred to the rotary or rotational gearing element, such as a planet carrier of a planetary gearing. The rotary or rotational gearing element should be propped against a support element to resist the turning or rotating movement. The force of reaction of the tensioning wheel can then be transferred to the rocker through or by virtue of the support, so that an additional torque will act on the rocker, which can be utilized to increase the pressing force of the rocker against the strap. The transmitting device can advantageously be part of or the entire tensioning gearing by which a motorized driving movement or one coming from another energy supply source is directed with suitable rotational speed toward the tensioning wheel.

In an embodiment of the present disclosure, which also has independent significance, motorized driving movements can be utilized with identical directions of rotation of the only one motor not only to drive the tensioning wheel during the tensioning of the strap but also for a lifting of the rocker. In addition to this, the same driving movement can also be used for the variable pressing of the tensioning wheel against the strap being tensioned, independence on the strap tension. The dependency is organized in this case such that, with increasing strap tension, the pressing force exerted by the tensioning wheel on the strap also increases. Since with increasing strap tension the danger also increases of a slippage occurring between the tensioning wheel and the strap, one can counteract the danger of slippage by providing an increasing pressing force. In this embodiment the same direction of turning of the motor as for the tensioning is used. The motorized driving movement during the tensioning of the strap can be utilized such that, during the tensioning process of the strap by way of the tensioning wheel engaging with the strap and rotating against a strap tension, a counterforce acting from the strap to the tensioning wheel is utilized to increase the pressing force of the tensioning wheel in the direction of the tensioning plate.

According to another aspect of the present disclosure, it should be made possible with little design expense and easy operating capacity to maintain and release a force resulting from the strap tension and operating reactively on a gearing in order to transfer a driving movement to the tensioning wheel. The present disclosure thus concerns a locking device for use in a strapping device, with which a rotatable wheel can be clamped, which is provided for transmission of a

US 11,267,596 B2

5                                                                    6

driving movement, especially a gearing wheel of a tensioning apparatus of the strapping device. The locking device according to the present disclosure should have at least one clamping body which can pivot about an axis and is arranged at a distance from the wheel, which can be pivoted from a release position into a locking position in which it bears by a portion of an arc-shaped contact surface against an essentially planar peripheral clamping surface of the wheel, the one which is free of form-fitting elements, wherein the clamping body has a pivot radius which is greater than a distance from the pivot axis of the clamping body to the peripheral clamping surface of the wheel, and the rotating of the clamping body about the pivot axis during the movement from the release position to a clamping position occurs in the opposite direction of turning to that of the wheel being clamped.

With such a locking device, one can accomplish very functionally secure locking of rotating gear wheels in a simple designed manner. The locking in the direction of turning of the wheel can be maintained with little force expenditure. The clamping force of the clamping body even increases automatically if one should try to turn the wheel further by increasing the torque.

The locking mechanism according to the present disclosure can be used with advantage especially for the releasable locking of a wheel of a gearing which belongs to a gearing by which a driving movement is supposed to be transmitted to a tensioning wheel of the tensioning apparatus of a strapping device. In this context, it can be provided especially for the clamping of a wheel of a planetary gearing by which the driving movement is to be transmitted to the tensioning wheel. With or at least assisted by a clamping of the wheel being clamped, one can define one of at least two takeoff directions of the gearing, in particular a takeoff direction of the gearing toward the tensioning wheel, so that the strap can be tensioned.

Moreover, it can be advantageous with a loosening of the clamping to also remove at least partly, or entirely, the strap tension acting on the tensioning wheel and the gearing. Since with such locking mechanisms relatively low release forces are needed to remove the clamping, even for high strap tension values, the present disclosure produces especially functionally safe and easy to operate strapping devices. The low operating and activating forces make it possible to do without a rocker handle, with which large torques have been produced heretofore in known strapping devices for lifting the rocker from the taut strap. Instead of a long rocker handle, one can now use a button or switch with which the tension releasing process occurs.

Other embodiments of the present disclosure will emerge from the claims, the specification, and the drawing.

BRIEF DESCRIPTION OF THE DRAWINGS

The present disclosure shall be explained more closely with the help of sample embodiments represented schematically in the figures. There are shown:

FIG. 1 a strapping device according to the present disclosure in a perspective representation;

FIG. 2 an exploded representation of the tensioning apparatus of the strapping device from FIG. 1 with the motor;

FIG. 3 a perspective representation of the tensioning and closure mechanism of the strapping device from FIG. 1;

FIG. 4 another perspective representation of the tensioning and closure mechanism of the strapping device from FIG. 1;

FIG. 5 an exploded representation of another sample embodiment of the tensioning apparatus of the strapping device from FIG. 1 together with the motor;

FIG. 6 a perspective representation of the tensioning and closure mechanism of the strapping device from FIG. 1;

FIG. 7 another perspective representation of the tensioning and closure mechanism of the strapping device from FIG. 1;

FIG. 8 a side view of the tensioning apparatus from FIG. 5, in which a rocker is located in a first pivot end position;

FIG. 9 a side view of the tensioning apparatus of FIG. 5, in which the rocker is located in a second pivot end position;

FIG. 10 a side view of the tensioning apparatus of FIG. 2, in which the rocker is located in a position with large pressing force against a tensioning plate;

FIG. 11 a side view of the tensioning apparatus of FIG. 2, in which the rocker is located in a position with less pressing force against a tensioning plate as compared to FIG. 10;

FIG. 12 a partial perspective representation of the tensioning and closure mechanism;

FIG. 13 a sectional representation of the tensioning and closure mechanism;

FIG. 14 a schematic diagram of the geometrical relations of a strapping device.

DETAILED DESCRIPTION

The strapping device 1 shown in FIGS. 1 and 2, being exclusively manually operated, has a housing 2, which encloses the mechanism of the strapping device and on which a handle 3 is fashioned for handling the device. The strapping device, moreover, is provided with a base plate 4, whose bottom side is provided for being placed on an object being packaged. All the functional units of the strapping device 1 are fastened to the base plate 4 and to the carrier connected to the base plate, not otherwise depicted.

With the strapping device 1, one can tension a loop of plastic strap B, not otherwise shown in FIG. 1, for example, one made of polypropylene (PP) or polyester (PET), which has previously been placed around the object being packaged, by way of a tensioning apparatus 6 of the strapping device. For this, the tensioning apparatus has a tensioning wheel 7, with which the strap B can be grasped for a tensioning process. The tensioning wheel 7 is arranged on a pivoting rocker 8, which can swivel about a rocker pivot axis 8a. The tensioning wheel 7, arranged with its axis of rotation at a distance from the rocker pivot axis 8a, can be moved by a pivoting motion of the rocker 8 about the rocker pivot axis 8a from one end position with a distance from a curved tensioning plate 9 arranged on the base plate 4 to a second end position in which the tensioning wheel 7 is pressed against the tensioning plate 9. By a corresponding motor-driven movement in the reverse direction of rotation about the rocker pivot axis 8a, the tensioning wheel 7 can be removed from the tensioning plate 9 and swiveled back to its starting position, such that the strap located between the tensioning wheel 7 and the tensioning plate 9 is released for removal.

During use of the indicated embodiment of tensioning device, two layers of the strap are situated between the tensioning wheel 7 and the tensioning plate and are pressed by the tensioning wheel 7 against the tensioning plate. By rotation of the tensioning wheel 7, it is then possible to provide a sufficiently large strap tension to the strap loop for packaging purposes. The tensioning process and the tensioning device and rocker 8 advantageously designed for this shall be explained more closely below.

US 11,267,596 B2

7 8

After this, a welding of the two layers can be done in familiar fashion at a location of the strap where the two layers of the strap loop are superimposed on each other, by way of the friction welding device **12** of the strapping device. In this way, the strap loop can be permanently closed. In the sample embodiment shown here, the friction welding and separating mechanism **12** is actuated by the same only one motor M of the strapping device with which all other motor-driven movements are also performed. For this, in familiar manner, there is provided a not otherwise depicted freewheeling in the direction of transmission from the motor M to the places where the motorized driving movement occurs, which has the effect that the driving movement is transmitted in the particular desired rotary driving direction to the corresponding functional unit of the strapping device and no transmission occurs in the other particular rotary driving direction of the motor.

The friction welding device **12** for this is provided with a welding shoe **13**, shown only highly schematized, which is moved by way of a transmission mechanism **14** from a position of rest at a distance from the strap to a welding position in which the welding shoe is pressed against the strap. The welding shoe pressed by mechanical pressure against the strap in this way and the simultaneously occurring oscillating movement of the welding shoe with a predetermined frequency melts the two layers of the strap. The locally plasticized or melted regions of the strap B flow into one another and after a cooldown of the strap B there is produced a connection between the two strap layers. Insofar as is necessary, the strap loop can then be separated from the supply roll of strap by way of a cutting device of the strapping device **1**, not otherwise depicted.

The in feed of the tensioning wheel **7** in the direction of the tensioning plate **9**, the rotary driving of the tensioning wheel **7** about the tensioning axis **6a**, the lifting of the tensioning wheel from the tensioning plate, the infeed of the friction welding device **12** by way of the transmission mechanism **14** of the friction welding device **12** as well as the use of the friction welding device **12** in itself and the activating of the cutting device occur by use of only a single common electric motor M, which provides each time a driving movement for these components of the strapping device. For the power supply of the motor M, a replaceable storage battery **15** is arranged on the strapping device, especially one which can be removed for recharging, which serves to store up electrical energy. A supply of other external auxiliary energy such as pressurized air or other electricity can be provided, but does not occur in the case of the strapping device per FIGS. **1** and **2**.

As shown in FIG. **4**, the strapping device according to the present disclosure provides for a tapping of the driving movement of the motor M at two places of its drive axis, either for the tensioning apparatus **6** or for the friction welding device **12**. For this, the motor M can be operated in either of the two rotary directions. The shifting of the transmission of the driving movement to the tensioning apparatus **6** or to the friction welding device **12** is done automatically by a freewheeling arranged on the drive shaft of the motor M (and not otherwise shown) independence on the rotary direction of the drive shaft of the motor. In one rotary direction of the drive shaft, the driving movement is transmitted to the tensioning apparatus **6**. Thanks to the freewheeling, the friction welding device **12** experiences no driving movement in this case. In the other rotary direction, the tensioning apparatus **6** has no driving movement and the friction welding device **12** is driven. No manual shifting is required in this embodiment for changing the direction of transmission of the motorized driving movement. Such freewheeling in connection with a strapping device is already known, and so it shall not be further discussed here.

As is likewise shown in FIG. **4**, the motorized transmission of the driving movement to the friction welding device **12** and transmission mechanism **14** occurs by any suitable manner. This might be, for example, a toothed belt drive with a toothed belt closed into a ring. One of the two gears is arranged on the drive shaft of the electric motor M, the other one belongs to a gearing of the friction welding device **12**, by which the motorized driving movement moves both the transmission mechanism **14** and the welding shoe **13** of the friction welding device **12**. In this way, the welding shoe pressed against two overlapping layers of the strap can be placed in an oscillatory movement with predetermined frequency and amplitude, by which the two strap layers are locally melted in the region of the welding shoe and welded together with the subsequent cool down.

On the drive shaft of the motor, situated behind the toothed belt drive for the welding mechanism as seen from the motor M, there is a bevel gear **19**, which belongs to a bevel gearing of the tensioning apparatus, as does a second bevel gear **20** meshing with it. On the same shaft where the second bevel gear **20** is arranged there is also located a first gear **21** of another toothed belt drive **22**, which is furthermore led across a second gear **23**. The first gear **21** of the toothed belt drive **22** is arranged on the shaft **24** firmly against rotation.

On the other end of the shaft **24** is mounted the rocker **8** of the strapping device, being part of the tensioning apparatus **6** and also carrying an upstream gearing from the tensioning wheel **7**, in the present case a planetary gearing **26**, for which suitable bearing sites can be provided on the rocker **8**. The rocker **8** is shoved onto the shaft **24** such that the rocker **8** is arranged and supported so that the rocker **8** can pivot about the longitudinal axis of the shaft **8**. The longitudinal axis of the shaft **24** is thus at the same time the rocker pivot axis **8a**, about which the rocker **8** can swivel.

The planetary gearing **26** can be configured as a single or multiple-stage planetary gearing, in particular, a two or three-stage planetary gearing. From an end face of the gear **23** facing the tensioning wheel **7**, there sticks out an externally toothed input sun gear **30** belonging to the planetary gearing **26**, whose axis of rotation is identical to the axis of rotation **6a** of the input gear **23**. On a shaft of the gear **23** on which the sun gear **30** is also configured in the sample embodiment, a freewheeling **45** is provided, which only enables one rotary direction of the sun gears **30**, namely, the rotary direction which is provided for the driving of the tensioning wheel. The sun gear **30** is led through a ring gear **27** and through a central recess of a planet carrier **25**, which are likewise part of the planetary gearing **26**. Looking from the input side of the planet gear, the planet carrier **25** is arranged behind the ring gear **27** on the axle of the planetary gearing **26** corresponding to the tensioning axis **6a**. The planet carrier could also be configured as a clamping, coupling or spur gear.

The ring gear **27** has at its outer circumference a cam **27c**, which engages with an abutment **46** secured to the base plate **4** of the strapping device. The internally toothed ring gear **27** is supported in this way so that the cam **27c** can execute slight relative movements within its engagement with the abutment **46**, for example, in a recess **46a** of the abutment. Furthermore, the ring gear **27** has a ring-shaped shoulder **27a**, on which a roller bearing **28** is arranged for the mounting of the planetary gearing **26**.

US 11,267,596 B2

9

The planet carrier 25, whose axis is aligned with the tensioning axis 6a, engages by its three planet gears 25b with an internal toothing of the input ring gear 27 of the planetary gearing 26. The planet gears 25b of the planet carrier 25 furthermore engage with the sun gear 30, from which they can obtain a driving movement and transmit it, appropriately stepped down, to the ring gear 27. Thus, given a rotationally fixed arrangement of the planet carrier 25, a rotational movement of the sun gear 30 can be converted into a rotational movement of the ring gear 27. In the sample embodiment, a first clamp 29 of a locking mechanism is configured as a pivoting cam, which can be brought into contact with a clamping surface 25a on the outer circumference of the planet carrier 25 or pivoted away from the clamping surface 25a with a spacing. The cam is arranged so that, upon contact of the cam with the clamping surface 25a by a rotation of the input planet carrier 25 in the rotary direction provided for the planet carrier 25, the clamping action is further intensified. By an infeeding of the cam onto the clamping surface 25a by a corresponding shifting movement, the planet carrier 25 can be blocked against rotation. By another shifting movement, the cam 29 can be moved away from the clamping surface 25a, thereby releasing the planet carrier 25 for rotational movements. The shifting movement can trigger a pivoting motion of the clamp 29 about a shift axis 143, which is produced by activating a button 44.

The sun gear 30 is furthermore arranged in the region of the axis of rotation 31 of a ring gear 32, whose toothed external surface 32a is coordinated with a second clamp 33. The axis of rotation 31 is identical to or aligned with the tensioning axis 6a. The clamp 33 interacting with the outer surface 32a can essentially be configured in the same way as the first clamp 29 as a shifting cam, which can move between two end positions, whereby in the one position the ring gear 32 is blocked against rotation and in the other position the ring gear 32 is released for rotational movements. Moreover, an internal toothing of the ring gear 32 engages with three planet gears 34, which are mounted at the end face of the following planet carrier 35, facing the ring gear 32. The planet gears 34 of the planet carrier 35 furthermore engage with the sun gear 30 of the input gear 23, which protrudes into the ring gear 32.

The locking device in the embodiment being described is configured so that always only one of the gears 25, 32 is clamped against rotation and the other gear 25, 32 is free for rotational movements. Thus, depending on the positions of the locking devices 29, 33, it is possible for a rotational movement of the gear 23 and the sun gear 30 to result in either a rotation of the planet carrier 35 about the tensioning axis 6a and axis of rotation 31 by virtue of a movement of the planet gears 34 in the internal toothing of the ring gear 32. Or the rotation of the sun gear 30 depending on the positions of the locking device results in a rotation of the ring gear 32. If the planet carrier 25 is not clamped by the locking mechanism, the rotating sun gear entrains the planet gears 25b so that the planet carrier 25 rotates and the ring gear 27 remains stationary. On the other hand, if the ring gear 32 is not clamped, a rotation of the sun gear 30 results in an entrainment of the planet gears 34, which in turn set the ring gear 32 in a rotational movement. Since the resistance to rotation in the further course of the planetary gearing 26 is greater toward the tensioning wheel 7 than the torque needing to be overcome in order to set the ring gear 32 in rotation, the ring gear 32 will primarily rotate in this case and the tensioning wheel 7 at least for the most part will not rotate.

10

At the other end face of the planet carrier 35, turned toward the tensioning wheel 7, there is arranged rotationally firm on the planet carrier 35 another sun gear 36, which meshes with planet gears 41 of another planet carrier 42. A further sun gear 43 directed toward the tensioning wheel 7 and connected rotationally firm to the planet carrier 42 is led through a recess of the additional planet carrier 37, configured as a ring gear. The sun gear 43 stands in meshing engagement with planet gears 38 of the additional planet carrier 37, facing the tensioning wheel 7 The planet gears 38 of the second planet carrier 37 mesh in turn with an internal toothing of the tensioning wheel 7 and drive the latter in its rotational movement about the tensioning axis 6a. This rotational movement of the tensioning wheel 7, provided with a fine toothing on its external circumferential surface, is utilized to grasp the strap B with the circumferential surface and pull back the strap of the strap loop, thereby increasing a strap tension in the strap loop.

The third planet carrier 37 has a shoulder 37a on its outer surface, which can be brought into contact against a stop element 39 by a rotational movement. The stop element 39 itself is fixed not to the rocker, but to the base plate 4 or some other carrier, which does not participate in the pivoting motion of the rocker 8. Thus, the stop element 39 is stationary in regard to the shoulder 37a.

In use when strapping packaged goods, the strapping device 1 behaves as follows: after a loop of a customary plastic strap has been placed around the particular packaged goods, this is placed inside the strapping device in the region of the end of the strap where the strap loop is double-ply for a certain length, and the end of the strap is secured in the strapping device by a strap clamp, not otherwise depicted. A section of the strap B immediately next to the strap loop is placed in double layer on top of the tensioning plate 9 of the tensioning apparatus 6. The rocker 8 with the tensioning wheel 7 and the upstream gearing 26 is situated in its upper end position, in which the tensioning wheel 7 is arranged at a spacing (by its greatest design spacing) from the tensioning plate 9, so that the largest possible opening gap is produced, enabling an easy, comfortable and thus also rapid placement of the strap in the tensioning apparatus. After this, the rocker is lowered onto a tensioning plate 9 opposite the tensioning wheel 7 and pressed against the strap arranged between the tensioning plate 9 and the tensioning wheel 7. Both this transfer movement of the tensioning wheel and the magnitude of the pressing force exerted on the strap by the tensioning wheel at the start of the tensioning process can be produced in the described embodiment of the present disclosure by one or more prestressed spring elements 44 (not shown). By activating a button 10, the spring element can be released and the entire strapping process triggered with its consecutive steps of "tensioning", "closing", "cutting", releasing the tension of the strap in the region of the tensioning apparatus, and "lifting of the rocker", for which no further intervention by the user of the strapping device need occur.

After the tensioning wheel 7 is moved automatically from the open position to its tensioning position (see the tensioning position in FIG. 10 and the open position in FIG. 11), where the tensioning wheel 7 lies on the strap B and presses across the strap on the tensioning plate 9, the motorized driving movement is transmitted to the tensioning wheel 7. Now the second clamp 33 is moved into its position in which the second clamp 33 presses against the ring gear 32. The ring gear 32 is thereby arrested from rotational movements and locked. The first clamp 29, on the other hand, continues to be positioned at a spacing from the input planet carrier 25

US 11,267,596 B2

11

and releases the ring gear 27 for rotational movements. The motorized driving movement, which thanks to the particular designated rotary direction of the motor M is transmitted via the bevel gearing 19, 20, 21 to the second toothed belt drive 22 and thus to the gear 23, goes from here in the sequence of the following mentioned gearing elements the input gear 23, the sun gear 30, the planet gears 34, the sun gear 36, the planet gears 41, the sun gear 43 and via the planet gears 38 to the tensioning wheel 7. The tensioning wheel 7 can be driven by the multistage planetary gearing in greatly stepped-down rotational movement of the motor and thus when necessary with correspondingly high torque in the predetermined rotary direction.

In the just described "tensioning" operating state of the strapping device, the driven tensioning wheel 7 in engagement with the strap produces a corresponding, oppositely directed counterforce on the tensioning wheel 7, depending on the resistance resulting from the strap tension and acting on the tensioning wheel 7. This counterforce acts in the reverse direction of transmission of the motorized driving movement on all gearing elements of the multistage planetary gearing that are involved in the transmission of the driving movement. If a different type of gearing from a single or multiple-stage planetary gearing is used, the counterforce resulting from the already applied strap tension and put into the respective gearing via the contact with the tensioning wheel is also available for use in accordance with the present disclosure. According to the present disclosure, this counterforce can be used to improve the conditions of the process, especially the functional safety even when the applied strap tension is high. Thus, in order to use this counterforce for the following described purpose, it would be possible in theory to use each of these gear elements for this, in particular, to pick off and employ the mentioned counterforce at each of these gear elements.

In the sample embodiment, the planet carrier 37 is used for this. The planet carrier 37 is buttressed in this case via the stop element 39 against the base plate 4, so that the entire tensioning apparatus 6 is pressed about the rocker axis 8a against the strap in proportion to the force of resistance (strap tension). The tensioning wheel 7 is thus pressed against the strap B proportionally to the strap tension. The strap tension generated by the tensioning process is utilized in advantageous manner to increase the pressing force of the tensioning wheel 7 on the strap B as the strap tension increases steadily, so that the danger of a "slip-through" or a slippage of the tensioning wheel 7 during the tensioning process, which also increases with increasing strap tension, can be counteracted.

For this, the planet carrier is configured with the engaging element 37a, which interacts with the stationary stop element 39. The engaging element, configured as a cam and arranged on the outer circumference of the planet carrier and projecting essentially radially from it, is buttressed against the stop element 39. As can be seen from FIG. 3, for this purpose the stationary stop element 39 is located in the region of the head end of the strapping devices. The stop element 39 in the sample embodiment shown is situated on one side, namely, the head end, of the tensioning axis 6a and the rocker pivot axis 8a running essentially parallel to it is on the other side of the tensioning axis 6a. The rocker 8, on which the planet carrier 37 is arranged via a roller bearing and able to rotate about the tensioning axis 6a, is also able to swivel at least during the tensioning process, i.e., it is not blocked against pivoting motions but instead released for these. Furthermore, the planet carrier 37 is able to rotate during the tensioning process about the tensioning axis 6a.

12

The strap tension created in the strap B as a reaction to the tensioning process brings about a force on the tensioning wheel 7 which is opposite the rotary direction of the tensioning wheel provided during the tensioning process. This reaction force acts from the tensioning wheel via the planet carrier 37 on the rocker 8 as a torque directed about the rocker pivot axis 8a, by which the planet carrier 37 is pressed with increased force against the strap in the direction of the tensioning plate 9. The higher the strap tension already produced in the strap, the higher the torque resulting from this and from the motorized driving movement continuing to act on the tensioning wheel 7. This torque, arising as a reaction, is in turn proportional to the resulting pressing force acting from the tensioning wheel 7 on the strap B, with which the strap B is pressed by the tensioning wheel 7 against the tensioning plate 9. Therefore, in the present disclosure, an increasing strap tension from the motorized driving movement on the tensioning wheel 7 goes hand in hand with an increasing pressing force of the tensioning apparatus on the strap.

After the ending of the tensioning process and the following welding process to form the closure and also after a motorized driven cutting process by a cutting device, not otherwise depicted, integrated in the strapping device, a quick and uncomplicated removal of the strap from the strapping device should be possible. To accomplish this, there is provided a motorized lifting movement of the tensioning wheel 7 from the clamping position. For this, the button is activated and for as long as the button 10 is activated the rocker also remains in the open position, in which a sufficient spacing is created between the tensioning plate 9 and the tensioning wheel 7. By releasing the button 10, the rocker is closed, for example, by spring force.

In the sample embodiment, to accomplish this at first the operative connection between the electric motor M and the tensioning wheel 7 is released and an operative connection is created between the electric motor M and the rocker 8. This is accomplished by switching the clamps 29, 33. The previously existing clamping of the ring gear 32 is lifted in that the second clamp 33 is removed from the outer surface 32a of the ring gear 32 and in this way the ring gear 32 is released for rotational movements. Basically at the same time or shortly thereafter, the first clamp 29 is lowered onto the clamping surface 25a of the planet carrier 25 and brought to bear against it in clamping fashion. In this way, the input planet carrier 25 is fixed and locked against a rotational movement about the tensioning axis 6a, along which the entire planetary gearing is situated.

In this way, the tensioning wheel 7 can turn freely without being driven and no longer has an operative connection to the electric motor M or the sun gear 30, such as might transmit a driving movement. A driving movement of the electric motor M with the same rotary direction as during the tensioning process is now utilized, thanks to the locking of the input planet carrier 25 of the planetary gearing, so that the planet gears 25b of the spur gear 25 entrain the input ring gear 27 in their rotational movement. The input ring gear 27 thus executes a rotational movement by virtue of the rotating planet gears 25b. The bearing and abutment of the ring gear 27 on the abutment element 46 leads to a pivoting motion of the ring gear 27 about the rocker axis 8a. The input ring gear 27, which is also connected rotationally firm to the rocker 8 thanks to the clamping, entrains the rocker 8 during this movement. This results in a lifting of the rocker 8 and the tensioning apparatus 6 secured to it, including the tensioning wheel 7. The rotational movement of the rocker 8 can be limited by an end stop or an end position sensor, which shuts

US 11,267,596 B2

13

off the motor M after reaching an end position in the opened position of the rocker **8** and triggers an arresting of the rocker. Thanks to the motorized lifting movement of the rocker **8** against the direction of action of the spring element **44**, the spring element **44** also is once more provided with a greater prestressing force. The strap B can now be removed from the strapping device **1**.

The strapping device is now ready for a new strapping process, which can occur in the same way as the previously described strapping process. In order to lower the rocker **8** after introducing a new piece of strap B in the strapping device **1**, the spring element **44** must be released again, which can be done for example via an operator button on the strapping device. In the sample embodiment, the previously actuated button **10** is released for this. The spring force then swivels the rocker, now in the opposite direction, against the tensioning plate and clamps the strap for the next tensioning process with an initial pressing force between the tensioning wheel **7** and the tensioning plate **9**. The variable pressing force in the rest of the tensioning process increases in the manner described.

In FIGS. **5** to **9** is shown another sample embodiment of a strapping device according to the present disclosure. In regard to its external appearance, this can also correspond to the representation of FIG. **1**. The basic layout of this embodiment of the strapping device can also correspond to that of the previously discussed embodiment of the present disclosure. Accordingly, in this embodiment as well, only a single motor M is used, which is provided to drive the welding mechanism **12** and separating mechanism (not shown in FIG. **5**) in one of the two directions of rotation of the motor on the one hand and the tensioning apparatus **6** on the other hand in the other direction of rotation of the motor. The optional driving of either the welding mechanism and separating mechanism on the one hand or the tensioning apparatus **6** on the other hand is done via a freewheeling and different directions of rotation of the motor M.

The embodiment likewise shows a pivoting rocker **80** of the tensioning apparatus **86**, driven by motor about a rocker pivot axis **80***a*. In contrast with the previously explained sample embodiment, here it is not the tensioning wheel **87** but instead the tensioning plate **89** which is arranged on the pivoting rocker **80**, whose rocker pivot axis **80***a* runs parallel to the tensioning axis **86***a*. The motorized driving movement with the direction of rotation which is used for rotational movements about the tensioning axis **86***a* is also used in this sample embodiment for the pivoting motion of the rocker **80**. The rocker pivot axis **80***a* in this embodiment as well runs essentially parallel to the tensioning axis **86***a*, about which the tensioning wheel can rotate. The rotational movement of the motor is transmitted, behind a point at which the motorized driving movement is utilized for the welding mechanism, across a bevel gear pair **99**, **100** to a planetary gearing **106** and from this it goes further to the tensioning wheel **87**. A freewheeling **125** arranged on the shaft of an input sun gear **110** ensures that the input side of the planetary gearing **106** can only turn in one rotary direction. The planetary gearing **106** is provided with gear elements which can be optionally arrested by way of a locking mechanism having two clamps **29**, **33**, as in the previously described sample embodiment, so that the driving movement can be transmitted either to the tensioning wheel **87** or to the rocker **80**.

In order to open the tensioning apparatus **86**, the ring gear **107** is released via the locking device, i.e., the clamp **33** is not in clamping engagement with the ring gear **107**. The tensioning wheel **87** can in this way turn freely without an

14

operative connection with the motor M. Optionally, strap tension still acting on the tensioning wheel **87** from the strap B from the previous tensioning process is released in this way by the tensioning wheel **87** and the gearing **106** upstream from the tensioning wheel. With the clamp **29**, the spur gear configured as a planet carrier **105** is locked, and its axis of rotation is aligned with the tensioning axis **86***a*, i.e., the axis of rotation of the tensioning wheel **87**. The motorized driving movement transmitted from the bevel gear **100** to the input sun gear **110**, thanks to the removable rotary arresting of the planet carrier **105** performed by way of the clamp **29**, does not lead to a rotation of the planet carriers **105** but instead to rotational movements of the planet gears **105***b* of the planet carrier **105**. The internal toothing of the ring gear **109** which engages with these planet gears **105***b* places the latter in rotational movement. As is especially seen in FIG. **7**, an external toothing **109***c* of the ring gear **109** engages with an external toothing **150***c* of a circular arc segment **150**, which is disposed stationary on one end of a connection shaft **151**. The connection axis **151***a* of the connection shaft **151** runs parallel to the stationary tensioning axis **86***a* of this sample embodiment. Instead of the two external toothings **109***c*, **150***c*, the ring gear **109** could also be braced by a cam against an abutment element, in which case either the cam or the abutment element is neither fastened to the ring gear **109** nor movable in design and the other of the two elements should be disposed on the ring gear **109**.

The rotational movement of the ring gear **109** and the engagement of the ring gear **109** with the circular arc segment **150** results in a rotational movement of the connection shaft **151** about the connection axis **151***a*. A spur gear **152** arranged at the other end of the connection shaft **151** engages with an external toothing **117***c* of the planet carrier **117** and in this way transmits the rotational movement about the connection axis **151***a* to the planet carrier **117**. In relation to the tensioning axis **86***a*, the connection axis **151***a* is situated on one side and the rocker pivot axis **80***a* on the other side of the tensioning axis **86***a*, the rocker pivot axis **80***a* being located on the side of the head end of the strapping device.

The planet carrier **117** belongs to the drive train provided for the driving movement of the tensioning wheel **87**. The operative connection of this drive train to the motor M is momentarily broken thanks to the above described shifting process of the locking mechanism. Thus, at the above-described moment in the process there is no operative connection of the motor M with the tensioning wheel **87** to drive the latter. As a result of the rotary movement transmitted to the planet carrier **117**, the planet carrier **117** rotates about the tensioning axis **86***a* and entrains a dog **80***c* of the rocker **80** by a cam **117***a* arranged on its outer circumferential surface. As a result, the rocker **80**, appearing as an arc in plan view, is rotated and opened.

The rocker **80**, able to turn about the rocker axis **80***a* and having the approximate shape of an arc segment, is arranged with its lower free end underneath the tensioning wheel **87**, so that the tensioning plate **89** arranged in the region of the free end of the rocker **80** can likewise be arranged directly beneath the tensioning wheel **87**. In order to arrange the tensioning plate **89** with a spacing from the tensioning wheel **87**, the previously described motorized driven movement of the rocker **80** is used in the rotary direction along arrow **112** (FIG. **6**), by which the rocker **80** is opened as described and a spacing between the tensioning wheel **87** and the tensioning plate **89** is increased. The opening movement can be limited by an end stop. The motor-opened rocker **80** now

US 11,267,596 B2

15

enables a removal of the tensioned and closed packaging strap from the strapping device. After the finished strapping is removed, the end of a new strapping loop for the next tensioning process can be introduced between the tensioning plate and the tensioning wheel. The rocker **80** can be brought back once again to the tensioning wheel by the restoring force of the spring element **124** previously stretched during the opening movement and press the strap against the tensioning wheel with an initial pressing force for the tensioning process. In order to utilize the spring force and thereby move the rocker **80** in a rotary direction along arrow **113** in the direction of the tensioning wheel **87**, an activation of a button or some other activating element can be provided, by which the spring force is released to act on the rocker. This can also involve a releasing of the button **10**.

In order to tension the strap B arranged between the tensioning wheel **87** and the tensioning plate **89**, the ring gear **107** is clamped on its outer circumferential surface by way of the clamp **33** to prevent rotational movements. The planet carrier **105** is not clamped, and so it can turn, as can the connection shaft **8**. The motorized driving movement from the sun gear **30** in the planetary gearing **106** arranged on the tensioning axis **86***a* is transmitted through the planet carrier **105** and the ring gear **107** to the planet gears **114** of the second planet carrier **115** and sets the latter in rotation. A sun gear, not recognizable in the representation of FIG. **5**, drives the planet gears **121** of an additional downstream stage of the planetary gearing **106**. The planet carrier **122** of this stage also rotates. The sun gear **123** of the last-mentioned stage is further led through the additional planet carrier **117** and drives the planet gears **118** of this additional stage, which in turn are in engagement with an internal toothing of the tensioning wheel **87**. The tensioning wheel **87** is thus driven in the tensioning direction across the single or multiple-stage planetary gearing **106** and the inserted strap B is tensioned.

In the previously described operating mode of "tensioning", in which the tensioning wheel **87** engages with the strap B, a force of resistance in the form of a restoring moment acting from the strap B on the rotating tensioning wheel **87** is produced by virtue of the strap tension. Its magnitude is variable and proportional to the magnitude of the applied strap tension. This force of resistance works opposite the motorized driving moment which arises in the gear elements participating in the transmission of the driving movement. In the sample embodiment, the planet carrier **117** is braced by a cam **117***b*, having the function of an end stop, against the rocker **80**. The planet carrier **117** rotating by the motorized driving movement in a suitable rotary direction lies by its cam **117***b* against a dog **80***b* of the rocker **80** and thereby turns it in a motion according to arrow **113** (FIG. **6**) about the rocker axis **80***a* against the tensioning wheel. Optionally, a noticeable rotary movement about the rocker axis **80***a* will not actually be executed here, but essentially only the torque about the rocker axis **80***a* is increased. In either case, however, the pressing force by which the rocker **80** presses the tensioning plate **89** or the strap against the tensioning wheel **87** is increased. This increase generally does not occur in a single step. The increasing of the pressing force of the rocker against the strap, ultimately stemming from the motorized driving movement and the already existing strap tension and occurring by engaging with the tensioning gearing **106**, occurs proportionally to the resistance and restoring force present in the strap and acting as a resistance force against a maintaining and a further increasing of the strap tension at the point of engagement with the strap, from the strap to the tensioning plate **89** and

16

on the tensioning wheel **87**. As long as an increasing of the strap tension is occurring by the tensioning process, so too will the resistance force increase and thus the pressing force resulting from it.

In FIGS. **8** and **9** are shown the end positions of the rocker **80** which are possible on account of the swiveling ability of the rocker to open and close on the one hand and to increased the pressing force on the strap on the other hand. As shown in FIG. **8**, in one of the two end positions the tensioning plate **89** by virtue of a contacting of the cam **117***b* of the planet carrier **117** with a contour of the dog **80***b* and a clockwise rotational direction of the planet carrier (in relation to the representation shown in FIG. **8**) rotates the rocker counterclockwise about its rocker pivot axis. The dog **80***b* and the cam **117***b* in this case act like a lever, which produces a counterclockwise torque about the rocker pivot axis **80***a*.

FIG. **9** shows the end position of the opened rocker. Here, the planet carrier **117** turns in the opposite rotation direction as compared to FIG. **8** and thereby comes to bear against the dog **80***c* of the rocker **80**. The dog **80***c* is situated in regard to the rocker pivot axis **80***a* and the other dog **80***b* on the other side of the rocker pivot axis **80***a*. In the position of use of the strapping device with a horizontal orientation of the base plate, the dog **80***b* is situated above and the dog **80***c* below the rocker pivot axis **80***a*. In this way, the rocker swivels clockwise in the representation of FIG. **9** and thereby creates a spacing from the tensioning wheel **87**.

FIG. **12** shows a partial perspective view of the tensioning apparatus of the second sample embodiment, in which only one of the two clamps is depicted. Here, the clamp **33** is brought to bear against the flat circumferential surface **107***b* of the ring gear **107**, which is essentially round in cross section. FIG. **13** shows a sectional representation through the ring gear **107** and the clamp **33**. By way of the clamp **33** of the locking mechanism, the ring gear can be optionally clamped against rotational movements or released again. Each of the clampings provided in the strapping devices of FIG. **2-11** can be configured according to the locking mechanism described here, however traditional locking mechanisms are also possible. In the clamping according to the present disclosure, an at least approximately planar circular or circular arc-shaped circumferential surface of the gear interacts with a pivoting clamping element or clamping body. The circumferential surface **107***b* of the sample embodiment shown, functioning as a clamping surface, has no detent elements with which a clamping is provided that is based on a form-fitting engagement of a clamping element with a detent element or a detent recess.

The clamping element **33** is mounted so that it can pivot about the shifting and pivoting axis **143**, where the shifting axis **143** of the clamping element **33** runs parallel to the axis of rotation of the gear **107** being clamped. The shifting axis **143** runs in the region of one end of the camlike clamping element **33**. In the region of the other end of the clamping element there is provided an arc-shaped contact surface **33***a*, which is provided for a contact with the clamping surface **107***b* of the gear being clamped. Due to the circular shape of the clamping surface **109***b* as well as the arc shape of the contact surface **33***a* inside view, an essentially linear contact comes into being when the clamping element **33** contacts the circumferential surface **107***b*, and this line of contact runs perpendicular to the plane of the drawing in FIG. **13**.

As emerges from FIG. **13**, the clamping element **33** is arranged in relation to the gear **107** being clamped such that the line of contact of the contact surface **33***a* has a distance **155** from its pivot axis **143** which is greater than the distance of the pivot axis **143** from the clamping surface **107***b*. As a

US 11,267,596 B2

17

18

result, during a pivoting motion of the clamping element **33** from its release position to a clamping position it already comes into contact with the clamping surface **107***b* at a point which lies before a line of connection **156** of the axis of rotation of the gear **107** to the pivot axis **143** of the clamping element. In relation to the intended rotary direction **157** of the gear **107** being clamped, the line of contact occurs before the (imaginary) line of connection **156**. The rotation of the gear **107** is braked and can at most still move just a little Thanks to a further rotation against the increasing clamping action, the clamping action is further intensified and an increasing wedging of the clamping element **33** against the gear **107** is intensified. Thanks to these geometrical relations, the clamp **33** cannot pass the line of connection **156** in rotary direction of the gear, its pivoting motion halts before the line of connection **156** and presses against the clamping surface **107***b*. In an end position essentially corresponding already to the position of first contact with the clamping element **33**, the gear **107** is clamped against the camlike clamping element **33**. No further movement is possible, regardless of how high the torque is.

FIG. **14** shows the geometrical relations of the clamping. Here as well, the connection between the axis of rotation **86***a* of the gear **107** and the pivot axis **143** is designated as **156**. The contact surface (circumference) of the gear could be smooth or structured. The radius of the gear at the contact site with the cam is designated as **158** and the pivot radius of the clamping element **33** at the contact site is **155**. The pivot radius **155** at the contact site subtends an angle α with the line of connection **156**, and the radius **158** of the gear **107** an angle γ with the swivel radius **155** (each time at the contact site). In the sample embodiment, the geometrical relations are such that in the clamping position, in which the gear **107** is blocked against rotational movements in the intended rotary direction, the angle γ is at least approximately 155°. In experiments it was also possible to achieve good results when using an angle from the range of 130° to 170°, especially from 148° to 163°. The angle α should advantageously be greater than or equal to 7°. In the sample embodiment, it is 9°. In other embodiments, it can also be chosen from a range of 7° to 40°.

In the sample embodiment of the present disclosure discussed here, it is not absolutely necessary, if the wedge effect is strong enough, to maintain the position of the cam in its clamping position by outside measures. This already occurs simply due to the fact that the gear **107** can only turn in one rotary direction and this is in fact blocked in removable fashion by the clamp **33**. In sample embodiments of the present disclosure, the camlike clamping element is held in position by the spring force of a spring element **159**. For this, the spring element **159** lies against the clamping element above the shifting axis **143** and turns or holds the clamping element **29** in its clamping position. In order to remove the clamping element from its clamping position, the spring force must be overcome with a switch **160**. Using the switch **160**, both clamps **29** and **33** can be activated at the same time. Depending on the arrangement of the switch/button, a pulling or pressing of the switch can overcome the spring force and release the ring gear **107** from the clamp **33** and lock the planet carrier **105**. In the other movement of the switch/button, the clamp **29** and the planet carrier **105** are again released via the spring force, while the clamp **33** locks the ring gear **107**.

LIST OF REFERENCE SYMBOLS

**1** strapping device
**2** housing

**3** handle
**4** base plate
**6** tensioning apparatus
**6***a* tensioning axis
**7** tensioning wheel
**8** rocker
**8***a* rocker pivot axis
**9** tensioning plate
**10** button
**12** friction welding mechanism
**13** welding shoe
**14** transmitting mechanism
**15** storage battery
**19** bevel gear
**20** bevel gear
**21** gear
**22** toothed belt drive
**23** gear
**24** shaft
**25** planet carrier
**25***a* clamping surface
**25***b* planet gears
**26** gearing
**27** ring gear
**27***a* shoulder
**27***c* cam
**28** roller bearing
**29** first clamp
**29***a* arc-shaped contact surface
**30** sun gear
**31** axis of rotation of gearing and tensioning wheel
**32** ring gear
**32***a* outer surface
**33** second clamp
**34** planet gear
**35** planet carrier
**36** sun gear
**37** planet carrier
**37***a* shoulder
**38** planet gear
**39** stop element
**40** arrow
**41** planet gear
**42** planet carrier
**43** sun gear
**44** spring element (restoring spring)
**45** freewheeling
**46** abutment
**46***a* recess
**80** pivoting rocker
**80***a* rocker pivot axis
**80***b* dog
**80***c* dog
**86** tensioning apparatus
**86***a* tensioning axis
**87** tensioning wheel
**89** tensioning plane
**99** bevel gear
**100** bevel gear
**105** spur gear (planet carrier)
**105***b* planet gear
**106** gearing
**107** ring gear
**107***b* circumferential surface
**109** ring gear
**109***b* circumferential surface
**109***c* external toothing

19

110 sun gear
112 arrow
113 arrow
114 planet gears
115 planet carrier
117 planet carrier
117*b* toothing
117*a* cam
117*b* cam
117*c* toothing
118 planet gear
121 planet gear
122 planet carrier
123 sun gear
124 spring element
125 freewheeling
143 shifting axis
150 circular arc segment
150*c* toothing
151 connection shaft
151*a* connection axis
155 distance/swivel radius
156 connection line
157 rotary direction
158 radius
159 spring element
160 switch
B strap
M motor

The invention is claimed as follows:

**1**. A strapping device comprising:

a base comprising a tensioning plate;

a rocker comprising a tensioning wheel rotatable about a tensioning-wheel axis, wherein the rocker is pivotable relative to the base about a rocker pivot axis;

a friction-welding device movable between a release position and a welding position; and

a motor comprising a drive shaft operably connected to the rocker and the friction-welding device such that:

rotation of the drive shaft in a first rotational direction pivots the rocker relative to the base and about the rocker pivot axis to change a distance between the tensioning wheel and the tensioning plate; and

rotation of the drive shaft in a second rotational direction opposite the first rotational direction moves the friction-welding device from the release position to the welding position.

**2**. The strapping device of claim **1**, wherein the rocker is pivotable relative to the base and about the rocker pivot axis between a first position in which the tensioning wheel is a first distance from the tensioning plate and a second position in which the tensioning wheel is a second distance from the tensioning plate, wherein the first distance is less than the second distance.

**3**. The strapping device of claim **2**, wherein the drive shaft is operably connected to the rocker such that rotation of the drive shaft in the first rotational direction pivots the rocker from the first position to the second position.

**4**. The strapping device of claim **3**, further comprising a biasing element biasing the rocker to the first position.

**5**. The strapping device of claim **4**, wherein the biasing element comprises a spring.

**6**. The strapping device of claim **5**, wherein the friction-welding device comprises a weld shoe.

20

**7**. The strapping device of claim **6**, further comprising first gearing operably connecting the drive shaft to the rocker and second gearing operably connecting the drive shaft to the friction-welding device.

**8**. The strapping device of claim **6**, wherein the drive shaft is operably connected to the tensioning wheel to rotate the tensioning wheel about a tensioning axis and is operably connected to the weld shoe to oscillate the weld shoe.

**9**. The strapping device of claim **1**, further comprising gearing operably connecting the drive shaft to the rocker, wherein the drive shaft is operably connected to the tensioning wheel via the gearing to rotate the tensioning wheel about a tensioning axis.

**10**. The strapping device of claim **9**, further comprising one or more clamping elements movable from a first configuration to a second configuration to switch the gearing from a first state in which the gearing operably connects the drive shaft to the tensioning wheel so rotation of the drive shaft in the first rotational direction causes the tensioning wheel to rotate about the tensioning axis to a second state in which the gearing operably connects the drive shaft to the rocker so rotation of the drive shaft in the first rotational direction causes the rocker to pivot about the rocker axis.

**11**. The strapping device of claim **10**, wherein the gearing comprises a first gear component and a second gear component, wherein when the gearing is in the first state the first gear component is rotatable and at least one of the one or more clamping elements prevents the second gear component from rotating, and wherein when the gearing is in the second state at least one of the one or more clamping elements prevents the first gear component from rotating and the second gear component is rotatable.

**12**. The strapping device of claim **11**, wherein the rocker is pivotable relative to the base and about the rocker pivot axis between a first position in which the tensioning wheel is a first distance from the tensioning plate and a second position in which the tensioning wheel is a second distance from the tensioning plate, wherein the first distance is less than the second distance, wherein when the gearing is in the second state, rotation of the drive shaft in the first rotational direction pivots the rocker from the first position to the second position.

**13**. The strapping device of claim **11**, wherein the one or more clamping elements comprise a first clamping element and a second clamping element, wherein the first clamping element is movable from a disengaged position in which the first clamping element does not prevent the first gear component from rotating to an engaged position in which the first clamping element prevents the first gear component from rotating, wherein the second clamping element is movable from a disengaged position in which the second clamping element does not prevent the second gear component from rotating to an engaged position in which the second clamping element prevents the second gear component from rotating.

**14**. The strapping device of claim **13**, wherein the first gear component operably connects the drive shaft to the tensioning wheel, and wherein the second gear component operatively connects the drive shaft to the rocker.

**15**. The strapping device of claim **14**, further comprising an actuating device actuatable to cause one of the first and second clamping elements to move from its disengaged position to its engaged position and the other of the first and second clamping elements to move from its engaged position to its disengaged position to switch the gearing from the first state to the second state.

US 11,267,596 B2

21

22

**16**. The strapping device of claim **15**, wherein the actuating device is actuatable to simultaneously cause the one of the first and second clamping elements to move from its disengaged position to its engaged position and the other of the first and second clamping elements to move from its engaged position to its disengaged position to switch the gearing from the first state to the second state.

**17**. The strapping device of claim **16**, wherein the actuating device is actuatable to cause initiation of at least one of a tensioning process and a strap-connecting process.

**18**. The strapping device of claim **1**, wherein the rocker is pivotably mounted to the base.

**19**. The strapping device of claim **18**, wherein the rocker is pivotably mounted to the base so a torque is applied to the rocker during a tensioning process causes one of the tensioning wheel and the tensioning plate to exert a force on the other of the tensioning wheel and the tensioning plate.

**20**. The strapping device of claim **1**, further comprising gearing operably connecting the drive shaft to the rocker and the friction-welding device, the gearing comprising free-wheeling that transmits a drive movement of the motor to the rocker and not to the friction-welding device when the drive shaft rotates in the first rotational direction and that transmits the drive movement of the motor to the friction-welding device and not to the rocker when the drive shaft rotates in the second rotational direction.

*   *   *   *   *

# Exhibit D

Case 1:22-cv-00519-VAC-CJB   Document 1-1   Filed 04/22/22   Page 74 of 108 PageID #: 98

US 20200339289A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2020/0339289 A1**
FINZO (43) **Pub. Date:** **Oct. 29, 2020**

(54) **STRAPPING DEVICE**

(71) Applicant: **ITATOOLS S.r.l.**, ORIGGIO (Varese) (IT)

(72) Inventor: **Flavio FINZO**, Wurenlos (CH)

(73) Assignee: **ITATOOLS S.r.l.**, ORIGGIO (Varese) (IT)

(21) Appl. No.: **16/856,617**

(22) Filed: **Apr. 23, 2020**

(30) **Foreign Application Priority Data**

Apr. 24, 2019   (IT) ........................ 102019000006286

**Publication Classification**

(51) **Int. Cl.**
*B65B 13/22* (2006.01)
*B65B 13/04* (2006.01)
*B65B 13/32* (2006.01)

(52) **U.S. Cl.**
CPC .............. *B65B 13/22* (2013.01); *B65B 13/32* (2013.01); *B65B 13/04* (2013.01)

(57) **ABSTRACT**

Strapping device including a frame defining supporting area for placing thereon a strap being processed, tensioning assembly to lock and tension, on command, at least part of the strap and at least one rocker defining main axis and at least one tensioning wheel defining its own tensioning axis, which can be rotated around the tensioning axis and integrally with the rocker around the main axis relative to the frame, a welding assembly for joining, on command, at least two edges of the strap, and at least a first drive member to actuate at least part of the tensioning assembly, and first drive mechanism operatively connected to at least the first drive member and including at least a first drive assembly The first drive assembly moves the tensioning wheel around the tensioning axis even when the tensioning roller is moved around the main axis.



Patent Application Publication     Oct. 29, 2020   Sheet 1 of 6        US 2020/0339289 A1



*Fig. 1*



*Fig. 2*



**Fig. 3a**



**Fig. 3b**



*Fig. 4a*



*Fig. 4b*



*Fig. 4c*



*Fig. 5*



*Fig. 6*



**Fig. 7**



**Fig. 8**



***Fig. 9a***



***Fig. 9b***

US 2020/0339289 A1

Oct. 29, 2020

1

## STRAPPING DEVICE

### FIELD OF THE INVENTION

[0001]   The present invention relates to a strapping device of the type comprising: a frame defining a supporting area on which a strap being processed can be placed, a tensioning assembly suitable to lock and tension, on command, at least part of the strap and comprising at least one rocker, a welding assembly suitable for joining, on command, at least two edges of the strap, and at least a second drive member suitable to actuate at least part of the tensioning assembly, the rocker defining a main axis and comprising at least one tensioning wheel defining its own tensioning axis, which can be rotated around the tensioning axis and integrally with the rocker around the main axis with respect to the frame, the strapping device further comprising at least a first drive mechanism operatively connected to at least the second drive member and including at least a first drive assembly.

### DESCRIPTION OF THE PRIOR ART

[0002]   In particular, the present invention relates to an at least semi-automatic, preferably automatic, strapping device suitable for allowing the common operations of tensioning a strap and coupling two edges of said strap through welding.

[0003]   As is known, in the sector relating to the transport and packaging of goods, for example with polymeric films of different thickness or simple cardboard containers, polymeric tapes or bands called straps are used in order to seal or securely close the packages of the aforementioned goods.

[0004]   In order to perform their function, the straps are tensioned on the package and joined, at the ends, so as to lock said straps on the package.

[0005]   The tensioning and welding operations, in particular, cannot be carried out by hand by an operator, but require specific tools called strapping devices.

[0006]   Strapping devices are automatic or semi-automatic machines used to seal a certain product, as mentioned, for transport purposes, which perform their tensioning action both vertically and horizontally.

[0007]   Essentially, strapping devices include at least one welding assembly and one tensioning assembly.

[0008]   The welding assembly includes a mechanism suitable for locking at least two edges of the strap so as to join them at a fixed point. The joining is therefore usually carried out by subjecting the locked edges to a continuous kinematic action, which is suitable for generating friction, thereby generating the heat required for the melting and joining of the tape.

[0009]   At the end of the joining operation, the operator can unlock the mechanism, and therefore also the strap, by means of a mechanical lever or, more rarely, an electronic button.

[0010]   The tensioning assembly, on the other hand, includes a unit rocking around an axis arranged in an advanced position on the strapping device, and precisely referred to as a rocker.

[0011]   The rocker locks at least two edges of the strap by friction and subjects them to an opposing tensioning force, delivered through a rotating roller, so that the portions of the strap slide one over the other until a predetermined tension state is reached over the entire tape.

[0012]   This operation is also carried out by the command of an operator, usually at least one electronic button, which gives the order of locking and tensioning the strap.

[0013]   The rocker mechanism includes a plurality of drive elements which are suitable to transmit motion from a motor to the rocker and from the rocker to the tensioning roller.

[0014]   Therefore, conventionally, the strapping device comprises a motor for driving the welding assembly, a motor for driving the tensioning assembly, and a mechanical lever, or a servomotor, for unlocking the strap when the joining is completed.

[0015]   The described prior art has a few major drawbacks.

[0016]   In particular, the current strapping devices include a plurality of independent commands which require their own motors and mechanisms, resulting in increased overall dimensions of the strapping device.

[0017]   This aspect is very significant as automatic and semi-automatic strapping devices are usually battery operated and are aimed at improving the portability of the strapping device. However, even today, the size and weight of the strapping devices are by no means negligible.

[0018]   In addition, the tensioning assembly usually has complex configurations, including at least four or five stages of transmission, which can lead to reductions in available torque and to high expenditure of energy required, especially with regard to battery-operated strapping devices.

[0019]   A further drawback of the prior art is that common strapping devices do not take into account a factor which is important for providing quality seals: the human factor.

[0020]   Very often, due to the rush in ending the packing and sealing operations, the operator commands the release of the strap before the time required for the solidification of the area thermally altered by the welding. This seemingly harmless release, instead, causes a release in tension of the polymer tape and compromises the safety of the seal.

[0021]   However, strapping devices do not prevent or in any way help the operator during the release of the strap.

[0022]   In this context, the technical task underlying the present invention is to devise a strapping device, which is capable of substantially obviating at least some of the above-mentioned drawbacks.

[0023]   Within the scope of said technical task, a major object of the invention is to obtain a strapping device which allows a reduction in the complexity and the mechanical components inside the control assemblies, i.e. the welding and/or tensioning assemblies, while maintaining high processing efficiency.

[0024]   Another major object of the invention is to provide a strapping device which is able to increase the torque for locking the rocker, so as to guarantee greater locking stability even in the case of tension forces greater than the norm.

[0025]   In conclusion, a further task of the invention is to provide a strapping device which assists the operator at least during the unlocking of the strap, so as to prevent, or at least reduce, defective and yielding seals.

### SUMMARY OF THE INVENTION

[0026]   The technical task and the specified objects are achieved by means of a strapping device comprising: a frame defining a supporting area on which a strap being processed can be placed, a tensioning assembly suitable to lock and tension, on command, at least part of the strap and comprising at least one rocker, a welding assembly suitable

for joining, on command, at least two edges of the strap, and at least a second drive member suitable to actuate at least part of the tensioning assembly, the rocker defining a main axis and comprising at least one tensioning wheel defining its own tensioning axis, which can be rotated around the tensioning axis and integrally with the rocker around the main axis with respect to the frame, the strapping device further comprising at least a first drive mechanism operatively connected to at least the second drive member and including at least a first drive assembly, the first drive assembly moving the tensioning wheel around the tensioning axis even when the tensioning wheel is moved around the main axis.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0027]   The features and advantages of the invention will be apparent from the detailed description of preferred embodiments of the invention, with reference to the accompanying drawings, in which:

[0028]   FIG. **1** is a perspective view of the strapping device according to the invention;

[0029]   FIG. **2** shows a perspective detail of the first drive mechanism and the rocker of a strapping device according to the invention;

[0030]   FIG. **3**a is a side view of a strapping device according to the invention, with the rocker far from the supporting area of the strap;

[0031]   FIG. **3**b is a side view of a strapping device according to the invention, with the rocker close to the supporting area of the strap;

[0032]   FIG. **4**a is a side view of a strapping device according to the invention, wherein the first element of the second drive mechanism is in the extreme position defined by the first movement, with the rocker and the interface device far from the area supporting the strap;

[0033]   FIG. **4**b is a side view of a strapping device according to the invention, wherein the first element of the second drive mechanism is in the intermediate position, with the rocker close to the area supporting the strap, and the interface device far from the area supporting the strap;

[0034]   FIG. **4**c is a side view of a strapping device according to the invention, wherein the first element of the second drive mechanism is in the extreme position defined by the second movement, with the rocker and the interface device close to the area supporting the strap;

[0035]   FIG. **5** represents a detail, without the frame, of part of the second drive mechanism, the welding assembly and the drive members of a strapping device according to the invention;

[0036]   FIG. **6** shows a detail of part of the frame with part of the first drive mechanism, the tensioning assembly and the second drive member of a strapping device according to the invention;

[0037]   FIG. **7** shows a detail of the connection between the first element included in the second drive mechanism and the second drive assembly of the first drive mechanism of a strapping device according to the invention;

[0038]   FIG. **8** is an example of a possible first element included in the second drive mechanism of a strapping device according to the invention;

[0039]   FIG. **9**a represents a simplified functional diagram referring to the operation of the first drive assembly and the rocker of a strapping device according to the invention, with

the rocker close to the supporting area, highlighting the rotations required to move it away; and

[0040]   FIG. **9**b shows a simplified functional diagram referring to the operation of the first drive assembly and the rocker of a strapping device according to the invention, with the rocker close to the supporting area, highlighting the rotations required to rotate the roller on its axis.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0041]   Herein, the measures, values, shapes and geometric references (such as perpendicularity and parallelism), when used with words like "about" or other similar terms such as "approximately" or "substantially", are to be understood as except for measurement errors or inaccuracies due to production and/or manufacturing errors and, above all, except for a slight divergence from the value, measure, shape or geometric reference with which it is associated. For example, these terms, if associated with a value, preferably indicate a divergence of not more than 10% from said value.

[0042]   Furthermore, when used, terms such as "first", "second", "upper", "lower", "main" and "secondary" do not necessarily refer to an order, a priority relationship or a relative position, but may simply be used to more clearly distinguish different components from each other.

[0043]   Unless otherwise indicated, the measurements and data provided herein are to be considered as carried out in International Standard Atmosphere ICAO (ISO 2533:1975).

[0044]   With reference to the Figures, the strapping device according to the invention is indicated as a whole by the numeral **1**.

[0045]   Substantially, the strapping device **1** is a tool which allows a user, typically an operator, to seal packages by means of long-shaped or tape elements known as straps.

[0046]   Straps, which are widely used in the packaging sector, are polymeric bands designed to enclose the object to be packaged so as to seal the package.

[0047]   In particular, the strapping device **1** is suitable to tension the strap and weld the strap at a predetermined point of the strap itself. In order to carry out the welding and the tensioning, the strapping device is provided with a guide area in which two spaced apart edges of the strap are arranged and superimposed.

[0048]   While one of the edges is substantially blocked, the other edge of the strap is moved so as to subject the strap to a desired tension. Subsequently, the opposite portions of the two edges of the strap are subjected to friction and mutually welded by the effect of the heat produced by the friction.

[0049]   The foregoing general description of the strap **1** is detailed below in the embodiment aspects relevant for the purposes of the invention. In order to provide the strapping device **1** according to the invention, it is good to keep in mind what is already known to the person skilled in the art and what is already present in the current state of the art.

[0050]   In this respect, an example of a strapping device similar to the strapping device **1** is the ITA 27 product marketed by Itatools™. Other similar examples are described in patent applications US-A-2018194497 and EP-A-2285691.

[0051]   Preferably, moreover, the strapping device **1** is battery operated, but could also be powered in a different way, as long as it is functional to the invention.

[0052]   The strapping device **1** preferably comprises a tensioning assembly **2** and a welding assembly **3**. Preferably,

3

the tensioning assembly **2** and the welding assembly **3** are constrained to a frame **10**. Furthermore, the strapping device **1** is preferably provided with a body suitable for covering at least part of the tensioning assemblies **2**, the welding assembly **3** and the frame **10**.

[0053]   The frame **10** is preferably a structure suitable to house the components that make up the strapping device **1** so as to constrain them. Obviously, the frame **10** can be in one piece, or in several pieces, in turn constrained to each other.

[0054]   The frame **10** therefore also defines a supporting area **11**. The supporting area **11** is a portion of the frame **10** within which, normally, the strap is processed by the strapping device **1**.

[0055]   Therefore, commonly, the strapping device **1** also defines a supporting surface **11**a. The supporting surface **11**a is substantially a portion, which is for example flat or with a small curvature, of the supporting area **11** in which the strap to be processed is positioned. Furthermore, the strap itself therefore defines a processing path **1**a preferably at least partially aligned with the supporting surface **11** along which the strap is positioned.

[0056]   The tensioning assembly **2** preferably comprises all the components suitable to allow the tensioning of the strap, that is, all the components acting directly in contact with the strap, as well as all the components suitable to transmit the energy or motion required to actuate the components contacting the strap.

[0057]   Therefore, the tensioning assembly **2** is preferably suitable to lock and tension, on command, at least part of a strap. Therefore, the tensioning assembly **2** comprises at least one rocker **20**.

[0058]   The rocker **20**, as suggested by the term, is an element substantially designed to rock, i.e. rotate, on command, around a predetermined axis. Therefore, preferably, the rocker **20** defines a main axis **2**a.

[0059]   The main axis **2**a is preferably the axis around which the rocker **20** can rotate relative to the frame **10** of the strapping device **1**. Preferably, the main axis **2**a is substantially transverse to the processing path **1**a of the strap so that, by rotating around the main axis **2**a, the rocker **20** can move towards or away from the strap. The rocker **20**, in turn, includes at least one tensioning wheel **200**.

[0060]   The tensioning wheel **200** is preferably a rotating component suitable to allow the movement, on command, of the strap so as to tension it. The tensioning wheel **200**, in particular, is not the element in contact with the strap, but is the element that allows a tensioning roller to be moved.

[0061]   The latter, as known in the current state of the art, is a cylindrical element capable of rotating, for example, adherent to the strap to tension it, and is therefore moved by the tensioning wheel **200**. The tensioning wheel **200** can therefore move the tensioning roller directly, or can move it by means of drive means, for example including epicyclic gears.

[0062]   Preferably, the tensioning wheel **200** is a main driving gear of the tensioning roller shown clearly in FIG. **2**.

[0063]   From now on, in the description, when the tensioning wheel **200** is mentioned, it is assumed that the tensioning roller moves integrally therewith or as a consequence of the movement of said wheel.

[0064]   In the current state of the art, usually, the tensioning wheel **200** and the tensioning roller, by virtue of the transmission of motion, rotate in opposite directions around the

same axis, but move integrally with each other in the plane perpendicular to the axis of rotation.

[0065]   Therefore, preferably, when the tensioning roller adheres to the strap to tension it, the tensioning wheel **200** is moved closer to the strap, whereas when the tensioning roller is moved away from the strap, so is the tensioning wheel **200**.

[0066]   The tensioning wheel **200** is therefore adapted to rotate around its own tensioning axis **2**b.

[0067]   The tensioning axis **2**b is preferably an axis parallel to the main axis **2**a and is substantially centred with respect to the tensioning wheel **200**.

[0068]   In addition, preferably, the tensioning axis **2**b is spaced apart with respect to the main axis **2**a so that the tensioning wheel **200** can be moved with at least two degrees of freedom.

[0069]   In particular, preferably, the tensioning wheel **200** is able to rotate on its axis, in detail around the tensioning axis **2**b, so as to tension a possible strap in contact with the tensioning roller moved by the tensioning wheel **200**, and is capable of translating along a curvilinear path, substantially an arc of a circle, when the tensioning wheel **200** rotates with respect to the main axis **2**a.

[0070]   Substantially, therefore, the rocker **20** is adapted to be moved towards the strap, so as to arrange the tensioning roller adherent to the strap, or far from the strap.

[0071]   Of course, when the tensioning roller adheres to the strap, the tensioning wheel **200** also moves towards the strap integrally with the tensioning roller, without touching the strap, since it is a member designed to transmit motion.

[0072]   Therefore, in other words, the rocker **20** is adapted to be moved towards the strap, so as to arrange the tensioning wheel **200** close to the strap, or far from the strap. The welding assembly **3** is preferably suitable for joining, on command, at least two edges of a strap. In particular, the welding assembly **3** is preferably of the type commonly used for vibration welding.

[0073]   Therefore, substantially, the welding assembly **3** comprises at least one interface device **30**. The interface device **30** is substantially a mobile portion of the welding assembly **3** suitable for interacting with the strap so as to transfer at least part of the energy powering the strapping device **1** to the strap in the form of heat.

[0074]   Preferably, the interface device **30** can be active or can be inactive with respect to the strap. Typically, the interface device **30** is active when it interacts with the strap and is inactive when the strap is not subjected to welding.

[0075]   In particular, the interface device **30** is adapted to collaborate with a welder **300**. The welder **300** preferably defines the area of contact with the strap. Preferably, therefore, the interface device **30** can be adapted to push the welder **300** towards the strap, so as to allow the welder **300** to exert the pressure required to carry out the welding operations, or it can be moved away from the strap so that the welder **300** does not adhere to the strap or moves away from it.

[0076]   The welder **300** is therefore preferably constrained to the frame **10** and configured so as to collaborate with the interface device **30**. Preferably, in this case, the welder **300** is constrained at the supporting area **11**, possibly in a housing obtained on the supporting surface **11**a itself.

[0077]   In an alternative configuration to that described above, the welder **300** can simply be arranged on the interface device **30** itself. In this case, the welder **300** defines

4

an area of contact with the strap of the interface device **30** itself. However, in this alternative embodiment, the welder **300** always moves integrally with the interface device **30**.

[0078] In the preferred embodiment, the interface device **30** and the welder **300** are only partially mutually integral.

[0079] In any case, preferably, the welder **300** is adapted to provide heat for joining the edges of the strap. Preferably, the welder **300** is adapted to produce heat by rubbing on the surface contacting the edges of the strap.

[0080] In this regard, the welder **300** can preferably define its own vibration axis **3***b*. The vibration axis **3***b*, for example, is an axis substantially perpendicular or parallel to the processing path **1***a*. In general, the vibration axis **3***b* is preferably aligned with the supporting surface **11***a* so as to move the welder **300** coplanar with respect to the supporting surface **11***a*.

[0081] However, the welder **300** may not necessarily move coplanar with respect to the supporting surface **11***a*, but may be inclined relative thereto. The supporting surface **11***a* itself could therefore include a cavity for housing the welder **300** so as to provide a guide inside which the welder **300**, when in contact with the strap, can friction-weld the strap by also moving outside the plane provided by the supporting surface **11***a*.

[0082] Preferably, the welder **300** moves by cyclically translating along the vibration axis **3***b*, like a vibrating slider, so as to provide the heat required for joining the edges of the strap.

[0083] Of course, as is known to those skilled in the art, the welder **300** can be made according to several embodiments. It can be suitable for making movements different from those described, for example circular, or sector of a circle-like, or other movements. In general, the welder **300** is adapted to be moved with respect to the strap arranged on the supporting surface **11***a* and, for example, blocked by the rocker **20**, so as to provide heat by friction.

[0084] A shearer can also be coupled to the welder **300**. The shearer, as is known, is preferably adapted to allow the sectioning of part of the strap once the welding operations are completed so as to remove the portion of the strap that does not provide, for example, the packing ring.

[0085] The shearer can also be arranged on the interface device **30** integral therewith, or only partially integral therewith, in greater detail it can collaborate with it so that the interface device **30**, when required, pushes the shearer towards the strap.

[0086] The interface device **30** therefore preferably defines a secondary axis **3***a*.

[0087] The secondary axis **3***a* is preferably a movement axis suitable to allow at least part of the interface device **30** to be moved with respect to the frame **10** of the strapping device **1**.

[0088] In particular, preferably, the interface device **30** moves so as to push the slider **300** towards the strap so that the slider **300** is substantially moved eccentrically with respect to the secondary axis **3***a*.

[0089] Furthermore, preferably, the secondary axis **3***a* is preferably parallel to the processing path **1***a* of the strap, and therefore the slider **300**, similar to the tensioning wheel **200**, can translate along a curvilinear path, substantially in arcs of a circle, moving towards and away from the strap.

[0090] Of course, the strapping device **1** could have systems for moving the interface device **30** linearly, and in this case, the slider **300** could move by translating along a direction perpendicular to the supporting surface **11***a*.

[0091] In general, both the rocker **20** and the interface device **30** are adapted, at least partially, to move towards and away from the supporting area **11** of the frame **10**, in order to allow the strap to be processed, directly or indirectly.

[0092] In detail, respectively, the tensioning wheel **200** and the welder **300** are adapted to move towards and away from the supporting surface **11***a*, and therefore towards and away from the strap itself being processed.

[0093] In order to actuate the tensioning **2** and welding **3** assemblies, the strapping device **1** can be provided with a plurality of different drive members and drive means.

[0094] Preferably, the strapping device **1** comprises at least a first drive member **4**.

[0095] The first drive member **4** is at least adapted to actuate at least part of the tensioning assembly **2**. Preferably, the first drive member **4** is also adapted to actuate part of the welding assembly **3**.

[0096] Preferably, the first drive member **4** is any device that allows kinetic energy to be transmitted to a system starting from electrical energy. In fact, the strapping device **1**, as said, can be battery or current operated, and in any case is capable of exploiting electrical energy to actuate the assemblies **2**, **3**.

[0097] Conveniently, the first drive member **4** comprises at least one electric motor.

[0098] Furthermore, this electric motor can be linear or rotary. Preferably, the drive member **4** is adapted to transmit rotary motion through a drive shaft and, for example, through a crown or gear arranged on said shaft.

[0099] Preferably, the strapping device **1** also comprises a second drive member **7**.

[0100] The second drive member **7** is substantially similar to the first drive member **4** and has the same structural features.

[0101] However, the first and second drive members **4**, **7** could differ in the number of motor revolutions. Therefore, either one or both could also include reduction members.

[0102] The second drive member **7**, like the first drive member **4**, is preferably adapted to actuate at least part of the tensioning assembly **2** and at least part of the welding assembly **3**. Clearly, the second drive member **7** could also be adapted to actuate at least part of only one of the tensioning assembly **2** and the welding assembly **3**. Preferably, the first drive member **4** and the second drive member **7** are adapted to actuate the tensioning **2** and welding **3** assemblies in a different way and for different functions.

[0103] In particular, in a preferred but not exclusive embodiment, the first drive member **4** is adapted to move the rocker **20** and/or the interface device **30** towards or away from the strap. In other words, the first drive member **4** is adapted to move the rocker **20** and/or the interface device **30** towards or away from the supporting area **11**.

[0104] Therefore, preferably, the first drive member **4** moves the rocker **20** by rotating it with respect to the frame **10** around the main axis **2***a* and moves the interface device **30** by rotating it around the secondary axis **3***a* with respect to the frame **10**. The second drive member **7**, on the other hand, is preferably adapted to actuate the tensioning wheel **200** and the welder **300**. In particular, the actuation of the tensioning wheel **200** and the welder **300** is preferably provided when the rocker **20** and the interface device **30**, respectively, are brought closer to the supporting area **11**. In

5

this case, the tensioning roller moved by the tensioning wheel **200** and/or the welder **300** are adherent to the strap, or the edge of the strap, so as to allow processing. In particular, the tensioning wheel **200**, in this situation, rotates around its own tensioning axis **2**b, whereas the welder **300** cyclically translates along the vibration axis **3**b.

[0105]   The actuation of the tensioning **2** and welding **3** assemblies, as well as the various constituent parts, i.e. the rocker **20** and the tensioning wheel **200**, or the interface device **30** and the welder **300**, can be performed simultaneously or selectively. In fact, it is not necessary to actuate the tensioning assembly **2** and the welding assembly **3** together, just as it is not necessary to actuate the tensioning wheel **200** and the rocker **20** simultaneously.

[0106]   In order to transmit motion from the drive members **4**, **7** to the assemblies **2**, **3**, as already mentioned, drive means are provided.

[0107]   The strapping device **1** therefore comprises a first drive mechanism **5**.

[0108]   The first drive mechanism **5** is preferably operatively connected to at least part of the first drive member **4**.

[0109]   Furthermore, the first drive mechanism **5**, in the preferred embodiment, is also operatively connected to the second drive member **7**.

[0110]   Therefore, substantially, the first drive mechanism **5** preferably allows, at least in part, actuation of the rocker **20** and the tensioning wheel **200** integrally with the rocker **20**, as well as of the tensioning wheel **200** around its own tensioning axis **2**b.

[0111]   Preferably, the first drive mechanism **5** is adapted to simultaneously or alternately move the tensioning wheel **200** around the main axis **2**a and the tensioning axis **2**b when actuated.

[0112]   In particular, the first drive mechanism **5** comprises at least a first drive assembly **50** and a second drive assembly **51**.

[0113]   The first drive assembly **50** preferably moves the tensioning wheel **200** around the tensioning axis **2**b.

[0114]   Advantageously, the first drive assembly **50** moves the tensioning wheel **200** around the tensioning axis **2**b even when the tensioning wheel **200** is moved around the main axis **2**a.

[0115]   In other words, the first drive assembly **50** is adapted to follow the movement of the tensioning wheel **200** when the latter is moved.

[0116]   In an alternative configuration, the first drive assembly **50** could even be adapted to simultaneously or alternately move the tensioning wheel **200** around the main axis **2**a and the tensioning axis **2**b when actuated.

[0117]   In order to accomplish this function, the first drive assembly **50** preferably includes a first component **500**.

[0118]   The first component **500**, preferably, is the component suitable to allow following of the tensioning wheel **200**, when the latter is moved around the main axis **2**a, in order to allow the movement thereof around the tensioning axis **2**b. In the preferred embodiment, the first component **500** is a rotating element, substantially a lever. Therefore, the first component **500** preferably defines a first axis of rotation **5**a.

[0119]   The first axis of rotation **5**a is substantially parallel to and spaced apart from the main axis **2**a and the tensioning axis **2**b.

[0120]   The first axis of rotation **5**a also allows the first component **500** to rotate so as to describe a curvilinear path, preferably an arc-of-a-circle path.

[0121]   Furthermore, with respect to the first component **500**, the first axis of rotation **5**a is neither barycentric nor the main inertia axis. Therefore, as already disclosed, the first component **500**, when rotated around the first axis of rotation **5**a, behaves like a lever.

[0122]   In particular, preferably, when the first component **500** rotates around the first axis of rotation **5**a, it follows part of the tensioning assembly **2** so as to interfere, in each configuration of the strapping device **1**, with part of the tensioning assembly **2**, and in particular, with the rocker **20**.

[0123]   Schematically, the first component **500** substantially defines a drive arm, whereas the rocker **20** defines a rocker arm.

[0124]   The arms behave like levers with fulcra in the first drive axis **5**a and the main axis **2**a, respectively. The interaction between the drive arm and the rocker arm, and therefore between the first component **500** and the rocker **20**, substantially takes place at the free ends of the arms.

[0125]   The free ends of both arms face the supporting area **11** starting from the first drive axis **5**a and the main axis **2**a, respectively.

[0126]   Preferably, the free ends of the drive arm and the rocker arm are substantially always in contact so that, when the rocker arm, and therefore the tensioning wheel **200**, is moved away from the supporting area **11**, the drive arm, and therefore the first component **500**, also moves away from the supporting area **11**.

[0127]   When the arms follow each other, the first component **500** slides between the tensioning wheel **200** and the supporting area **11** and is therefore closer to the supporting area **11** than the tensioning wheel **200**.

[0128]   Obviously, in an alternative embodiment, the first component **500** could slide over the tensioning wheel **200** so that the tensioning wheel **200** is closer to the supporting area **11** than the first component **500**.

[0129]   Preferably, the first component **500** comprises a second component **501**.

[0130]   The second component **501** is the portion of the first component **500** directly in contact with the tensioning wheel **200** so as to interfere with the tensioning wheel **200**. Therefore, preferably, the second component **501** is positioned near the free end of the drive arm.

[0131]   The second component **501** therefore defines, in turn, a drive axis **5**b.

[0132]   The drive axis **5**b is preferably parallel to the first axis of rotation **5**a. Furthermore, the drive axis **5**b is spaced apart from the first axis of rotation **5**a.

[0133]   Preferably, the second component **501** is centred with respect to the drive axis **5**b, and therefore, when it is rotated with respect to the drive axis **5**b it rotates on its axis.

[0134]   In particular, preferably, the second component **501** moves the tensioning wheel **200** when it is moved with respect to the transmission axis **5**b even when the same second component **501** is moved with respect to the first axis of rotation **5**a, integrally with the first component **500**. Obviously, the movements can be simultaneous or alternate.

[0135]   In detail, the second component **501** is preferably rotatable with respect to the first axis of rotation **5**a so as to follow the tensioning wheel **200** which is moved, in turn, around the main axis **2**a and is simultaneously or alternately

6

rotatable around the second drive axis 5*b* so as to rotate the tensioning wheel 200 around the tensioning axis 2*b*.

[0136] Preferably, when the tensioning wheel 200 is close to the supporting area 11, and therefore rests on the strap, the strapping device 1 is configured so that the main axis 2*a*, the tensioning axis 2*b* and the second drive axis 5*b* are not coplanar, therefore are staggered and define a scalene triangle configuration in which the greater angle is arranged at the tensioning axis 2*b*.

[0137] Preferably, the first drive assembly 50 also includes thrust means 502.

[0138] The thrust means 502 are preferably configured to provide a thrust suitable for allowing the first drive assembly 50 to follow the rocker 20.

[0139] In other words, they are preferably suitable to counter the movement of the first drive assembly 50 away from the rocker 20. In greater detail, the thrust means 502 are suitable to counter the movement of the second component 501 away from the tensioning wheel 200.

[0140] The thrust means 502 can include a torsional spring, or a linear spring, or other equivalent elements which allow a thrust force to be exerted on the first component 500.

[0141] Preferably, in fact, the thrust means 502 are constrained to the frame 10 and the first component 500 so as to push the first component 500 away from the supporting area 11 integrally with the movement of the tensioning wheel 200.

[0142] Preferably, the opposing means 502 define a load or preload condition and an unloaded condition.

[0143] The unloaded condition preferably occurs when the tensioning wheel 200 is further away from the supporting area 11, whereas the load or preload condition occurs when the tensioning roller, which can be moved by the tensioning wheel 200, holds the strap and is therefore adherent or close to the supporting area 11. In the latter case, therefore, the tensioning wheel 200 is also close to the supporting area 11.

[0144] The thrust means 502, as described above, are substantially passive means. However, in an alternative embodiment, it is also possible to provide active means suitable for providing a thrust on command.

[0145] In a second alternative embodiment, the thrust means 502 could even include a simple mechanical connection between the first component 500 and the rocker 20, for example a connection bar connecting the drive axis 5*b* to the tensioning axis 2*b*, suitable to allow the rocker 20 to drag the first component 500 along with it.

[0146] In a third alternative embodiment, an active movement of the first component 500 could also be provided, for example by connecting the latter to the first drive member 4, so as to allow the first component to exert a lever effect on the rocker 20 and drag said rocker 20 towards and/or away from the supporting area 11.

[0147] The second drive assembly 51 is preferably configured to allow the movement of at least part of the tensioning assembly 2 around the main axis 2*a*. In particular, the second drive assembly 51 allows the rocker 20 to be moved around the main axis 2*a*. In greater detail still, it preferably moves the tensioning wheel 200 around the main axis 2*a*.

[0148] The second drive assembly 51 is therefore preferably operatively connected to the first drive member 4 and the rocker 20 and adapted to move the rocker 20 around the main axis 2*a* so as to move the rocker 20 towards and/or away from the supporting area 11.

[0149] The second drive assembly 51 is preferably moved independently of the first drive assembly 50. Therefore, it can be connected to the first drive member 4, whereas the first drive assembly 50 can be connected to the second drive member 7. Preferably, but not necessarily, the second drive assembly 51 is only operatively connected to the first drive member 4. Obviously, "operatively connected" is intended to mean that the connection can be direct or even indirect and achieved by means of other devices that can transmit motion from the drive members 4, 7 to the various parts of the drive mechanisms 5, 6 and the assemblies 2, 3.

[0150] The second drive assembly 51 preferably comprises at least one movement device 510.

[0151] The movement device 510 is preferably adapted to allow the tensioning wheel 200 to move around the main axis 2*a*. In particular, preferably, the movement device 510 is connected to part of the rocker 20 and not directly to the tensioning wheel 200.

[0152] In the preferred embodiment, the movement device 510 is a rotating element, substantially a lever. Therefore, the movement device 510 preferably defines a second axis of rotation 5*c*.

[0153] The second axis of rotation 5*c* is substantially parallel to and spaced apart from the main axis 2*a*.

[0154] The second axis of rotation 5*c* also allows the movement device 510 to rotate so as to describe a curvilinear path, preferably an arc-of-a-circle path.

[0155] Furthermore, with respect to the movement device 510, the second axis of rotation 5*c* is neither barycentric nor the main inertia axis. Therefore, as already disclosed, the movement device 510, when rotated around the second axis of rotation 5*c*, behaves like a lever.

[0156] In particular, preferably, when the movement device 510 rotates around the second axis of rotation 5*c*, part of the tensioning assembly 2, in particular the tensioning wheel 200, moves towards or away from the supporting area 11.

[0157] The second drive assembly 51 can move the rocker 20 on command and freely or move it in opposition to opposing means 21.

[0158] Preferably, the tensioning assembly 2 comprises these opposing means 21.

[0159] The opposing means 21 are partially constrained to the frame 10 and the rocker 20 and adapted to oppose the movement of the rocker 20, and therefore of the tensioning wheel 200, around the main axis 2*a*.

[0160] In particular, the second drive assembly 51 moves the rocker 20, and therefore also the tensioning wheel 200, preferably around the main axis 2*a* in opposition to the opposing means 21 when rotated with respect to the axis of rotation 5*a*.

[0161] Preferably, in greater detail still, the movement device 510 moves the rocker 20 around the main axis 2*a* in opposition to the opposing means 21, when moved away from the supporting area 11.

[0162] Therefore, for example, the opposing means 21 can include a torsional spring in the unloaded condition when the tensioning roller holds the strap and is therefore adherent or close to the supporting area 11.

[0163] Alternatively, the opposing means 21 can oppose the movement of the rocker 20 near the supporting area 11.

[0164] Furthermore, the movement device 510 can be directly or operatively connected exclusively to the rocker 20, or the second drive assembly 51 can include an adjust-

7

ment device **511**. In this case, the movement device **510** is directly operatively connected to the rocker **20** and indirectly operatively connected to the tensioning wheel **200**.

[0165]   It should be specified that "operatively connected" is not intended to mean that the movement device **510** should necessarily be physically connected to the rocker **20**, but that it is simply configured so as to define at least some positions in which it operatively interferes with the rocker **20** to move it. This concept is better outlined in the description hereafter.

[0166]   In fact, the adjustment device **511**, if any, is preferably connected between the movement device **510** and the tensioning wheel **200**. As indicated above, when speaking of the connection with the tensioning wheel **200**, this means the connection with the main gear of the tensioning wheel **200**. The rocker **20**, and in particular the tensioning wheel **200**, as already mentioned, is in fact connected to a structure known to the skilled in the art through epicyclic drive gears and other known elements which do not form the object of the present patent application.

[0167]   In particular, preferably, the adjustment device **511** is suitable to allow a controlled rotation of the tensioning wheel **200**.

[0168]   In greater detail, the adjustment device **511** interferes with the tensioning wheel **200** when the rocker **20** is close to the supporting area **11**, i.e. when the tensioning wheel **200** is arranged near the strap or, in any case, the supporting area **11**.

[0169]   The adjustment device **511** does not interfere with the tensioning wheel **200** when the rocker **20** is far away from the supporting area **11**.

[0170]   The adjustment device **511** can include a snap device comprising a hook and a gear wheel of the type shown in FIG. **2**.

[0171]   Obviously, other equivalent elements which allow the same technical results to be achieved can be used.

[0172]   The movement of the tensioning wheel **200** around the main axis **2**a and the tensioning axis **2**b can be provided by the first drive member **4**.

[0173]   However, in the preferred embodiment, the movement of the tensioning wheel **200** around the main axis **2**a is carried out thanks to the first drive member **4**, whereas the movement of the tensioning wheel **200** around the tensioning axis **2**b is carried out thanks to the second drive member **7**.

[0174]   Preferably, the first drive member **4** is adapted to rotate the movement device **510** around the second axis of rotation **5**c, and therefore also the rocker **20** around the main axis **2**a.

[0175]   Preferably, the second drive member **7** is adapted to rotate the second component **501** around the drive axis **5**b, and therefore also the tensioning wheel **200** around the tensioning axis **2**b.

[0176]   The connection between the second drive member **7** and the first drive assembly **50** can be provided directly or indirectly through drive means, for example gears, with one or more stages.

[0177]   Similarly, as already mentioned, the connection between the first drive member **4** and the second drive assembly **51** can also be provided directly or indirectly through drive means, for example gears, with one or more stages.

[0178]   Preferably, the transmission of motion from the first drive member **4** to the second drive assembly **51** of the first drive mechanism **5**, in particular to the movement device **510**, is provided by a part of a second drive mechanism **6** described hereafter.

[0179]   In any case, the second drive member **7** is preferably adapted to actuate the movement of the second component **501** around the drive axis **5**b.

[0180]   Furthermore, as subsequently described, the second drive member **7** is preferably adapted to move, in addition or alternatively, part of the welding assembly **3**, and in detail, particularly the welder **300**.

[0181]   In detail, the second drive member **7** is therefore operatively connected to the welder **300** especially, but not exclusively, when the latter is independent of the interface device **30**.

[0182]   The second drive member **7**, therefore, is preferably operatively connected to at least part of the tensioning assembly **2** and part of the welding assembly **3**. In particular, the second drive member **7** is indirectly operatively connected to the tensioning assembly **2** by means of part of the first drive mechanism **5**, in particular the first drive assembly **50**.

[0183]   Therefore, the second drive member **7** is adapted to actuate at least part of the tensioning assembly **2**. Preferably, the second drive member **7** actuates the movement of the second component **501** around the drive axis **5**b.

[0184]   In particular, in order to transmit motion from the second drive member **7** to the first component **501**, a direct connection between the drive shaft of the second drive member **7** and the second component **501** can be provided. Or, preferably, the first component **5** includes a third component **503**.

[0185]   The third component **503** is preferably operatively connected to the second component **501** and the second drive member **7**. In fact, the third component **503** is configured to transmit the movement of the second drive member **7**, for example the shaft or a gear or crown which moves integrally with the shaft, to the second component **501** so as to rotate the second component **501** around the drive axis **5**b. Preferably, the third component **503** is also centred with respect to the first axis of rotation **5**a.

[0186]   Preferably, therefore, in the preferred embodiment, the third component **503**, the second component **501** and the tensioning wheel **200** include gears arranged in succession and in this order between the first axis of rotation **5**a and the main axis **2**a such that the component **501** is interposed between the third component **503** and the tensioning wheel **200**.

[0187]   In other words, for example, the third component **503** and the second component **501**, respectively, define the ends of the drive arm, whereas tensioning wheel **200** and the opposing means **21**, respectively, define the ends of the rocker arm.

[0188]   Therefore, preferably, the first component **500** is substantially a lever designed to follow, thanks to the thrust means **502**, the rocker **20** while the latter rotates around the main axis **2**a, wherein the contact is made by means of the second component **501** and the tensioning wheel **200**.

[0189]   The second component **501** rotates integrally with the first component **500** around the first axis of rotation **5**a.

[0190]   As already disclosed, the strapping device also includes the second drive mechanism **6**.

[0191]   The second drive mechanism 6 is preferably operatively connected to at least the first drive member 4, at least part of the tensioning assembly 2 and at least part of the welding assembly 3.

[0192]   Preferably, in fact, the second drive mechanism 6 is preferably adapted to move part of the tensioning assembly 2 and/or part of the welding assembly 3 towards the supporting area 11.

[0193]   In particular, preferably, the second drive mechanism 6 is adapted to move the rocker 20, and therefore the tensioning wheel 200, towards or away from the supporting area 11 and move the interface device 30, and therefore the welder 300, if it is connected to the interface device 30, towards or away from the supporting area 11. In the preferred configuration, the second drive mechanism 6 can allow the interface device 30 to move towards the supporting area 11 where the welder 300 is constrained, and therefore towards the welder 300 itself.

[0194]   In particular, as already described, in the preferred embodiment, the second drive mechanism 6 comprises part of the first drive mechanism 5 and, in detail, the part designated to move the tensioning wheel 200 around the main axis 2a. In particular, preferably, the drive mechanism 6 comprises the second drive assembly 51.

[0195]   The second drive mechanism 6 preferably includes at least a first element 60.

[0196]   The first element 60 is a mobile element, i.e. adapted to occupy different positions with respect to the frame 10. It is preferably operable in such a way as to carry out at least a first movement 60a and a second movement 60b.

[0197]   Therefore, the first element 60 preferably defines, in relation to the movements 60a, 60b, at least one intermediate position with respect to the frame 10.

[0198]   The intermediate position is preferably the position in which the first element 60 has not been moved either integrally with the first movement 60a or integrally with the second movement 60b.

[0199]   Therefore, preferably, the intermediate position is the position starting from which the drive member 4 actuates at least part of the tensioning assembly 2 if the first element 60 carries out the first movement 60a and alternately actuates at least part of the welding assembly 3 if the first element 60 carries out the second movement 60b.

[0200]   In other words, the first element 60 is substantially a switch adapted to switch, based on its movement, the transmission of motion from the first drive member 4 between the tensioning assembly 2 and the welding assembly 3.

[0201]   The first movement 60a and the second movement 60b can therefore be movements of any kind, for example rotations or translations of the first component 60, as long as they do not coincide. For example, the first movement 60a and the second movement 60b could be translations along the same path but in opposite directions.

[0202]   Preferably, the first movement 60a and the second movement 60b are rotations defining the same path, but opposite directions.

[0203]   In fact, in the preferred embodiment, the first element 60 defines a switching axis 6a.

[0204]   The switching axis 6a is preferably aligned and coincident with the direction defined by the first movement 60a and the second movement 60b if they are rotations. In detail, preferably, the first movement 60a corresponds to a rotation of the first element 60 around the switching axis 6a in a first direction, and the second movement 60b corresponds to a rotation of the first element 60 around the switching axis 6a in a second direction opposite to the first direction.

[0205]   The switching axis 6a can therefore be aligned with or parallel to the drive shaft of the first drive member 4.

[0206]   In particular, the movements 60a, 60b can be movements integral with each other and defined by the drive shaft of the drive member 4, or drive means can be provided between the first element 60 and the drive shaft, for example gears with one or more stages, for the transmission of motion from the drive member 4 to the first component 60.

[0207]   In the preferred configuration, the first element 60 is preferably a device comprising a plurality of elements. In particular, the first element 60 includes a second element 600 and the movement device 510.

[0208]   The second element 600 is preferably a lever rotating integrally with the first drive member 4 and adapted, when the first element 60 is moved according to the first movement 60a, to interfere with at least part of the interface device 30.

[0209]   In particular, the second element 600 is configured to push the interface device 30 towards the supporting area 11.

[0210]   The movement device 510, likewise, is preferably a lever moved by the first drive member 4, which interferes with at least part of the rocker 20 only when the second movement 60b occurs starting from the intermediate position defined by the first component 60.

[0211]   In order to be able to make such a mechanism, as in the case of the second element 600, it suffices that the movement device 510 is not directly connected to the rocker, but that it interferes therewith only after the second movement 60b starting from the intermediate position.

[0212]   Preferably, in the intermediate position of the first component 60, the tensioning assembly 2 and the welding assembly 3 define specific positions.

[0213]   Preferably, in the intermediate position, the tensioning roller connected to the tensioning wheel 200 is adherent to the strap, therefore the tensioning wheel 200 is close to the supporting area 11 and the strap.

[0214]   Furthermore, in the intermediate position, the welder 300 is far from the strap. Substantially, therefore, the welder 300 is spaced apart from the supporting area 11.

[0215]   Of course, following the movements 60a, 60b, extreme positions can be defined. These extreme positions correspond to the positions that can be reached, for example, with a first movement 60a or a second movement 60b, and beyond which it is not possible to proceed with the same movement, for example due to structural reasons or to the configuration of the first drive member 4.

[0216]   Preferably, the first element 60 defines a first extreme position following the first movement 60a in which the tensioning roller, and therefore the tensioning wheel 200, is far from the strap, i.e. the supporting area 11.

[0217]   Furthermore, preferably, the first element 60 defines a second extreme position following the second movement 60b in which the welder 300 is adherent to the strap, i.e. the welder 300 is close to the supporting area 11.

[0218]   In order to achieve the aforesaid mechanism, in the preferred but not exclusive embodiment, the first element 60 comprises the second element 600 and the movement device 510.

9

[0219] However, in alternative configurations, the strapping device could comprise a first simplified element **60**, for example as shown in FIG. **8**, i.e. a gear adapted to interfere with part of the welding assembly **3**, in particular the interface device **30**, when performing the first movement **60***a*, and adapted to interfere with part of the tensioning assembly **2**, in particular the rocker **20**, when performing the second movement **60***b*.

[0220] In particular, preferably, the first element **60**, when moved between the intermediate position and the second extreme position, can be connected to the interface device **30** so as to move it, for example, with respect to the secondary axis **3***a*. This result can be achieved, for example, with eccentric gears designed to interfere with the interface device **30** only within predetermined movement ranges. Similarly, preferably, the first element **60**, when moved between the intermediate position and the first extreme position, can be connected to the rocker **20** so as to move it, for example, with respect to the main axis **2***a*.

[0221] The operation of the strapping device **1**, previously described in structural terms, is as follows.

[0222] Basically, the strapping device **1** allows the lowering of the welder **300**, the raising of the welder **300**, the raising of the tensioning wheel **200** and the lowering of the tensioning wheel **200** with respect to the supporting area **11** on which the strap is located to be actuated in sequence with a single first drive member **4**.

[0223] Furthermore, the strapping device **1** allows the vibration of the welder **300** to join two edges of the strap to be actuated, or the rotation of the tensioning wheel **200** on its axis to be actuated, by means of a second drive member **7**.

[0224] Obviously, it is advisable that the tensioner roller be adherent to the strap before actuating the second drive member **7**, that is, before tensioning the strap. Moreover, it is advisable that the tensioner roller be adherent to the strap before actuating the second drive member **7** again to weld the strap. However, the invention allows any element to be actuated at any time and position of the interface group **30** and the rocker **20**.

[0225] As already said, the strapping device **1** can include, as usually occurs in common strapping devices, shearing means suitable for shearing off part of the strap at the end of the working process. Said shearing means may work and have mechanical connections similar to the welder **300**.

[0226] The strapping device **1** according to the invention achieves important advantages. In fact, the strapping device **1** allows the complexity and the mechanical components inside the control assemblies, i.e. the welding **3** and tensioning **2** assemblies, to be reduced, while maintaining high processing efficiency. In fact, with two drive mechanisms **5**, **6**, it is possible to provide all possible configurations safely and quickly.

[0227] Another major advantage of the invention is that the strapping device **1**, thanks to the conformation of the first drive means **5**, and in particular of the first drive assembly **50**, is able to increase the torque for locking the rocker **20**, thus ensuring greater locking stability even in the case of required tension forces greater than the norm.

[0228] In fact, as shown for example in FIG. **9***b*, the rotation of the second component **501** tends to exert a pressure that lowers the rocker **20** towards the supporting area **11**. Compared to devices of the prior art, in particular, the drive arm and the rocker arm, which define the moments

caused by the lowering pressure or force, are much higher. For this reason, the strapping device **1** is also more stable than common strapping devices.

[0229] In conclusion, a further advantage is that the strapping device **1**, thanks to the conformation of the second drive mechanism **6**, assists the operator during the unlocking of the strap, so as to prevent, or at least reduce, defective and yielding seals. This effect is due to the fact that the strap becomes unlocked only after the return from the extreme position to the intermediate position, which requires a time specifically set to prevent the operator from freeing the strap too early, thereby unintentionally creating yielding points.

[0230] The invention is susceptible of variations falling within the scope of the inventive concept as defined by the claims.

[0231] In this context, all details are replaceable by equivalent elements, and the materials, shapes and dimensions may be any materials, shapes and dimensions.

1. A strapping device comprising:
   a frame defining a supporting area for placing thereon a strap being processed,
   a tensioning assembly suitable to lock and tension, on command, at least part of said strap and comprising at least one rocker,
   a welding assembly suitable for joining, on command, at least two edges of said strap, and
   at least a second drive member suitable to actuate at least part of said tensioning assembly,
   said rocker defining a main axis and comprising at least one tensioning wheel defining its own tensioning axis, which can be rotated around said tensioning axis and integrally with said rocker around said main axis with respect to said frame,
   said strapping device further comprising at least a first drive mechanism operatively connected to at least said second drive member and including at least a first drive assembly,
   wherein said first drive assembly moves said tensioning wheel around said tensioning axis even when said tensioning wheel is moved around said main axis.

2. The strapping device according to claim 1, wherein said first drive assembly comprises first opposing means configured to provide a thrust suitable to allow said first drive assembly to follow said rocker.

3. The strapping device according to claim 1, wherein said first drive assembly comprises a first component suitable to follow said tensioning wheel defining a first axis of rotation around which said first component can rotate, and said first component includes at least a second component defining a drive axis and interfering with said tensioning wheel, said second component being rotatable with respect to said first axis of rotation so as to follow said tensioning wheel moved around said main axis and being simultaneously or alternately rotatable around said second drive axis so as to rotate said tensioning wheel around said tensioning axis.

4. The strapping device according to claim 1, wherein said first drive mechanism comprises a second drive assembly operatively connected to said rocker and suitable to move said rocker around said main axis so as to move said rocker towards and/or away from said supporting area.

5. The strapping device according to claim 1, comprising a first drive member operatively connected to at least part of said tensioning assembly and suitable to actuate at least part of said tensioning assembly, wherein said second drive

US 2020/0339289 A1

10

Oct. 29, 2020

member actuates the movement of said first component around said first drive axis, and said first drive member actuates the movement of said second component around said second drive axis.

**6**. The strapping device according to claim **1**, wherein said first component includes a third component operatively connected to said second component and said second drive member, said third component being configured to transmit the movement of said second drive member to said second component so as to rotate said second component around said second drive axis.

**7**. The strapping device according to claim **1**, wherein said third component, said second component and said tensioning wheel include gears arranged in succession and in this order between said first drive axis and said main axis such that said second component is interposed between said third component and said tensioning wheel.

**8**. The strapping device according to claim **1**, wherein said tensioning assembly includes opposing means partially constrained to said frame and said rocker, and configured to oppose the movement of said tensioning wheel around said main axis, said first component moving said tensioning wheel around said main axis in opposition to said opposing means when rotated with respect to said drive axis.

**9**. The strapping device according to claim **1**, comprising a second drive mechanism operatively connected to at least said first drive member, at least part of said tensioning assembly and said welding assembly, and including at least a first element operable in such a way as to carry out at least

a first movement and a second movement, wherein said first drive member is also connected to at least part of said welding assembly, and wherein said first element defines at least one intermediate position starting from which said drive member actuates at least part of said tensioning assembly if said first element carries out said first movement and alternately actuates at least part of said welding assembly if said first element carries out said second movement.

**10**. The strapping device according to claim **1**, wherein said first element defines a switching axis, and said first movement corresponds to a rotation of said first element around said switching axis in a first direction and said second movement corresponds to a rotation of said first element around said switching axis in a second direction opposite to said first direction.

**11**. The strapping device according to claim **2**, wherein said first drive assembly comprises a first component suitable to follow said tensioning wheel defining a first axis of rotation around which said first component can rotate, and said first component includes at least a second component defining a drive axis and interfering with said tensioning wheel, said second component being rotatable with respect to said first axis of rotation so as to follow said tensioning wheel moved around said main axis and being simultaneously or alternately rotatable around said second drive axis so as to rotate said tensioning wheel around said tensioning axis.

\*   \*   \*   \*   \*

# Exhibit E

US 20200339290A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2020/0339290 A1

FINZO (43) Pub. Date: **Oct. 29, 2020**

(54) **STRAPPING DEVICE**

(71) Applicant: **ITATOOLS S.r.l.**, ORIGGIO (Varese) (IT)

(72) Inventor: **Flavio FINZO**, Würenlos (CH)

(73) Assignee: **ITATOOLS S.r.l.**, ORIGGIO (Varese) (IT)

(21) Appl. No.: **16/856,694**

(22) Filed: **Apr. 23, 2020**

(30) **Foreign Application Priority Data**

Apr. 24, 2019 (IT) ....................... 102019000006288

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *B65B 13/22* | (2006.01) |
| *B65B 13/32* | (2006.01) |
| *B65B 13/18* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *B65B 13/22* (2013.01); *B65B 13/322* (2013.01); *B65B 13/187* (2013.01); *B65B 13/327* (2013.01)

(57) **ABSTRACT**

Strapping device including: frame defining supporting area to place thereon a strap being processed, tensioning assembly to lock and tension, on command, at least part of the strap, welding assembly for joining, on command, at least two edges of the strap, a first drive member to actuate at least part of the tensioning and welding assemblies, and second drive mechanism operatively connected to at least the first drive member, at least part of the tensioning assembly and the welding assembly, and including a first element to carry out at least first and second movements, the first element defining an intermediate position relative to the frame starting from which the drive member actuates at least part of the tensioning assembly if the first element carries out the first movement and alternately actuates at least part of the welding assembly if the first element carries out the second movement.



Patent Application Publication    Oct. 29, 2020   Sheet 1 of 6      US 2020/0339290 A1



*Fig. 1*



*Fig. 2*



**Fig. 3a**



**Fig. 3b**



*Fig. 4a*



*Fig. 4b*



*Fig. 4c*



**Fig. 5**



**Fig. 6**



*Fig. 7*



*Fig. 8*



*Fig. 9a*



*Fig. 9b*

US 2020/0339290 A1

Oct. 29, 2020

1

# STRAPPING DEVICE

## FIELD OF THE INVENTION

[0001]   The present invention relates to a strapping device of the type comprising: a frame defining a supporting area on which a strap being processed can be placed, a tensioning assembly suitable to lock and tension, on command, at least part of the strap, a welding assembly suitable for joining, on command, at least two edges of the strap, at least a first drive member suitable to actuate at least part of the tensioning assembly and the welding assembly, and a second drive mechanism operatively connected to at least the first drive member, at least part of the tensioning assembly and the welding assembly, and including at least a first element operable in such a way as to carry out at least a first movement and a second movement.

## DESCRIPTION OF THE PRIOR ART

[0002]   In particular, the present invention relates to an at least semi-automatic, preferably automatic, strapping device suitable for allowing the common operations of tensioning a strap and coupling two edges of said strap through welding. As is known, in the sector relating to the transport and packaging of goods, for example with polymeric films of different thickness or simple cardboard containers, polymeric tapes or bands called straps are used in order to seal or securely close the packages of the aforementioned goods.

[0003]   In order to perform their function, the straps are tensioned on the package and joined, at the ends, so as to lock said straps on the package.

[0004]   The tensioning and welding operations, in particular, cannot be carried out by hand by an operator, but require specific tools called strapping devices.

[0005]   Strapping devices are automatic or semi-automatic machines used to seal a certain product, as mentioned, for transport purposes, which perform their tensioning action both vertically and horizontally.

[0006]   Essentially, strapping devices include at least one welding assembly and one tensioning assembly.

[0007]   The welding assembly includes a mechanism suitable for locking at least two edges of the strap so as to join them at a fixed point. The joining is therefore usually carried out by subjecting the locked edges to a continuous kinematic action, which is suitable for generating friction, thereby generating the heat required for the melting and joining of the tape.

[0008]   At the end of the joining operation, the operator can unlock the mechanism, and therefore also the strap, by means of a mechanical lever or, more rarely, an electronic button.

[0009]   The tensioning assembly, on the other hand, includes a unit rocking around an axis arranged in an advanced position on the strapping device, and precisely referred to as a rocker.

[0010]   The rocker locks at least two edges of the strap by friction and subjects them to an opposing tensioning force, delivered through a rotating roller, so that the portions of the strap slide one over the other until a predetermined tension state is reached over the entire tape.

[0011]   This operation is also carried out by the command of an operator, usually at least one electronic button, which gives the order of locking and tensioning the strap. The rocker mechanism includes a plurality of drive elements

which are suitable to transmit motion from a motor to the rocker and from the rocker to the tensioning roller.

[0012]   Therefore, conventionally, the strapping device comprises a motor for driving the welding assembly, a motor for driving the tensioning assembly, and a mechanical lever, or a servomotor, for unlocking the strap when the joining is completed. The described prior art has a few major drawbacks.

[0013]   In particular, the current strapping devices include a plurality of independent commands which require their own motors and mechanisms, resulting in increased overall dimensions of the strapping device.

[0014]   This aspect is very significant as automatic and semi-automatic strapping devices are usually battery operated and are aimed at improving the portability of the strapping device. However, even today, the size and weight of the strapping devices are by no means negligible.

[0015]   In addition, the tensioning assembly usually has complex configurations, including at least four or five stages of transmission, which can lead to reductions in available torque and to high expenditure of energy required, especially with regard to battery-operated strapping devices.

[0016]   A further drawback of the prior art is that common strapping devices do not take into account a factor which is important for providing quality seals: the human factor.

[0017]   Very often, due to the rush in ending the packing and sealing operations, the operator commands the release of the strap before the time required for the solidification of the area thermally altered by the welding. This seemingly harmless release, instead, causes a release in tension of the polymer tape and compromises the safety of the seal.

[0018]   However, strapping devices do not prevent or in any way help the operator during the release of the strap.

[0019]   In this context, the technical task underlying the present invention is to devise a strapping device, which is capable of substantially obviating at least some of the above-mentioned drawbacks.

[0020]   Within the scope of said technical task, a major object of the invention is to obtain a strapping device which allows a reduction in the complexity and the mechanical components inside the control assemblies, i.e. the welding and/or tensioning assemblies, while maintaining high processing efficiency.

[0021]   Another major object of the invention is to provide a strapping device which is able to increase the torque for locking the rocker, so as to guarantee greater locking stability even in the case of tension forces greater than the norm.

[0022]   In conclusion, a further task of the invention is to provide a strapping device which assists the operator at least during the unlocking of the strap, so as to prevent, or at least reduce, defective and yielding seals.

## SUMMARY OF THE INVENTION

[0023]   The technical task and the specified objects are achieved by means of a strapping device of the type comprising: a frame defining a supporting area on which a strap being processed can be placed, a tensioning assembly suitable to lock and tension, on command, at least part of the strap, a welding assembly suitable for joining, on command, at least two edges of the strap, at least a first drive member suitable to actuate at least part of the tensioning assembly and the welding assembly, and a second drive mechanism operatively connected to at least the first drive member, at

2

least part of the tensioning assembly and the welding assembly, and including at least a first element operable in such a way as to carry out at least a first movement and a second movement, the first element defining at least one intermediate position with respect to the frame starting from which the drive member actuates at least part of the tensioning assembly if the first element carries out the first movement and alternately actuates at least part of the welding assembly if the first element carries out the second movement.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0024]   The features and advantages of the invention will be apparent from the detailed description of preferred embodiments of the invention, with reference to the accompanying drawings, in which:

[0025]   FIG. 1 is a perspective view of the strapping device according to the invention;

[0026]   FIG. 2 shows a perspective detail of the first drive mechanism and the rocker of a strapping device according to the invention;

[0027]   FIG. 3a is a side view of a strapping device according to the invention, with the rocker far from the supporting area of the strap;

[0028]   FIG. 3b is a side view of a strapping device according to the invention, with the rocker close to the supporting area of the strap;

[0029]   FIG. 4a is a side view of a strapping device according to the invention, wherein the first element of the second drive mechanism is in the extreme position defined by the first movement, with the rocker and the interface device far from the area supporting the strap;

[0030]   FIG. 4b is a side view of a strapping device according to the invention, wherein the first element of the second drive mechanism is in the intermediate position, with the rocker close to the area supporting the strap, and the interface device far from the area supporting the strap;

[0031]   FIG. 4c is a side view of a strapping device according to the invention, wherein the first element of the second drive mechanism is in the extreme position defined by the second movement, with the rocker and the interface device close to the area supporting the strap;

[0032]   FIG. 5 represents a detail, without the frame, of part of the second drive mechanism, the welding assembly and the drive members of a strapping device according to the invention;

[0033]   FIG. 6 shows a detail of part of the frame with part of the first drive mechanism, the tensioning assembly and the second drive member of a strapping device according to the invention;

[0034]   FIG. 7 shows a detail of the connection between the first element included in the second drive mechanism and the second drive assembly of the first drive mechanism of a strapping device according to the invention;

[0035]   FIG. 8 is an example of a possible first element included in the second drive mechanism of a strapping device according to the invention;

[0036]   FIG. 9a represents a simplified functional diagram referring to the operation of the first drive assembly and the rocker of a strapping device according to the invention, with the rocker close to the supporting area, highlighting the rotations required to move it away; and

[0037]   FIG. 9b shows a simplified functional diagram referring to the operation of the first drive assembly and the

rocker of a strapping device according to the invention, with the rocker close to the supporting area, highlighting the rotations required to rotate the roller on its axis.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0038]   Herein, the measures, values, shapes and geometric references (such as perpendicularity and parallelism), when used with words like "about" or other similar terms such as "approximately" or "substantially", are to be understood as except for measurement errors or inaccuracies due to production and/or manufacturing errors and, above all, except for a slight divergence from the value, measure, shape or geometric reference with which it is associated. For example, these terms, if associated with a value, preferably indicate a divergence of not more than 10% from said value.

[0039]   Furthermore, when used, terms such as "first", "second", "upper", "lower", "main" and "secondary" do not necessarily refer to an order, a priority relationship or a relative position, but may simply be used to more clearly distinguish different components from each other.

[0040]   Unless otherwise indicated, the measurements and data provided herein are to be considered as carried out in International Standard Atmosphere ICAO (ISO 2533:1975).

[0041]   With reference to the Figures, the strapping device according to the invention is indicated as a whole by the numeral 1.

[0042]   Substantially, the strapping device 1 is a tool which allows a user, typically an operator, to seal packages by means of long-shaped or tape elements known as straps.

[0043]   Straps, which are widely used in the packaging sector, are polymeric bands designed to enclose the object to be packaged so as to seal the package.

[0044]   In particular, the strapping device 1 is suitable to tension the strap and weld the strap at a predetermined point of the strap itself. In order to carry out the welding and the tensioning, the strapping device is provided with a guide area in which two spaced apart edges of the strap are arranged and superimposed.

[0045]   While one of the edges is substantially blocked, the other edge of the strap is moved so as to subject the strap to a desired tension. Subsequently, the opposite portions of the two edges of the strap are subjected to friction and mutually welded by the effect of the heat produced by the friction.

[0046]   The foregoing general description of the strap 1 is detailed below in the embodiment aspects relevant for the purposes of the invention. In order to provide the strapping device 1 according to the invention, it is good to keep in mind what is already known to the person skilled in the art and what is already present in the current state of the art.

[0047]   In this respect, an example of a strapping device similar to the strapping device 1 is the ITA 27 product marketed by Itatools™. Other similar examples are described in patent applications US-A-2018194497 and EP-A-2285691.

[0048]   Preferably, moreover, the strapping device 1 is battery operated, but could also be powered in a different way, as long as it is functional to the invention.

[0049]   The strapping device 1 preferably comprises a tensioning assembly 2 and a welding assembly 3. Preferably, the tensioning assembly 2 and the welding assembly 3 are constrained to a frame 10. Furthermore, the strapping device

US 2020/0339290 A1

Oct. 29, 2020

3

1 is preferably provided with a body suitable for covering at least part of the tensioning assemblies **2**, the welding assembly **3** and the frame **10**.

[0050] The frame **10** is preferably a structure suitable to house the components that make up the strapping device **1** so as to constrain them. Obviously, the frame **10** can be in one piece, or in several pieces, in turn constrained to each other.

[0051] The frame **10** therefore also defines a supporting area **11**. The supporting area **11** is a portion of the frame **10** within which, normally, the strap is processed by the strapping device **1**.

[0052] Therefore, commonly, the strapping device **1** also defines a supporting surface **11***a*. The supporting surface **11***a* is substantially a portion, which is for example flat or with a small curvature, of the supporting area **11** in which the strap to be processed is positioned. Furthermore, the strap itself therefore defines a processing path **1***a* preferably at least partially aligned with the supporting surface **11** along which the strap is positioned.

[0053] The tensioning assembly **2** preferably comprises all the components suitable to allow the tensioning of the strap, that is, all the components acting directly in contact with the strap, as well as all the components suitable to transmit the energy or motion required to actuate the components contacting the strap.

[0054] Therefore, the tensioning assembly **2** is preferably suitable to lock and tension, on command, at least part of a strap. Therefore, the tensioning assembly **2** comprises at least one rocker **20**.

[0055] The rocker **20**, as suggested by the term, is an element substantially designed to rock, i.e. rotate, on command, around a predetermined axis. Therefore, preferably, the rocker **20** defines a main axis **2***a*.

[0056] The main axis **2***a* is preferably the axis around which the rocker **20** can rotate relative to the frame **10** of the strapping device **1**. Preferably, the main axis **2***a* is substantially transverse to the processing path **1***a* of the strap so that, by rotating around the main axis **2***a*, the rocker **20** can move towards or away from the strap. The rocker **20**, in turn, includes at least one tensioning wheel **200**.

[0057] The tensioning wheel **200** is preferably a rotating component suitable to allow the movement, on command, of the strap so as to tension it. The tensioning wheel **200**, in particular, is not the element in contact with the strap, but is the element that allows a tensioning roller to be moved.

[0058] The latter, as known in the current state of the art, is a cylindrical element capable of rotating, for example, adherent to the strap to tension it, and is therefore moved by the tensioning wheel **200**. The tensioning wheel **200** can therefore move the tensioning roller directly, or can move it by means of drive means, for example including epicyclic gears.

[0059] Preferably, the tensioning wheel **200** is a main driving gear of the tensioning roller shown clearly in FIG. **2**.

[0060] From now on, in the description, when the tensioning wheel **200** is mentioned, it is assumed that the tensioning roller moves integrally therewith or as a consequence of the movement of said wheel.

[0061] In the current state of the art, usually, the tensioning wheel **200** and the tensioning roller, by virtue of the transmission of motion, rotate in opposite directions around the same axis, but move integrally with each other in the plane perpendicular to the axis of rotation.

[0062] Therefore, preferably, when the tensioning roller adheres to the strap to tension it, the tensioning wheel **200** is moved closer to the strap, whereas when the tensioning roller is moved away from the strap, so is the tensioning wheel **200**.

[0063] The tensioning wheel **200** is therefore adapted to rotate around its own tensioning axis **2***b*.

[0064] The tensioning axis **2***b* is preferably an axis parallel to the main axis **2***a* and is substantially centred with respect to the tensioning wheel **200**.

[0065] In addition, preferably, the tensioning axis **2***b* is spaced apart with respect to the main axis **2***a* so that the tensioning wheel **200** can be moved with at least two degrees of freedom.

[0066] In particular, preferably, the tensioning wheel **200** is able to rotate on its axis, in detail around the tensioning axis **2***b*, so as to tension a possible strap in contact with the tensioning roller moved by the tensioning wheel **200**, and is capable of translating along a curvilinear path, substantially an arc of a circle, when the tensioning wheel **200** rotates with respect to the main axis **2***a*.

[0067] Substantially, therefore, the rocker **20** is adapted to be moved towards the strap, so as to arrange the tensioning roller adherent to the strap, or far from the strap.

[0068] Of course, when the tensioning roller adheres to the strap, the tensioning wheel **200** also moves towards the strap integrally with the tensioning roller, without touching the strap, since it is a member designed to transmit motion.

[0069] Therefore, in other words, the rocker **20** is adapted to be moved towards the strap, so as to arrange the tensioning wheel **200** close to the strap, or far from the strap. The welding assembly **3** is preferably suitable for joining, on command, at least two edges of a strap. In particular, the welding assembly **3** is preferably of the type commonly used for vibration welding.

[0070] Therefore, substantially, the welding assembly **3** comprises at least one interface device **30**. The interface device **30** is substantially a mobile portion of the welding assembly **3** suitable for interacting with the strap so as to transfer at least part of the energy powering the strapping device **1** to the strap in the form of heat. Preferably, the interface device **30** can be active or can be inactive with respect to the strap. Typically, the interface device **30** is active when it interacts with the strap and is inactive when the strap is not subjected to welding.

[0071] In particular, the interface device **30** is adapted to collaborate with a welder **300**. The welder **300** preferably defines the area of contact with the strap. Preferably, therefore, the interface device **30** can be adapted to push the welder **300** towards the strap, so as to allow the welder **300** to exert the pressure required to carry out the welding operations, or it can be moved away from the strap so that the welder **300** does not adhere to the strap or moves away from it.

[0072] The welder **300** is therefore preferably constrained to the frame **10** and configured so as to collaborate with the interface device **30**. Preferably, in this case, the welder **300** is constrained at the supporting area **11**, possibly in a housing obtained on the supporting surface **11***a* itself.

[0073] In an alternative configuration to that described above, the welder **300** can simply be arranged on the interface device **30** itself. In this case, the welder **300** defines an area of contact with the strap of the interface device **30**

4

itself. However, in this alternative embodiment, the welder **300** always moves integrally with the interface device **30**.

[0074]   In the preferred embodiment, the interface device **30** and the welder **300** are only partially mutually integral.

[0075]   In any case, preferably, the welder **300** is adapted to provide heat for joining the edges of the strap. Preferably, the welder **300** is adapted to produce heat by rubbing on the surface contacting the edges of the strap.

[0076]   In this regard, the welder **300** can preferably define its own vibration axis **3**$b$. The vibration axis **3**$b$, for example, is an axis substantially perpendicular or parallel to the processing path **1**$a$. In general, the vibration axis **3**$b$ is preferably aligned with the supporting surface **11**$a$ so as to move the welder **300** coplanar with respect to the supporting surface **11**$a$.

[0077]   However, the welder **300** may not necessarily move coplanar with respect to the supporting surface **11**$a$, but may be inclined relative thereto. The supporting surface **11**$a$ itself could therefore include a cavity for housing the welder **300** so as to provide a guide inside which the welder **300**, when in contact with the strap, can friction-weld the strap by also moving outside the plane provided by the supporting surface **11**$a$.

[0078]   Preferably, the welder **300** moves by cyclically translating along the vibration axis **3**$b$, like a vibrating slider, so as to provide the heat required for joining the edges of the strap.

[0079]   Of course, as is known to those skilled in the art, the welder **300** can be made according to several embodiments. It can be suitable for making movements different from those described, for example circular, or sector of a circle-like, or other movements. In general, the welder **300** is adapted to be moved with respect to the strap arranged on the supporting surface **11**$a$ and, for example, blocked by the rocker **20**, so as to provide heat by friction.

[0080]   A shearer can also be coupled to the welder **300**. The shearer, as is known, is preferably adapted to allow the sectioning of part of the strap once the welding operations are completed so as to remove the portion of the strap that does not provide, for example, the packing ring.

[0081]   The shearer can also be arranged on the interface device **30** integral therewith, or only partially integral therewith, in greater detail it can collaborate with it so that the interface device **30**, when required, pushes the shearer towards the strap.

[0082]   The interface device **30** therefore preferably defines a secondary axis **3**$a$.

[0083]   The secondary axis **3**$a$ is preferably a movement axis suitable to allow at least part of the interface device **30** to be moved with respect to the frame **10** of the strapping device **1**.

[0084]   In particular, preferably, the interface device **30** moves so as to push the slider **300** towards the strap so that the slider **300** is substantially moved eccentrically with respect to the secondary axis **3**$a$.

[0085]   Furthermore, preferably, the secondary axis **3**$a$ is preferably parallel to the processing path **1**$a$ of the strap, and therefore the slider **300**, similar to the tensioning wheel **200**, can translate along a curvilinear path, substantially in arcs of a circle, moving towards and away from the strap.

[0086]   Of course, the strapping device **1** could have systems for moving the interface device **30** linearly, and in this case, the slider **300** could move by translating along a direction perpendicular to the supporting surface **11**$a$.

[0087]   In general, both the rocker **20** and the interface device **30** are adapted, at least partially, to move towards and away from the supporting area **11** of the frame **10**, in order to allow the strap to be processed, directly or indirectly.

[0088]   In detail, respectively, the tensioning wheel **200** and the welder **300** are adapted to move towards and away from the supporting surface **11**$a$, and therefore towards and away from the strap itself being processed.

[0089]   In order to actuate the tensioning **2** and welding **3** assemblies, the strapping device **1** can be provided with a plurality of different drive members and drive means.

[0090]   Preferably, the strapping device **1** comprises at least a first drive member **4**.

[0091]   The first drive member **4** is at least adapted to actuate at least part of the tensioning assembly **2**. Preferably, the first drive member **4** is also adapted to actuate part of the welding assembly **3**.

[0092]   Preferably, the first drive member **4** is any device that allows kinetic energy to be transmitted to a system starting from electrical energy. In fact, the strapping device **1**, as said, can be battery or current operated, and in any case is capable of exploiting electrical energy to actuate the assemblies **2**, **3**.

[0093]   Conveniently, the first drive member **4** comprises at least one electric motor. Furthermore, this electric motor can be linear or rotary. Preferably, the drive member **4** is adapted to transmit rotary motion through a drive shaft and, for example, through a crown or gear arranged on said shaft.

[0094]   Preferably, the strapping device **1** also comprises a second drive member **7**.

[0095]   The second drive member **7** is substantially similar to the first drive member **4** and has the same structural features.

[0096]   However, the first and second drive members **4**, **7** could differ in the number of motor revolutions. Therefore, either one or both could also include reduction members.

[0097]   The second drive member **7**, like the first drive member **4**, is preferably adapted to actuate at least part of the tensioning assembly **2** and at least part of the welding assembly **3**. Clearly, the second drive member **7** could also be adapted to actuate at least part of only one of the tensioning assembly **2** and the welding assembly **3**. Preferably, the first drive member **4** and the second drive member **7** are adapted to actuate the tensioning **2** and welding **3** assemblies in a different way and for different functions.

[0098]   In particular, in a preferred but not exclusive embodiment, the first drive member **4** is adapted to move the rocker **20** and/or the interface device **30** towards or away from the strap. In other words, the first drive member **4** is adapted to move the rocker **20** and/or the interface device **30** towards or away from the supporting area **11**.

[0099]   Therefore, preferably, the first drive member **4** moves the rocker **20** by rotating it with respect to the frame **10** around the main axis **2**$a$ and moves the interface device **30** by rotating it around the secondary axis **3**$a$ with respect to the frame **10**. The second drive member **7**, on the other hand, is preferably adapted to actuate the tensioning wheel **200** and the welder **300**. In particular, the actuation of the tensioning wheel **200** and the welder **300** is preferably provided when the rocker **20** and the interface device **30**, respectively, are brought closer to the supporting area **11**. In this case, the tensioning roller moved by the tensioning wheel **200** and/or the welder **300** are adherent to the strap, or the edge of the strap, so as to allow processing. In

particular, the tensioning wheel 200, in this situation, rotates around its own tensioning axis 2b, whereas the welder 300 cyclically translates along the vibration axis 3b.

[0100]  The actuation of the tensioning 2 and welding 3 assemblies, as well as the various constituent parts, i.e. the rocker 20 and the tensioning wheel 200, or the interface device 30 and the welder 300, can be performed simultaneously or selectively. In fact, it is not necessary to actuate the tensioning assembly 2 and the welding assembly 3 together, just as it is not necessary to actuate the tensioning wheel 200 and the rocker 20 simultaneously.

[0101]  In order to transmit motion from the drive members 4, 7 to the assemblies 2, 3, as already mentioned, drive means are provided.

[0102]  The strapping device 1 therefore comprises a first drive mechanism 5.

[0103]  The first drive mechanism 5 is preferably operatively connected to at least part of the first drive member 4.

[0104]  Furthermore, the first drive mechanism 5, in the preferred embodiment, is also operatively connected to the second drive member 7.

[0105]  Therefore, substantially, the first drive mechanism 5 preferably allows, at least in part, actuation of the rocker 20 and the tensioning wheel 200 integrally with the rocker 20, as well as of the tensioning wheel 200 around its own tensioning axis 2b.

[0106]  Preferably, the first drive mechanism 5 is adapted to simultaneously or alternately move the tensioning wheel 200 around the main axis 2a and the tensioning axis 2b when actuated.

[0107]  In particular, the first drive mechanism 5 comprises at least a first drive assembly 50 and a second drive assembly 51.

[0108]  The first drive assembly 50 preferably moves the tensioning wheel 200 around the tensioning axis 2b.

[0109]  Advantageously, the first drive assembly 50 moves the tensioning wheel 200 around the tensioning axis 2b even when the tensioning wheel 200 is moved around the main axis 2a.

[0110]  In other words, the first drive assembly 50 is adapted to follow the movement of the tensioning wheel 200 when the latter is moved.

[0111]  In an alternative configuration, the first drive assembly 50 could even be adapted to simultaneously or alternately move the tensioning wheel 200 around the main axis 2a and the tensioning axis 2b when actuated.

[0112]  In order to accomplish this function, the first drive assembly 50 preferably includes a first component 500.

[0113]  The first component 500, preferably, is the component suitable to allow the following of the tensioning wheel 200, when the latter is moved around the main axis 2a, in order to allow the movement thereof around the tensioning axis 2b. In the preferred embodiment, the first component 500 is a rotating element, substantially a lever. Therefore, the first component 500 preferably defines a first axis of rotation 5a.

[0114]  The first axis of rotation 5a is substantially parallel to and spaced apart from the main axis 2a and the tensioning axis 2b.

[0115]  The first axis of rotation 5a also allows the first component 500 to rotate so as to describe a curvilinear path, preferably an arc-of-a-circle path.

[0116]  Furthermore, with respect to the first component 500, the first axis of rotation 5a is neither barycentric nor the

main inertia axis. Therefore, as already disclosed, the first component 500, when rotated around the first axis of rotation 5a, behaves like a lever.

[0117]  In particular, preferably, when the first component 500 rotates around the first axis of rotation 5a, it follows part of the tensioning assembly 2 so as to interfere, in each configuration of the strapping device 1, with part of the tensioning assembly 2, and in particular, with the rocker 20.

[0118]  Schematically, the first component 500 substantially defines a drive arm, whereas the rocker 20 defines a rocker arm.

[0119]  The arms behave like levers with fulcra in the first drive axis 5a and the main axis 2a, respectively. The interaction between the drive arm and the rocker arm, and therefore between the first component 500 and the rocker 20, substantially takes place at the free ends of the arms.

[0120]  The free ends of both arms face the supporting area 11 starting from the first drive axis 5a and the main axis 2a, respectively.

[0121]  Preferably, the free ends of the drive arm and the rocker arm are substantially always in contact so that, when the rocker arm, and therefore the tensioning wheel 200, is moved away from the supporting area 11, the drive arm, and therefore the first component 500, also moves away from the supporting area 11.

[0122]  When the arms behave like each other, in particular, the first component 500 slides between the tensioning wheel 200 and the supporting area 11 and is therefore closer to the supporting area 11 than the tensioning wheel 200.

[0123]  Obviously, in an alternative embodiment, the first component 500 could slide over the tensioning wheel 200 so that the tensioning wheel 200 is closer to the supporting area 11 than the first component 500.

[0124]  Preferably, the first component 500 comprises a second component 501.

[0125]  The second component 501 is the portion of the first component 500 directly in contact with the tensioning wheel 200 so as to interfere with the tensioning wheel 200. Therefore, preferably, the second component 501 is positioned near the free end of the drive arm.

[0126]  The second component 501 therefore defines, in turn, a drive axis 5b.

[0127]  The drive axis 5b is preferably parallel to the first axis of rotation 5a. Furthermore, the drive axis 5b is spaced apart from the first axis of rotation 5a.

[0128]  Preferably, the second component 501 is centred with respect to the drive axis 5b, and therefore, when it is rotated with respect to the drive axis 5b it rotates on its axis.

[0129]  In particular, preferably, the second component 501 moves the tensioning wheel 200 when it is moved with respect to the transmission axis 5b even when the same second component 501 is moved with respect to the first axis of rotation 5a, integrally with the first component 500. Obviously, the movements can be simultaneous or alternate.

[0130]  In detail, the second component 501 is preferably rotatable with respect to the first axis of rotation 5a so as to follow the tensioning wheel 200 which is moved, in turn, around the main axis 2a and is simultaneously or alternately rotatable around the second drive axis 5b so as to rotate the tensioning wheel 200 around the tensioning axis 2b.

[0131]  Preferably, when the tensioning wheel 200 is close to the supporting area 11, and therefore rests on the strap, the strapping device 1 is configured so that the main axis 2a, the tensioning axis 2b and the second drive axis 5b are not

6

coplanar, therefore are staggered and define a scalene triangle configuration in which the greater angle is arranged at the tensioning axis 2b.

[0132] Preferably, the first drive assembly 50 also includes thrust means 502.

[0133] The thrust means 502 are preferably configured to provide a thrust suitable for allowing the first drive assembly 50 to follow the rocker 20.

[0134] In other words, they are preferably suitable to counter the movement of the first drive assembly 50 away from the rocker 20. In greater detail, the thrust means 502 are suitable to counter the movement of the second component 501 away from the tensioning wheel 200.

[0135] The thrust means 502 can include a torsional spring, or a linear spring, or other equivalent elements which allow a thrust force to be exerted on the first component 500.

[0136] Preferably, in fact, the thrust means 502 are constrained to the frame 10 and the first component 500 so as to push the first component 500 away from the tensioning area 11 integrally with the movement of the tensioning wheel 200. Preferably, the opposing means 502 define a load or preload condition and an unloaded condition.

[0137] The unloaded condition preferably occurs when the tensioning wheel 200 is further away from the supporting area 11, whereas the load or preload condition occurs when the tensioning roller, which can be moved by the tensioning wheel 200, holds the strap and is therefore adherent or close to the supporting area 11. In the latter case, therefore, the tensioning wheel 200 is also close to the supporting area 11.

[0138] The thrust means 502, as described above, are substantially passive means. However, in an alternative embodiment, it is also possible to provide active means suitable for providing a thrust on command.

[0139] In a second alternative embodiment, the thrust means 502 could even include a simple mechanical connection between the first component 500 and the rocker 20, for example a connection bar connecting the drive axis 5b to the tensioning axis 2b, suitable to allow the rocker 20 to drag the first component 500 along with it.

[0140] In a third alternative embodiment, an active movement of the first component 500 could also be provided, for example by connecting the latter to the first drive member 4, so as to allow the first component to exert a lever effect on the rocker 20 and drag rocker 20 towards and/or away from the supporting area 11.

[0141] The second drive assembly 51 is preferably configured to allow the movement of at least part of the tensioning assembly 2 around the main axis 2a. In particular, the second drive assembly 51 allows the rocker 20 to be moved around the main axis 2a. In greater detail still, it preferably moves the tensioning wheel 200 around the main axis 2a.

[0142] The second drive assembly 51 is therefore preferably operatively connected to the first drive member 4 and the rocker 20 and adapted to move the rocker 20 around the main axis 2a so as to move the rocker 20 towards and/or away from the supporting area 11.

[0143] The second drive assembly 51 is preferably moved independently of the first drive assembly 50. Therefore, it can be connected to the first drive member 4, whereas the first drive assembly 50 can be connected to the second drive member 7. Preferably, but not necessarily, the second drive assembly 51 is only operatively connected to the first drive member 4. Obviously, "operatively connected" is intended

to mean that the connection can be direct or even indirect and achieved by means of other devices that can transmit motion from the drive members 4, 7 to the various parts of the drive mechanisms 5, 6 and the assemblies 2, 3.

[0144] The second drive assembly 51 preferably comprises at least one movement device 510.

[0145] The movement device 510 is preferably adapted to allow the tensioning wheel 200 to move around the main axis 2a. In particular, preferably, the movement device 510 is connected to part of the rocker 20 and not directly to the tensioning wheel 200.

[0146] In the preferred embodiment, the movement device 510 is a rotating element, substantially a lever. Therefore, the movement device 510 preferably defines a second axis of rotation 5c.

[0147] The second axis of rotation 5c is substantially parallel to and spaced apart from the main axis 2a.

[0148] The second axis of rotation 5c also allows the movement device 510 to rotate so as to describe a curvilinear path, preferably an arc-of-a-circle path.

[0149] Furthermore, with respect to the movement device 510, the second axis of rotation 5c is neither barycentric nor the main inertia axis. Therefore, as already disclosed, the movement device 510, when rotated around the second axis of rotation 5c, behaves like a lever.

[0150] In particular, preferably, when the movement device 510 rotates around the second axis of rotation 5c, part of the tensioning assembly 2, in particular the tensioning wheel 200, moves towards or away from the supporting area 11.

[0151] The second drive assembly 51 can move the rocker 20 on command and freely or move it in opposition to opposing means 21.

[0152] Preferably, the tensioning assembly 2 comprises these opposing means 21.

[0153] The opposing means 21 are partially constrained to the frame 10 and the rocker 20 and adapted to oppose the movement of the rocker 20, and therefore of the tensioning wheel 200, around the main axis 2a.

[0154] In particular, the second drive assembly 51 moves the rocker 20, and therefore also the tensioning wheel 200, preferably around the main axis 2a in opposition to the opposing means 21 when rotated with respect to the axis of rotation 5a. Preferably, in greater detail still, the movement device 510 moves the rocker 20 around the main axis 2a in opposition to the opposing means 21, when moved away from the supporting area 11.

[0155] Therefore, for example, the opposing means 21 can include a torsional spring in the unloaded condition when the tensioning roller holds the strap and is therefore adherent or close to the supporting area 11.

[0156] Alternatively, the opposing means 21 can oppose the movement of the rocker 20 near the supporting area 11.

[0157] Furthermore, the movement device 510 can be directly or operatively connected exclusively to the rocker 20, or the second drive assembly 51 can include an adjustment device 511. In this case, the movement device 510 is directly operatively connected to the rocker 20 and indirectly operatively connected to the tensioning wheel 200.

[0158] It should be specified that "operatively connected" is not intended to mean that the movement device 510 should necessarily be physically connected to the rocker 20, but that it is simply configured so as to define at least some

positions in which it operatively interferes with the rocker **20** to move it. This concept is better outlined in the description hereafter.

[0159]   In fact, the adjustment device **511**, if any, is preferably connected between the movement device **510** and the tensioning wheel **200**. As indicated above, when speaking of the connection with the tensioning wheel **200**, this means the connection with the main gear of the tensioning wheel **200**. The rocker **20**, and in particular the tensioning wheel **200**, as already mentioned, is in fact connected to a structure known to the skilled in the art through epicyclic drive gears and other known elements which do not form the object of the present patent application.

[0160]   In particular, preferably, the adjustment device **511** is suitable to allow a controlled rotation of the tensioning wheel **200**.

[0161]   In greater detail, the adjustment device **511** interferes with the tensioning wheel **200** when the rocker **20** is close to the supporting area **11**, i.e. when the tensioning wheel **200** is arranged near the strap or, in any case, the supporting area **11**.

[0162]   The adjustment device **511** does not interfere with the tensioning wheel **200** when the rocker **20** is far away from the supporting area **11**.

[0163]   The adjustment device **511** can include a snap device comprising a hook and a gear wheel of the type shown in FIG. **2**.

[0164]   Obviously, other equivalent elements which allow the same technical results to be achieved can be used.

[0165]   The movement of the tensioning wheel **200** around the main axis $2a$ and the tensioning axis $2b$ can be provided by the first drive member **4**.

[0166]   However, in the preferred embodiment, the movement of the tensioning wheel **200** around the main axis $2a$ is carried out thanks to the first drive member **4**, whereas the movement of the tensioning wheel **200** around the tensioning axis $2b$ is carried out thanks to the second drive member **7**.

[0167]   Preferably, the first drive member **4** is adapted to rotate the movement device **510** around the second axis of rotation $5c$, and therefore also the rocker **20** around the main axis $2a$.

[0168]   Preferably, the second drive member **7** is adapted to rotate the second component **501** around the drive axis $5b$, and therefore also the tensioning wheel **200** around the tensioning axis $2b$.

[0169]   The connection between the second drive member **7** and the first drive assembly **50** can be provided directly or indirectly through drive means, for example gears, with one or more stages.

[0170]   Similarly, as already mentioned, the connection between the first drive member **4** and the second drive assembly **51** can also be provided directly or indirectly through drive means, for example gears, with one or more stages.

[0171]   Preferably, the transmission of motion from the first drive member **4** to the second drive assembly **51** of the first drive mechanism **5**, in particular to the movement device **510**, is provided by a part of a second drive mechanism **6** described hereafter.

[0172]   In any case, the second drive member **7** is preferably adapted to actuate the movement of the second component **501** around the drive axis $5b$.

[0173]   Furthermore, as subsequently described, the second drive member **7** is preferably adapted to move, in addition or alternatively, part of the welding assembly **3**, and in detail, particularly the welder **300**.

[0174]   In detail, the second drive member **7** is therefore operatively connected to the welder **300** especially, but not exclusively, when the latter is independent of the interface device **30**.

[0175]   The second drive member **7**, therefore, is preferably operatively connected to at least part of the tensioning assembly **2** and part of the welding assembly **3**. In particular, the second drive member **7** is indirectly operatively connected to the tensioning assembly **2** by means of part of the first drive mechanism **5**, in particular the first drive assembly **50**.

[0176]   Therefore, the second drive member **7** is adapted to actuate at least part of the tensioning assembly **2**. Preferably, the second drive member **7** actuates the movement of the second component **501** around the second drive axis $5b$.

[0177]   In particular, in order to transmit motion from the second drive member **7** to the first component **501**, a direct connection between the drive shaft of the second drive member **7** and the second component **501** can be provided. Or, preferably, the first component **5** includes a third component **503**.

[0178]   The third component **503** is preferably operatively connected to the second component **501** and the second drive member **7**. In fact, the third component **503** is configured to transmit the movement of the second drive member **7**, for example the shaft or a gear or crown which moves integrally with the shaft, to the second component **501** so as to rotate the second component **501** around the drive axis $5b$. Preferably, the third component **503** is also centred with respect to the first axis of rotation $5a$.

[0179]   Preferably, therefore, in the preferred embodiment, the third component **503**, the second component **501** and the tensioning wheel **200** include gears arranged in succession and in this order between the first axis of rotation $5a$ and the main axis $2a$ such that the component **501** is interposed between the third component **503** and the tensioning wheel **200**.

[0180]   In other words, for example, the third component **503** and the second component **501**, respectively, define the ends of the drive arm, whereas the tensioning wheel **200** and the opposing means **21**, respectively, define the ends of the rocker arm. Therefore, preferably, the first component **500** is substantially a lever designed to follow, thanks to the thrust means **502**, the rocker **20** while the latter rotates around the main axis $2a$, wherein the contact is made by means of the second component **501** and the tensioning wheel **200**.

[0181]   The second component **501** rotates integrally with the first component **500** around the first axis of rotation $5a$.

[0182]   As already disclosed, the strapping device also includes the second drive mechanism **6**.

[0183]   The second drive mechanism **6** is preferably operatively connected to at least the first drive member **4**, at least part of the tensioning assembly **2** and at least part of the welding assembly **3**.

[0184]   Preferably, in fact, the second drive mechanism **6** is preferably adapted to move part of the tensioning assembly **2** and/or part of the welding assembly **3** towards the supporting area **11**.

[0185]   In particular, preferably, the second drive mechanism **6** is adapted to move the rocker **20**, and therefore the

8

tensioning wheel **200**, towards or away from the supporting area **11** and move the interface device **30**, and therefore the welder **300**, if it is connected to the interface device **30**, towards or away from the supporting area **11**. In the preferred configuration, the second drive mechanism **6** can allow the interface device **30** to move towards the supporting area **11** where the welder **300** is constrained, and therefore towards the welder **300** itself.

[0186]   In particular, as already described, in the preferred embodiment, the second drive mechanism **6** comprises part of the first drive mechanism **5** and, in detail, the part designated to move the tensioning wheel **200** around the main axis **2***a*. In particular, preferably, the drive mechanism **6** comprises the second drive assembly **51**.

[0187]   The second drive mechanism **6** preferably includes at least a first element **60**.

[0188]   The first element **60** is a mobile element, i.e. adapted to occupy different positions with respect to the frame **10**. It is preferably operable in such a way as to carry out at least a first movement **60***a* and a second movement **60***b*.

[0189]   Therefore, the first element **60** preferably defines, in relation to the movements **60***a*, **60***b*, at least one intermediate position with respect to the frame **10**.

[0190]   The intermediate position is preferably the position in which the first element **60** has not been moved either integrally with the first movement **60***a* or integrally with the second movement **60***b*.

[0191]   Therefore, preferably, the intermediate position is the position starting from which the drive member **4** actuates at least part of the tensioning assembly **2** if the first element **60** carries out the first movement **60***a* and alternately actuates at least part of the welding assembly **3** if the first element **60** carries out the second movement **60***b*.

[0192]   In other words, the first element **60** is substantially a switch adapted to switch, based on its movement, the transmission of motion from the first drive member **4** between the tensioning assembly **2** and the welding assembly **3**.

[0193]   The first movement **60***a* and the second movement **60***b* can therefore be movements of any kind, for example rotations or translations of the first component **60**, as long as they do not coincide. For example, the first movement **60***a* and the second movement **60***b* could be translations along the same path but in opposite directions.

[0194]   Preferably, the first movement **60***a* and the second movement **60***b* are rotations defining the same path, but opposite directions.

[0195]   In fact, in the preferred embodiment, the first element **60** defines a switching axis **6***a*.

[0196]   The switching axis **6***a* is preferably aligned and coincident with the direction defined by the first movement **60***a* and the second movement **60***b* if they are rotations. In detail, preferably, the first movement **60***a* corresponds to a rotation of the first element **60** around the switching axis **6***a* in a first direction, and the second movement **60***b* corresponds to a rotation of the first element **60** around the switching axis **6***a* in a second direction opposite to the first direction.

[0197]   The switching axis **6***a* can therefore be aligned with or parallel to the drive shaft of the first drive member **4**.

[0198]   In particular, the movements **60***a*, **60***b* can be movements integral with each other and defined by the drive shaft of the drive member **4**, or drive means can be provided

between the first element **60** and the drive shaft, for example gears with one or more stages, for the transmission of motion from the drive member **4** to the first component **60**.

[0199]   In the preferred configuration, the first element **60** is preferably a device comprising a plurality of elements. In particular, the first element **60** includes a second element **600** and the movement device **510**.

[0200]   The second element **600** is preferably a lever rotating integrally with the first drive member **4** and adapted, when the first element **60** is moved according to the first movement **60***a*, to interfere with at least part of the interface device **30**.

[0201]   In particular, the second element **600** is configured to push the interface device **30** towards the supporting area **11**.

[0202]   The movement device **510**, likewise, is preferably a lever moved by the first drive member **4**, which interferes with at least part of the rocker **20** only when the second movement **60***b* occurs starting from the intermediate position defined by the first component **60**.

[0203]   In order to be able to make such a mechanism, as in the case of the second element **600**, it suffices that the movement device **510** is not directly connected to the rocker, but that it interferes therewith only after the second movement **60***b* starting from the intermediate position.

[0204]   Preferably, in the intermediate position of the first component **60**, the tensioning assembly **2** and the welding assembly **3** define specific positions.

[0205]   Preferably, in the intermediate position, the tensioning roller connected to the tensioning wheel **200** is adherent to the strap, therefore the tensioning wheel **200** is close to the supporting area **11** and the strap.

[0206]   Furthermore, in the intermediate position, the welder **300** is far from the strap. Substantially, therefore, the welder **300** is spaced apart from the supporting area **11**.

[0207]   Of course, following the movements **60***a*, **60***b*, extreme positions can be defined. These extreme positions correspond to the positions that can be reached, for example, with a first movement **60***a* or a second movement **60***b*, and beyond which it is not possible to proceed with the same movement, for example due to structural reasons or to the configuration of the first drive member **4**.

[0208]   Preferably, the first element **60** defines a first extreme position following the first movement **60***a* in which the tensioning roller, and therefore the tensioning wheel **200**, is far from the strap, i.e. the supporting area **11**.

[0209]   Furthermore, preferably, the first element **60** defines a second extreme position following the second movement **60***b* in which the welder **300** is adherent to the strap, i.e. the welder **300** is close to the supporting area **11**.

[0210]   In order to achieve the aforesaid mechanism, in the preferred but not exclusive embodiment, the first element **60** comprises the second element **600** and the movement device **510**.

[0211]   However, in alternative configurations, the strapping device could comprise a first simplified element **60**, for example as shown in FIG. **8**, i.e. a gear adapted to interfere with part of the welding assembly **3**, in particular the interface device **30**, when performing the first movement **60***a*, and adapted to interfere with part of the tensioning assembly **2**, in particular the rocker **20**, when performing the second movement **60***b*.

[0212]   In particular, preferably, the first element **60**, when moved between the intermediate position and the second

US 2020/0339290 A1

Oct. 29, 2020

9

extreme position, can be connected to the interface device **30** so as to move it, for example, with respect to the secondary axis **3***a*. This result can be achieved, for example, with eccentric gears designed to interfere with the interface device **30** only within predetermined movement ranges. Similarly, preferably, the first element **60**, when moved between the intermediate position and the first extreme position, can be connected to the rocker **20** so as to move it, for example, with respect to the main axis **2***a*.

[0213]   The operation of the strapping device **1**, previously described in structural terms, is as follows.

[0214]   Basically, the strapping device **1** allows the lowering of the welder **300**, the raising of the welder **300**, the raising of the tensioning wheel **200** and the lowering of the tensioning wheel **200** with respect to the supporting area **11** on which the strap is located to be actuated in sequence with a single first drive member **4**.

[0215]   Furthermore, the strapping device **1** allows the vibration of the welder **300** to join two edges of the strap to be actuated, or the rotation of the tensioning wheel **200** on its axis to be actuated, by means of a second drive member **7**.

[0216]   Obviously, it is advisable that the tensioner roller be adherent to the strap before actuating the second drive member **7**, that is, before tensioning the strap. Moreover, it is advisable that the tensioner roller be adherent to the strap before actuating the second drive member **7** again to weld the strap. However, the invention allows any element to be actuated at any time and position of the interface group **30** and the rocker **20**.

[0217]   As already said, the strapping device **1** can include, as usually occurs in common strapping devices, shearing means suitable for shearing off part of the strap at the end of the working process. Said shearing means may work and have mechanical connections similar to the welder **300**.

[0218]   The strapping device **1** according to the invention achieves important advantages. In fact, the strapping device **1** allows the complexity and the mechanical components inside the control assemblies, i.e. the welding **3** and tensioning **2** assemblies, to be reduced, while maintaining high processing efficiency. In fact, with two drive mechanisms **5**, **6**, it is possible to provide all possible configurations safely and quickly.

[0219]   Another major advantage of the invention is that the strapping device **1**, thanks to the conformation of the first drive means **5**, and in particular of the first drive assembly **50**, is able to increase the torque for locking the rocker **20**, thus ensuring greater locking stability even in the case of required tension forces greater than the norm.

[0220]   In fact, as shown for example in FIG. **9***b*, the rotation of the second component **501** tends to exert a pressure that lowers the rocker **20** towards the supporting area **11**. Compared to devices of the prior art, in particular, the drive arm and the rocker arm, which define the moments caused by the lowering pressure or force, are much higher. For this reason, the strapping device **1** is also more stable than common strapping devices.

[0221]   In conclusion, a further advantage is that the strapping device **1**, thanks to the conformation of the second drive mechanism **6**, assists the operator during the unlocking of the strap, so as to prevent, or at least reduce, defective and yielding seals. This effect is due to the fact that the strap becomes unlocked only after the return from the extreme position to the intermediate position, which requires a time

specifically set to prevent the operator from freeing the strap too early, thereby unintentionally creating yielding points.

[0222]   The invention is susceptible of variations falling within the scope of the inventive concept as defined by the claims.

[0223]   In this context, all details are replaceable by equivalent elements, and the materials, shapes and dimensions may be any materials, shapes and dimensions.

  **1**. A strapping device comprising:

  a frame defining a supporting area for placing thereon on which a strap being processed,

  a tensioning assembly suitable to lock and tension, on command, at least part of said strap,

  a welding assembly for joining, on command, at least two edges of said strap,

  at least a first drive member suitable to actuate at least part of said tensioning assembly and said welding assembly, and

  a second drive mechanism operatively connected to at least said first drive member, at least part of said tensioning assembly and said welding assembly, and including at least a first element operable to carry out at least a first movement and a second movement,

  said first element defining at least one intermediate position with respect to said frame starting from which said drive member actuates at least part of said tensioning assembly if said first element carries out said first movement and alternately actuates at least part of said welding assembly if said first element carries out said second movement.

  **2**. The strapping device according to claim **1**, wherein said first element defines a switching axis, and said first movement corresponds to a rotation of said first element around said switching axis in a first direction and said second movement corresponds to a rotation of said first element around said switching axis in a second direction opposite to said first direction.

  **3**. The strapping device according to claim **1**, wherein said tensioning assembly comprises at least one rocker comprising at least one tensioning wheel and suitable to be moved with respect to said frame towards said supporting area, to arrange said tensioning wheel close to said strap, or far from said strap, and wherein in said intermediate position said tensioning wheel is close to said strap.

  **4**. The strapping device according to claim **1**, wherein said welding assembly comprises at least one interface device comprising at least one welder suitable to produce heat to join together said edges of said strap and suitable to be moved with respect to said frame towards said supporting area, in such a way as to arrange said welder adherent to said strap, or far from said strap, and wherein in said intermediate position said welder is far from said strap.

  **5**. The strapping device according to claim **1**, wherein said first element defines a first extreme position following said first movement in which said tensioning wheel is far from said strap.

  **6**. The strapping device according to claim **1**, wherein said first element defines a second extreme position following said second movement in which said welder is adherent to said strap.

  **7**. The strapping device according to claim **1**, wherein said first element comprises a second element and a movement device, said second element being a lever rotating integrally with said first drive member and suitable to interfere with at

10

least part of said interface device when the first element is moved according to said first movement, and said movement device being a lever moved by said first drive member interfering with at least part of said rocker only when said second movement is carried out starting from said intermediate position defined by said first component.

**8**. The strapping device according to claim **1**, comprising a second drive member operatively connected to at least part of said tensioning assembly and said welding assembly, and suitable to actuate at least part of said tensioning assembly and said welding assembly, said rocker defining a main axis, said interface device defining a secondary axis, said tensioning wheel defining its own tensioning axis, said welder defining a vibration axis along which said welder translates cyclically, and wherein said first drive member actuates the movement of said rocker around said main axis and of said interface device around said secondary axis and said second drive member actuates the movement of said tensioning wheel around said tensioning axis and of said welder along said vibration axis.

**9**. The strapping device according to claim **1**, comprising a first drive mechanism operatively connected to at least said second drive member and including at least one first tensioning assembly, wherein said first tensioning assembly moves said tensioning wheel around said tensioning axis even when said tensioning wheel is moved around said main axis.

**10**. The strapping device according to claim **1**, wherein said first drive assembly comprises first opposing means configured to provide a thrust suitable to allow said first drive assembly to follow said rocker.

**11**. The strapping device according to claim **2**, wherein said tensioning assembly comprises at least one rocker comprising at least one tensioning wheel and suitable to be moved with respect to said frame towards said supporting area, to arrange said tensioning wheel close to said strap, or far from said strap, and wherein in said intermediate position said tensioning wheel is close to said strap.

\*   \*   \*   \*   \*