# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>POLYCHEM, LLC,<br><br>Defendant. | C.A. No. 1:22-cv-00519-VAC<br><br>Jury Trial Demanded |

**[PROPOSED] STIPULATION REGARDING**
**PRELIMINARY INJUNCTION PROCEEDINGS**

Pursuant to the Court's Order setting Plaintiff Signode Industrial Group LLC's Motion for Preliminary Injunction for a hearing on October 5, 2022, the parties met and conferred and have agreed to the following schedule and discovery parameters:

| Date | Event |
| --- | --- |
| Tuesday, June 7, 2022 | Preliminary injunction fact discovery begins and parties to submit stipulated protective order<br><br>---Parties can serve up to 10 interrogatories, 10 requests for admission, 20 requests for production, and 3 third-party subpoenas<br>---Parties can serve 1 30(b)(6) notice of deposition and up to 3 individual notices of deposition<br>---The parties agree that any objections to party discovery will be served within **14** days of service and any responses will be served within **21** days of service.<br>---All requests must be served by **August 12, 2022** to be completed by the close of discovery |
| Wednesday, June 15, 2022 | Parties serve initial disclosures limited to identification of witness in support of preliminary injunction proceedings |
| Friday, June 24, 2022 | Defendant's Answer Due |
| Thursday, July 14, 2022 | Completion of document production |
| Wednesday, August 3, 2022 | Greenbridge to produce its rebuttal witness declarations (including experts) |
| Wednesday, August 17, 2022 | Signode to produce its reply witness declarations, if any (including experts) |
| Friday, September 2, 2022 | Preliminary injunction fact discovery closes |

| Wednesday, September 7, 2022 | Signode Supplemental Opening Brief to address issues raised in discovery (up to 10 pages) |
|---|---|
| Wednesday, September 21, 2022 | Greenbridge Responsive Brief (up to 30 pages) |
| Wednesday, September 28, 2022 | Signode Reply Brief (up to 10 pages) |
| Wednesday, October 5, 2022 | Preliminary injunction hearing |

Dated: June 7, 2022

**K&L GATES LLP**

/s/ *Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King St., Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

Jason A. Engel
Devon C. Beane
Jonah B. Heemstra
70 W. Madison St., Suite 3300
Chicago, IL 60622
Phone: (312) 807-4436
jason.engel@klgates.com
devon.beane@klgates.com
jonah.heemstra@klgates.com

*Attorneys for Plaintiff*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Phone: (302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

LATHAM & WATKINS LLP
Matthew J. Moore
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200

Charles H. Sanders
200 Clarendon Street
Boston, MA 02116
Phone: (617) 948-6000

*Attorneys for Defendant*

4

        SO ORDERED this _____ day of _____, 2022.

        _____
        UNITED STATES DISTRICT JUDGE