# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>POLYCHEM, LLC,<br><br>  Defendant. | C.A. No. 22-519-VAC-CJB |

### PLAINTIFF SIGNODE INDUSTRIAL GROUP LLC'S
### MOTION FOR TELECONFERENCE TO
### RESOLVE DISCOVERY DISPUTE

Signode Industrial Group LLC respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters.

The parties will provide submissions and present their respective positions consistent with Section 8(g)(viii) of this Court's Scheduling Order for Patent Cases. Counsel for Signode will initiate the teleconference with the Court.

Dated: July 7, 2022

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King St., Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

Jason A. Engel
Devon C. Beane
Jonah B. Heemstra
70 W. Madison St., Suite 3300
Chicago, IL 60622
Phone: (312) 807-4436
jason.engel@klgates.com
devon.beane@klgates.com
jonah.heemstra@klgates.com

*Attorneys for Plaintiff Signode Industrial Group LLC*